1 | Benjamin N. Gluck - State Bar No. 203997
    bgluck@birdmarella.com
2 | Christopher J. Lee - State Bar No. 5555107
    clee@birdmarella.com
3 | BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
    DROOKS, LINCENBERG & RHOW, P.C.
4 | 1875 Century Park East, 23rd Floor
    Los Angeles, California 90067-2561
5 | Telephone: (310) 201-2100
    Facsimile: (310) 201-2110
6
7 | Attorneys for Sang Bum Noh, aka "Ed Noh", Ambiance Apparel, Inc., Apparel Line, Inc., and Related Entities

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-cr-00370-VAP-2 |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING FOR DEFENDANT SANG BUM NOH** |
| vs. | Filed Concurrently with [Proposed] Order |
| SANG BUM NOH aka "Ed Noh", | |
| Defendant. | Date: April 26, 2021<br>Time: 9:00 a.m.<br>Crtrm.: 8A |

3699383.1

STIPULATION TO CONTINUE SENTENCING HEARING FOR DEFENDANT SANG BUM NOH

## STIPULATION

Defendant Sang Bum Noh, aka "Ed Noh" ("Mr. Noh"), by and through his counsel of record, and Plaintiff United States of America, by and through its counsel of record, agree and request as follows:

WHEREAS on October 9, 2020, Mr. Noh pleaded guilty to Counts One and Nine of the Information (Dkt. 42).  The Court referred Mr. Noh to the Probation Office for investigation and a complete report, and set the matter for April 26, 2021 at 9:00 a.m. for sentencing;

WHEREAS on January 21, 2021, the Court granted a joint application to appoint Martin G. Laffer ("Mr. Laffer") as the compliance monitor for Defendant Ambiance U.S.A., Inc. ("Ambiance");

WHEREAS Mr. Noh believes that Ambiance's full implementation of the compliance plan would be relevant to his sentencing;

WHEREAS Mr. Noh requests additional time to prepare for sentencing and to implement and demonstrate compliance with the compliance plan for Ambiance set forth by Mr. Laffer;

WHEREAS due to ongoing difficulties and lock-downs caused by the COVID-19 pandemic, counsel has been unable to meet with Mr. Noh so that the Probation Office can complete its pre-sentencing investigation of Mr. Noh;

NOW THEREFORE, the Parties hereby stipulate and agree, and request that the Court order the sentencing be continued from April 26, 2021 to October 18, 2021.

IT IS SO STIPULATED.

DATED: February 5, 2021

Benjamin N. Gluck
Christopher J. Lee
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.


By: _____/s/ *Benjamin N. Gluck*_____
       Benjamin N. Gluck
Attorneys for Sang Bum Noh, aka "Ed Noh"

DATED: February 5, 2021

Tracy L. Wilkison
Acting United States Attorney
Brandon D. Fox
Assistant United States Attorney
Chief, Criminal Division
Lucy B. Jennings
Scott D. Dubois
Assistant United States Attorneys


By: _____/s/ *Scott D. Dubois*_____
   Scott D. Dubois
Assistant United States Attorney
Attorneys for Plaintiff
United States of America