Benjamin N. Gluck - State Bar No. 203997
  bgluck@birdmarella.com
Christopher J. Lee - State Bar No. 5555107
  clee@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

cc: Pretrial Services

Attorneys for Sang Bum Noh, aka "Ed Noh", Ambiance Apparel, Inc., Apparel Line, Inc., and Related Entities

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SANG BUM NOH aka "Ed Noh",<br><br>Defendant. | CASE NO. 2:20-cr-00370-VAP-2<br><br>**ORDER GRANTING STIPULATION TO CONTINUE SENTENCING HEARING FOR DEFENDANT SANG BUM NOH**<br><br>Filed Concurrently with Stipulation to Continue Sentencing Hearing for Defendant Sang Bum Noh<br><br>Date:   April 26, 2021<br>Time:  9:00 a.m.<br>Crtrm.: 8A |

3699385.1

ORDER

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS the Stipulation. The sentencing hearing for Defendant Sang Bum Noh shall be continued until October 18, 2021 at 9:00 a.m. in Courtroom 8A.

IT IS SO ORDERED.

DATED: February 8, 2021

_____
HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE