# EXHIBIT 2

**Richard I. Romanoff, Ph.D.**



November 18, 2021

The Honorable Virginia A. Phillips
United States District Judge
First Street Courthouse
Courtroom 8A, 8th Floor
350 West 1st Street, Los Angeles, CA 90012

RE:          Sang Bum (Ed) Noh
Case No.:    2:20-cr-00370-VAP-2

Dear Judge Phillips:

I evaluated Mr. Sang Bum (Ed) Noh at my office on October 16, 2019; October 21, 2019; October 29, 2019; February 2, 2019; October 11, 2021 and October 28, 2021. He is currently sixty-seven years of age. The purpose of this evaluation is to provide information about Mr. Noh's current and overall psychological functioning, with a particular focus on his mental state in the period of time associated with his involvement in this case. I was also asked to assess the presence of relevant mitigating factors to be considered in connection with his upcoming sentencing in this case.

As a licensed psychologist, I have conducted more than twenty-eight hundred forensic psychological evaluations over the past thirty-five years. I have conducted these evaluations in state and federal courts, and have been retained by defense attorneys and appointed by prosecutors and judges. I have evaluated men and women whose charges range from simple misdemeanor cases to death penalty cases. My evaluations regularly focus on efforts to reconstruct mental states at the time of an offense, and assess other relevant issues associated with any particular legal situation.

In addition to the patient interview, the following information was also considered as part of this evaluation:

1)   United States District Court, Central District of California, Plea Agreement for Defendant Sang Bum Noh, for Case No. 2:20-cr-00370-VAP-2, filed on August 25, 2020 (including attachments).
2)   United States District Court, Central District of California, Probation & Pretrial Services Office letter to Judge Phillips regarding Noh, Sang Bum, Case No. 2:20-cr-00370-VAP, dated August 27, 2021.

Sang Bum (Ed) Noh                                               November 18, 2021
Case No. 2:20-cr-00370-VAP-2                                          Page 2 of 21

3)      United States District Court, Central District of California, Presentence Investigation
        Report for Case No. 2:20-cr-00370-VAP, filed on September 7, 2021.
4)      Five letters written on behalf of Mr. Noh written by various family members and an
        employee addressed to Judge Phillips.


Executive Summary

While below summarized information does not indicate the presence of any serious psychiatric
difficulties that directly contributed to Mr. Noh's offense related behavior, they do place this
behavior back into the context of an otherwise consistently law-abiding and prosocial life.
Information below identifies the presence of relevant social and familial dynamics that I believe
directly contributed to his offense related behavior, by creating specific weaknesses that
interfered with him exercising his more usual levels of honesty and integrity. Finally, I believe
information summarized below identifies two additional significant factors to be considered
when pursuing efforts to arrive at a just sentence for the criminal activity associated with this
case. Specifically, evidence indicates a likelihood of physical and psychological deterioration in
Mr. Noh's wife, in the event they are physically separated for any extended period of time.
Evidence also indicates Mr. Noh holds an extremely unique and central role in the healthy
functioning of Ambiance, and his absence for any more extended period of time might well
jeopardize the health of the company, placing the livelihoods of both its employees and others
associated with it at greater risk.


Pertinent History

The United States District Court, Central District of California, Presentence Investigation Report
for this case, filed on September 7, 2021 indicates Mr. Noh has now pled guilty to one count of
18 U.S.C. § 371, Conspiracy and one count of 26 U.S.C. § 7206 (1), Making and Subscribing to
a False Tax Return. Records indicate that between January 2010 and September 2014 Mr. Noh
and Ambiance U.S.A., Inc. [to be referred to as Ambiance for the duration of this report]
knowingly undervalued imported apparel entering the United States by approximately $83
million, resulting in unpaid tariffs of $18,421,443.41. Records also indicate that beginning on an
unknown date, and continuing through "at least July 2014, Mr. Noh and Ambiance failed to file
required reports of cash receipts for cash payments in excess of $10,000 on approximately $11
million of cash payments made to Ambiance, and also under reported cash sales at their retail
stores located in Los Angeles. The under reported cash sales for 2011 were determined to be
$13,422,908 and the under reported cash sales for 2012 were determined to be $6,548,442.
These unreported cash receipts resulted in underpayment of various U.S. taxes of almost $17
million.

I will not review investigation records summarized in above referenced materials in detail in this
report, though I will note the offense related behavior associated with this case emerged in the
course of a more comprehensive law enforcement investigation of multiple individuals and

Sang Bum (Ed) Noh                                                          November 18, 2021
Case No. 2:20-cr-00370-VAP-2                                                     Page 3 of 21

companies in the downtown Los Angeles area engaged in the manufacture and importation of
fashion apparel. In the course of their investigation of Mr. Noh and Ambiance, police raided his
residence in September 2014, and seized more than $35 million in cash ████████████████
and business locations [more will be said about this below]. Records also indicate that in May
2013, Department of Homeland Security agents formally notified Mr. Noh of his requirement to
report all currency payments exceeding $10,000 through established forms, and Mr. Noh
acknowledged awareness of this requirement at that time. Despite this acknowledgment, records
indicate some additional cash payments went unreported following that notification.

Critical Factors Relevant to Mr. Noh's Offense Related Behavior

Below summarized interview information points to the presence of multiple factors I view as
directly relevant to current efforts to meaningfully understand Mr. Noh's mind set when he
committed the crimes associated with this case. Some of the factors directly contributing to that
mind set originated well before he was born, and even before his parents met. Interview
information summarized below highlights the tremendous challenges faced by almost every
Korean living on the Korean Peninsula beginning from the late 1800s and continuing well into
the period of time when Mr. Noh was growing up and becoming the person now before the
court. It is essential to appreciate the impact a sequence of occupations and wars had on an entire
nation, that at one point was forcibly divided into two nations, in a manner that broke families
apart and severely undermined their national sense of pride and their ability to more
independently shape their own future. Below summarized interview information obtained from
Mr. Noh highlights the deep impact these events had on him personally, as it shaped his
determination to overcome these adversities and to succeed, in a direct effort to avoid the
poverty he had known and to provide his family with the type of security and stability that was
unknown to him, or his parents, or even his grandparents.

Interview information summarized below also highlights the impacts on his early personality
stemming from his close personal bond to his parents, who sacrificed and struggled to provide
him and his siblings with the best opportunities for his future success they could provide,
predominantly through their focus on the importance of education. There were also more painful
lessons learned by him during this same period of time, that also worked to shape core aspects of
his values and priorities. Below summarized evidence will document the profound negative
impact his father's bankruptcy and brief incarceration had on him at a particularly sensitive
moment in his childhood.  From these experiences I believe Mr. Noh absorbed a deep fear of
failure and an equally deep determination to make sure that his father's weaknesses would not be
repeated in his life story, and that his family would never need to experience the kind of anxiety
and insecurity that characterized those childhood years for him.

Information summarized below also lays out the extremely unusual manner in which Mr. Noh
built Ambiance in his own image, injecting into it the full collection of core values that animated
his own inner self, both in terms of the insecurities and anxieties that caused him to look away
from actions he knew to be wrong, but lacked the strength to overcome [i.e. knowingly going

Sang Bum (Ed) Noh                                                    November 18, 2021
Case No. 2:20-cr-00370-VAP-2                                         Page 4 of 21

along with a pattern of criminal activity already present in an industry in which he was desperately wanting to succeed], and I believe even more importantly, by building a company that would fairly and securely provide for its employees, its suppliers, and its buyers. Interview information summarized below documents a rare and unusual level of effort and energy expended by him in a particularly unselfish manner, that leveraged the growing success of Ambiance as a source of stability and security for everyone who came to be associated with it. So unique is Mr. Noh's role in both the development and maintenance of this unusual company dynamic, that each of the collateral sources interviewed for this evaluation worried out loud about the ability of Ambiance to survive without ongoing access to his presence at the hub of the wheel that emanates out from him.

It is also important to emphasize the degree to which below summarized information highlights other important elements of Mr. Noh's basic personality functioning. The criminal activity associated with this case appears to be the exception to a more general pattern reflecting integrity, honesty, generosity, and concern for others. Evidence indicates Mr. Noh regularly worked hard to treat others with consideration and respect. His word was consistently his bond. He worked hard to be fair, often at his own expense.  Clearly, the behavior that led him to plead guilty represents a violation of these otherwise observed principles and priorities. However, I believe overall evidence documented below supports a finding it is more reasonable to view this failure as a more situational manifestation of the unique circumstances present in the fashion apparel industry in downtown Los Angeles in the period of time associated with this case, and not as a manifestation of a more general criminal orientation present in Mr. Noh that led him to seek out ways where he could take advantage of others or more generally avoid his moral and legal responsibilities and obligations. Stated somewhat differently, I see no evidence to support a finding that Mr. Noh is an antisocially oriented individual, and I view the criminal activity associated with this case as flowing from a combination of situational factors, and specific personality based weaknesses stemming from the above referenced dynamics.

In addition to my six separate sessions with Mr. Noh between October 16, 2019 and October 28, 2021, lasting for a total of approximately nine and a half hours, I also met at my office with Ms. Annie Noh, his wife on October 17, 2019; October 21, 2019; November 5, 2019; and September 20, 2021, for approximately seven hours; met [via Zoom video conference] with his daughter, Ms. Jackie Davis, on September 21, 2021, for approximately one and a half hours; and met at my office with Mr. Philip Lee, the Director of Operations at Ambiance on September 22, 2021, for approximately one hour. All of the below summarized information is an integration of information obtained from these individuals.

Relevant Background Information

Maternal Family History

Mr. Noh described his mother as a woman who persistently "sacrificed herself to support the family." Reporting she was born near Seoul, South Korea, he said her father passed away when

she was around ten explaining, "in those days no one knew the cause of death, it was sudden." He also explained at the time, "everyone was poor then, that was during the official Japanese occupation." He said at the time Koreans lacked sufficient food to eat, and jobs were extremely hard to obtain or hold, and that this death left his mother's mother with five children to care for. Noting that his mother was the second oldest and only daughter of the five, she began to take on considerable responsibility to care for her siblings. He also explained that all of those siblings went on to become hard-working and mostly successful individuals, despite the poverty associated with their childhood years.

Importantly, it was in the course of his review of his mother's childhood history that he revealed some important elements of his own views about what it means for him to be Korean. Describing how Nazi symbols were suppressed and came to be viewed negatively in the West, he then contrasted this with his own experiences growing up in Korea, where equivalent symbolic representations of Japanese domination and cruelty toward Korea remained ever present in that region. For example, he noted the Rising Sun flag of Japan remained a prominent symbol in the region, despite powerful negative associations all Koreans have to that flag [similar to the way African-Americans tend to view symbols of the Confederacy]. My point for purposes of the current psychological evaluation, is to emphasize the power that past historical events had in fundamentally shaping Mr. Noh's orientation to the world, and determination to be part of a resuscitation of Korean values and pride that were so seriously damaged by an almost constant series of wars and occupations beginning in the late 1800s and continuing through the Korean War and its continuing reverberations that continue to impact the Korean Peninsula through the current time.

<u>Paternal Family History in Korea</u>

Shifting to a discussion of his paternal family history, he began by describing how, "My father used to be a gentleman, he was a very patient person, a very good person, he was very educated for his times." He described how his father grew up in what became North Korea, and during "colonial days" worked as a teacher at an elementary school. He then explained, "but due to the Korean War, when they divided the South and the North, he decided to go to the South," to avoid the new communist regime, and in so doing separated himself from most of his remaining family, who remained behind. Mr. Noh clearly viewed this as a significant turning point in his father's life, that led to a profound deterioration in both his financial circumstances and his mental health that continued to exert a powerful negative influence on him for the remainder of his life.

Mr. Noh described how as a result of that move, his father lost his career as a teacher, and was forced to shift to a career in business, an area of work for which he was ill-suited. He explained, "My father was a gentleman, and he was easily cheated, and he wasn't strong enough for business, he was a more quiet man." He also described how his father became completely disconnected from the remainder of his family, who all remained behind in North Korea, as he went on to explain how both at that time, and continuing through the current time, it remains

Sang Bum (Ed) Noh                                                        November 18, 2021
Case No. 2:20-cr-00370-VAP-2                                             Page 6 of 21

extremely difficult for individuals living in South Korea to maintain any kind of contact with family members living in the North.

Mr. Noh recalled hearing stories from his mother, about his father's childhood years, indicating he was raised in, "a well-to-do family in North Korea," with parents who "did well." He believed his mother was trying to explain to him why his father struggled to overcome adversities he experienced in his own adult years later on [to be discussed in greater detail below], by explaining that his earlier life had left him relatively unprepared to overcome the adversity and life difficulties that eventually overwhelmed him later on. Asked if there were any other stories he knew about his father's earlier life history he said, "In that generation there were too many bad experiences, between the wars and the Japanese colonial rule, and the poverty, those were very difficult days, so we didn't ask and he [referring to his father] didn't say."


Early Life and Academic History

  Early Life History

Mr. Noh is the second of five children born to the same biological parents in South Korea. Characterizing his family situation during his early childhood years he said, "In those days, everyone was poor, things were demanding all the time." He then explained, "I never had to skip meals, but there was never enough food, especially good food," explaining, "We ate a lot of rice and kimchi." He described how up until he was about seven or eight, he, his parents and siblings lived in a very small [approximately four hundred square-feet] two room apartment in Busan [the second largest city in South Korea]. His father then experienced a brief improvement in his financial situation, and the family moved to a larger residence, but within a year the business his father owned and operated was forced to declare bankruptcy, leading to his father's brief incarceration [more will be said about this below]. This led to a multi-year period of greater instability, before his family began to obtain assistance from extended family members that enabled them to move into a more stable larger home, beginning when he was fourteen.

Describing these early years he said, "these were hungry and desperate times," that were overwhelmingly focused on "survival." Reflecting both his relative good fortune during that time, and his general orientation towards viewing the glass as half full, he described how his mother "grew up in a loving family," and went on to describe her as, "outgoing and active, she was very straightforward, she was ambitious for her children, she was sacrificing, she'd eat less, so her children had food." Clearly feeling proud of the emphasis his parents placed on the importance of education for each of their children he said, "in those days only five percent went to college, mainly due to money, and we had less money than most, but all five of us went to college," noting that his parents regularly chose to go without more food, or clothing, so they could continue to pay college fees for their children. [Mr. Noh explained that in Korea at that time school was only free through sixth grade, and all subsequent schooling required additional payments from the family.]

Sang Bum (Ed) Noh                                                    November 18, 2021
Case No. 2:20-cr-00370-VAP-2                                         Page 7 of 21

While noting that at the time it was common for parents to physically discipline children, as part of normal child-rearing practice, he said neither his mother nor father engaged in this activity with any of their children, as he simultaneously made clear that expectations, especially in the area of education, were high, and everyone was expected to work hard. He did recall his mother experiencing significant anxiety and depression during those years explaining, "All Korean mothers are like that, including my wife." He then explained, "Our situation was always difficult, and the future was never clear, and it was not positive for long periods, so there was great anxiety, and she was trying to improve things for us, but in those days, that wasn't realistic, not a lot was possible." He recalled his mother as often being sad and depressed explaining, "she was a real Christian, she'd pray, and she cried while she prayed," as he also recalled, "my mother would have no energy, she would lie in bed, especially later on, when she developed health issues, and she became very depressed, and she would not even coming out of bed for days." Asked at that point if he considered his mother to have any mental health difficulties at the time he said, "In those days there was no money for doctors, no dentists, no nothing, and no mental health treatment."

At one point noting his father had more formal education, he said his mother only completed sixth grade, though he also described her as "smart," with "a good business sense," noting that in many ways she was better at helping to manage the family business that his father, who he saw as poorly suited for that type of work [as already discussed above]. In contrast to the complete lack of contact during that time with his extended paternal family, who remained in North Korea, he recalled more active involvement with his maternal family, and recalled his mother having close relationships with several siblings, who ultimately provided considerable assistance to their family in times of greater need. He also recalled his mother having a serious stroke in 1978, that left her temporarily unable to engage in a variety activities, and then suffering a second stroke in 1991, that left her disabled for the last four years of her life, leading up to her death in 1995.

Discussing the impact on the family of his father's forced bankruptcy in 1964 Mr. Noh explained, "there was a military government, a dictatorship, and if you bounced a check they sent you to jail in those days, that was the law." He recalled his father spending approximately a month in jail at the time, as he went on to describe a dramatic change in him from that moment forward, through the end of his life. He said, "after that he couldn't do many things," explaining that for the remainder of his father's life the family was dependent on assistance from other family members as, "he just stayed home, he couldn't do anything." Finally, after about ten years, he recalled a maternal uncle helping them to open an electrical business, though he recalled, "my mother was the source of energy," as he recalled his father continuing to struggle with feelings of depression that had by then fully taken hold of him.

Asked why he believed his father never recovered from his own business setbacks he explained, "I think my father felt he had failed in his responsibilities to us." It was clear from his overall review, that a central lesson Mr. Noh took from those childhood experiences centered on the importance he attached to ensuring that he would never fail his own family, by failing to provide for them. Importantly, there was no evidence to indicate Mr. Noh felt any disappointment in or frustration with his father explaining, "I never saw my father be selfish, or spend money on

Sang Bum (Ed) Noh
Case No. 2:20-cr-00370-VAP-2

November 18, 2021
Page 8 of 21

himself, he was also sacrificing, and worked for his family," as he then made clear the central lesson he took from his father's experiences centered on the importance he attached to maintaining his own personal strength in the face of any adversities that might come his way.

Mr. Noh said his father died in 1983, at the age of seventy-seven, from, "a burst intestine," that quickly resulted in sepsis. By that time he was married and had two children, and described how both he and his mother, "were sad, but we had to be strong, and to keep going on."

Describing his relationships with his siblings he recalled being closest to his two youngest siblings, a sister and a brother, and recalled more arguing with his older brother, though overall he said, "I feel we were a typical family, we'd visit our [maternal] Uncle in the countryside for family vacations, or go to my mother's mother's house to visit, and for national holidays," explaining it was traditional for her entire family to gather at that residence on those occasions.

<u>Academic History</u>

Mr. Noh completed his elementary school through college education while still living in South Korea. He began with attendance at his local elementary school noting, "I didn't like to study," as he also characterized himself as being in the top fifth of his class in terms of grades. Noting that all Korean parents are deeply committed to educating their children, he described his own parents as especially committed, and recalled attending an after school tutoring program after finishing his regular school program, describing this after school program as akin to, "a military camp, we slept together, we worked until 11 PM or midnight, and then we'd get up and attend school the next day." He said the elementary school he attended was, "one of the best in the country," and reflecting what went on to become a consistent pattern of solid performance on the extremely important standardized tests he needed to take to move on to the next level of schooling, went on to secure a place at a top junior high school. Discussing the competitiveness of the process, he explained how each student needed to take an examination with approximately 250 questions, and if you missed two questions or less you gained entry to the best junior high school, and would then work your way down the list of ranked junior high schools based on your final grade. Describing his own performance he said, "I got into a top junior high school, but I didn't get into the second best."

He explained that junior high school consisted of seventh through ninth grade, and high school consisted of tenth through twelfth grade. He said both his junior high school and high school were located in the same building. Noting that his motivation to do well diminished by the time he got to high school, he described himself as earning average to below average grades. Once again, students then needed to take an additional national examination to determine their eligibility and placement for college attendance, including the ability to attend colleges outside of Korea. He said he focused in junior high school and high school on Korean language studies and geography. He reported no history of any behavioral difficulties in school, and reported consistently good social experiences. Noting he always had a good number of friends, he said he still keeps up with some friends from that time.

Sang Bum (Ed) Noh                                          November 18, 2021
Case No. 2:20-cr-00370-VAP-2                                     Page 9 of 21

Reflecting a general tendency to minimize his accomplishments, he reported gaining admission to Sogang University in Seoul. He described this school as, "a top university back then," explaining it was founded in 1960 by Jesuits and was one of the, "few good schools at the time." Importantly, he also indicated that teachers mostly taught in English explaining, "that was unique, and there were mostly American faculty, and the school was very well-funded." He said he majored in Korean language and literature, reporting at the time he was not yet giving much thought to long term career plans. He reported a relative disinterest in school during his first two years [indicating he was more focused on socializing with peers], as he then explained how at the two year mark he was required to leave school, in order to complete his mandatory military service of three years [as was the case for all his peers]. Clearly reflecting a significant increase in his level of maturity following that service, he said he then completed his second two years of college after completing his military service, and, "I did much better, by then I decided linguistics was not for me, and so I began to focus on international trade, thinking that would help me to get a job [after graduating]." Mr. Noh said he continued to live at home throughout his college years.

Asked about his experiences while in the military, he recalled an initial placement, "at the demilitarized zone, as a guard." He described this as a "scary" placement, noting there was frequent gunfire, and periodic deaths for troops who were shot and killed. For example, he recalled one time seeing, "two dead bodies, and one was shot through the head, it was a shocking experience, and it was a very isolated area, and there was no power or water pipes, and it was very cold in the winter." After six months he was then transferred to a regimental headquarters, and became a secretary to a Colonel who was, "very picky." He recalled getting along well with this Colonel, and becoming friendly with several of the people he met. Reflecting a lifelong tendency towards generosity and thoughtfulness he then explained, "after I left, I would send cakes and cookies, no one else did that, but they were very appreciated, very meaningful," adding that he still keeps up with several of the individuals he met while in the service.

Employment History

Immediately after graduating from Sogang University, Mr. Noh obtained a position with an insurance company, remaining there for the next twenty months. He said at the time there only two insurance companies in all of South Korea, and the one that hired him was an American company [Marine Insurance Company]. He worked as an underwriter, "evaluating applications to assess risk." He described working in a very profitable department, and reported being well liked by his employer. He also explained that during that time, "I felt I had no future in that company, and there were many workers who were American at the company, and they said it would be easy for me to get a job with an insurance company in the United States," explaining that as a result of those recommendations he decided to move to the United States, arriving here in 1985.

Despite his original plans, Mr. Noh said upon his arrival, he decided to shift his focus, and began working in the shipping department at a Los Angeles based Korean owned clothing company.

Quickly becoming well-regarded by his employer, he then convinced his employer to also allow him to work as a sales representative selling clothing. He did this for the next three years, becoming increasingly successful as a sale representative, until the company closed. He then began selling clothing at swap meets, while also continuing to work as a sales representative selling clothing to other swap meet businesses, and continued to improve his financial situation. He described with pride how after three years of involvement in this activity he was able to save enough money to purchase a house, and then to open two retail clothing store locations, one in Canoga Park, and one in Sherman Oaks. He said these stores did not do as well as he had hoped, leading him to feel, "I'm not going forward," and it was then that he began pursuing efforts to open his own clothing manufacturing company, leading to the opening of Ambiance in 1999.

Mr. Noh said his new company became "very successful very quickly." He explained how over the previous twelve or thirteen years he had obtained significant retail experience that helped him understand how to position himself to be helpful to the customers he was seeking to find explaining, "I understood the demand, and that the business was all about understanding demand, and that caring is the key of the business, that's how I understood it, that you have to care about your customers and suppliers and employees, and if you do you'll succeed." Elaborating on his approach to the development of this business he explained I am a very conservative person, I don't like to owe any money to anyone," adding, "and my values and cultural background are Korean." Reflecting these values he said he focused on developing, "loyalty and trust with our producers, that's a strength of the company, it's a very high priority for us," and, "I always felt the need to help them [referring to his customers] make a profit, and in twenty years no customer has ever walked away from us."

I will not review in detail information provided by Mr. Noh documenting the long hours and singular focus his efforts to develop Ambiance took on for him over the years, though it was clear from his review that these efforts coupled with his involvement with his immediate family were the only areas of focus in his life throughout that time. Asked for her views on why Ambiance was able to grow so quickly, Ms. Annie Noh said without pause, "because of Ed's planning," as she explained, "other companies ran their business by orders, they started to make materials after they received the orders, but not Ed, he was so good at seeing trends, he'd pre-make things, because he could see the trends coming, and he'd order large amounts in advance, by planning ahead." She then re-stated, "He predicts [coming trends] proactively." Mr. Philip Lee, the Director of Operations at Ambiance for the past eight or nine years, and an employee at Ambiance for the past sixteen years also referenced this unique aspect of Ambiance relative to other wholesale clothing manufacturers in the downtown Los Angeles area. He explained, "Ed is different, he produces the goods first, and it's only then that orders begin to come in from the buyers, so it's very risky, because were ordering right now for next spring, no one else does that." Explaining the advantage of this strategy he said, "That lets us deliver [to customers] the same day, no one else can do that."

Relationship History

Mr. Noh described involvement in a small number of dating relationships during his college years. He met his future wife, Ms. Annie Noh just before beginning his military service, and they became more seriously involved with each other as he resumed his college attendance following the completion of his military service requirements. They married in 1979, and gave birth to their two children while still living in South Korea.  Since that time they have remained unusually closely intertwined with each other, both personally and professionally, and I will continue to elaborate below on specific relevant aspects of that close connection for purposes of this report as needed.


Evidence of a General Prosocial Orientation

Evidence of Honesty and Integrity In His Personal and Business Life

Mr. Noh's daughter, Ms. Jackie Davis described both of her parents as actively and individually involved throughout her growing up years. Reporting "a happy childhood," she attributed much of that happiness to the sense of security and love she consistently felt from both parents, characterizing their involvement with her as reflecting, "active co-parenting, they were really well aligned on most things, my father was a little more easy-going, but on the big issues they were aligned." She stressed the importance her father attached to honesty and integrity, recalling several examples of times during her own growing up years when her father would spend time talking to her about, "owning up to mistakes you make, and thinking about how did it get there." She recalled how over time she came to feel more comfortable acknowledging mistakes she made in conversation she had with both her mother and father, and described how now as an adult, she has incorporated an openness to acknowledging mistakes as a fundamental component of her own value system, that she credits to those early life experiences. At one point, in the midst of another topic, she abruptly indicated, "neither of my parents are good liars," adding, "they have no poker face."

Mr. Philip Lee discussed how his decision to work at Ambiance, beginning about sixteen years ago, was fueled by the growing reputation both Mr. and Ms. Noh were developing for the way they treated their employees. At one point, noting he had worked at four other Korean owned clothing manufacturing companies in the downtown Los Angeles area prior to his arrival at Ambiance, and was a vice president at the company he worked at immediately preceding his arrival at Ambiance he explained, "It was not typical of people in the fashion industry, Ms. Annie and Ed were different, and I was thinking it would be great for them to be my boss." Discussing previous employers he said, "with those other companies, as they got big, the owners stopped coming in, they started going on vacations, and focusing on investments, and then they closed down, because problems developed, but with Ed, since the start, he's always been here, he was a founder, but he still works just as hard."

Continuing his review he described how following the emergence of the Covid-19 pandemic, "Ninety-five percent of our competitors laid off or fired fifty percent or more of their employees, but Ed, not one person, and he's been like that for sixteen years, and in all that time only four people were laid off." He also described at one point how, "in front of the curtain he can be picky, he wants everything to be perfect, but behind the curtain he's much warmer and caring, he really cares about his employees," adding, "every three months he gives a bonus, for many years, and no other companies in downtown do this."

Mr. Lee also explained how Mr. Noh orders, "in anticipation" of future sales, and described how immediately following the worldwide emergence of the Covid-19 virus, "I saw his stress, there was a lot of anxiety and concern, and I told him we should cancel [already placed orders], I told him everyone is canceling, and he said yes, that's what most people are doing, so they won't get burned, and he said you've been here sixteen years, and that's why those other companies don't grow, they have no trust, and I do business by trust, not by money, and that's how it's always been," as he then instructed him to not cancel any orders already made by the company. He also described how immediately after the FBI came to their facility, he also observed a heightened level of stress for Mr. Noh, as he then explained, "he was more worried about his suppliers, and buyers, and employees, and he felt he just needed to keep going as before, with the same principles, and that's what he did, and Ambiance is bigger now."

Having repeatedly emphasized the unique way Mr. Noh treats his employees he then said, "I'm not just saying this, this is really who he is," and, "I'm not the only one who thinks and feels this way, many many employees have been with the company for many years, and that's the biggest proof."

<u>Generosity and Sense of Responsibility in Both His Personal and Business Life</u>

Over the course of my interviews with Mr. Noh, spanning a period of more than two years, he consistently seemed engaged in an ongoing internal struggle reflecting the prominence he attaches to his sense of responsibility to all of the individuals associated with Ambiance. For example, during our first session, he wondered out loud about the possibility of being forced to close his business as a result of his current legal difficulties. While making clear this would be a personal blow to him, he overwhelmingly focused on, "all the people who would be hurt, a lot of people here and overseas, people who would lose their business, and all my employees, and my customers," noting, "If we close there would be an impact on the whole industry here in Los Angeles, and a lot of other people look to us and rely on us in other places." And then, reflecting the intense stress this creates for him he said that on occasions when he tries to think through these issues, "I just can't handle it."

At another point in our discussions, becoming tearful for one of the very few times in our meetings, he recalled an interaction he had in the early 2000's with, "this man in front of Carl's Jr., a poor man, and I helped him, and I felt that money was in the wrong places, and we [referring to he and his wife] needed to do more good things, like with our employees," explaining that it was at that point that he began focusing on increasing the pay his employees

received, and also began providing bonuses, in an effort to provide his own employees with a better living standard, and because of a fundamental appreciation he had that each of these individuals was also contributing to the overall success of the company, and deserved to share in that success. He also described donations he began making to his alma mater college in South Korea, where he set up a unique scholarship, that became the largest funded scholarship at that University at the time, and also reported donations to his high school, to help students, "without money," so they could complete their studies.  Only after being pressed by me for other examples he then reported additional assistance he provided to an orphanage in Myanmar, and to various religious missions in Africa, and other parts of the world. He reported discouraging the people who received these benefits from contacting any media, or from telling others about it, describing a kind of "shame" this generated for him, as he described his preference for maintaining as much anonymity about his charitable activities as possible.

As already noted above, he also engaged in simple acts of kindness, simply because he felt fortunate, and because he seemed to derive some intrinsic internal positive feeling by engaging in an act that might cheer another person up, in their own moment of need. This included times when while still living in Korea, and by no means well-to-do, he would send a cake or cookies to people still serving in dangerous placements in connection with their ongoing military service. He discussed how proud he felt and how inspired by his wife's years long efforts to write out handwritten birthday cards and to give personalized birthday gifts to each employee at Ambiance each year.

Ms. Annie Noh, described the particular sense of responsibility her husband felt to all his employees, that flowed from his constant awareness that each was also supporting their own family.  She linked this directly to the lessons she believes her husband learned during his formative years, as a result of his own father's financial difficulties during those years, that fueled an ongoing determination in him to protect the children of his employees from ever feeling physical hunger or the anxiety generated by unpaid bills. At one point she recalled how at times even she felt he would go to extremes to avoid firing an employee, even one who deserved to be fired for legitimate reasons, telling her, "But what about their family?"

Ms. Jackie Davis, talking about her father said, "I don't know if this is something I should say," as she then described how at one point, as her father became aware of a risk of incarceration faced by his wife, he shifted his approach to a resolution of this case explaining, "I see that as the ultimate example of my father's view of the marriage, that he'd lay down his own life to ensure that my mother and us are okay," quickly adding, "I don't mean to say he's not guilty, he is, but I see that as a reflection of who he is as a husband and father." Continuing on she then said, "I know I can't be objective about any of this, but I also know how they raised me, and I'm still struggling to understand how he could do this, and I've been thinking about this for years, and thinking about the profile of Korean immigrants, waiting for the shoe to drop, and my father grew up poor and hungry, and everyone he knew was traumatized and untrusting, and all the horrible things that people saw, and I'm finding a way to understand how my father was trying to protect us, to protect me, so I'd never be in his position [referring to his position during his own childhood years]." Finally she said, "I mean what he accomplished here is insane, it's unheard

Sang Bum (Ed) Noh                                                November 18, 2021
Case No. 2:20-cr-00370-VAP-2                                         Page 14 of 21

of, and I think he just didn't know how everything worked, but he wanted to make sure that it wouldn't be like that [again referring to his own childhood years] for me and my brother."

Ms. Davis discussed her own personal growth as she began watching her father interact with customers and employees at Ambiance as she began working there alongside him. Referring to their customers, she recalled him specifically teaching her how, "we are responsible for how well they do," as she went on to say, "I see how our customers regard my dad, how they respect him so much, and how he was always so honest with them, and so dedicated to their sales, how he cares so much about that, and that's why people respect him, because he goes to sleep thinking about that, and he wakes up thinking about that." She recalled watching him talking to a particular vendor, who was calling to talk about an error in their production, and how her father stayed calm and decided against penalizing that vendor financially for the mistake, telling him instead to redo the order correctly for an additional cost. She then asked, "Why don't you leave that guy?," and he told her, "'If we leave, people will lose their jobs,' that's his philosophy, his code of ethics, and everything he did was out of that sense of responsibility."

She described her view of her father as, "an extraordinarily loyal human being," as she described observing many instances of people coming to him for advice, both in business and in their personal lives, and how he would generously spend time talking to them. She recalled her father's interactions with, "this small Midwestern chain, at least small for us, but my father sits with the buyer, and they talk, and my father is very knowledgeable about the business, and the trends, and he would share all that knowledge with this account, even though it was such a small account, just like if it was a big account, and he protects that chain, because of his loyalty." At one point she recalled asking her father why he behaves this way, and he told her this was one of his very first accounts, and he will never forget his debt to that chain for believing in him at that early point in the business, as she then said, "He doesn't forget that, and I try to be like that too, I never lie to my customers, and I'm always straightforward, and I always try to protect them."

Mr. Lee discussed how much he has learned from Mr. Noh over the years. He discussed how different Mr. Noh is than any other "founder" he has ever met. He discussed Mr. Noh's unchanging level of responsibility to the vendors, customers, and employees associated with Ambiance, reporting he has seen no diminution of personal involvement by him throughout the sixteen years he has been at Ambiance, despite the phenomenal growth of the company.

<u>Absence of Evidence of Mental Illness or Substance Abuse</u>

Mr. Noh reported no history of significant mental health difficulties or formal mental health treatment, including no history of ever taking prescribed psychotropic medication. He also reported no history of illicit drug use at any point in his life. He did report a past history of alcohol use, including a 1988 and 2005 arrest for driving under the influence of alcohol, that were both resolved by him attending mandatory classes through the court. He described a more active culture of alcohol use in Korea, beginning while in high school and continuing through his college and military years. He also described a pattern of alcohol use associated with business meetings he began having, especially in Asia, noting that in those areas it is often considered

socially rude to refuse to drink, "especially in China," where he reported that "one hundred percent" of his business meetings included alcohol use. He said no family member, friend, or business associate ever raised any concerns about his level of alcohol use, and alcohol use never interfered with any of his business efforts or social relationships. He did report a reduction in his alcohol use in the years leading up to the execution of the search warrant in September 2014, as he also noted some increased alcohol use since that time, as a way of alleviating increased levels of stress that have developed as a direct consequence of his current legal difficulties. He said this use typically involves one or two glasses of sake, most evenings after work, though he also said he never drinks to the point of intoxication.

Offense Related Behavior

Mr. Noh acknowledged involvement in the events associated with this case as documented in the materials referenced above. Indicating that the practices associated with his own criminal activity were already being practiced by other similar companies in the downtown Los Angeles area, and were not in any way developed by him, he did accept responsibility for continuing with those practices, despite his awareness they were in violation of United States law. Concerning the criminal activity associated with his failure to report cash payments, he described his own perception that the forces that created these circumstances were beyond his ability to control, and that for most of the time associated with his offense related behavior, he felt powerless to make changes in the way he was operating, after being told by customers that if he followed through with reporting these payments, they would be forced to take their business elsewhere, to work with other companies who remained willing to maintain things as they were.

Mr. Noh then explained that from the time of his official notification by customs agents in May of 2013, he redoubled his efforts to comply with these requirements, as he noted ongoing difficulties he encountered during the transition, that from his perspective at the time required a more extended period of adjustment, as different customers were being forced to adapt to the changes taking place in the fashion industry in downtown Los Angeles at that time. Discussing the considerable amount of cash found by investigating officers ███████████ he described this situation as, "nothing but a problem," though he also emphasized, "at first the government was thinking it was dirty money, but it wasn't, it was all clean business money, but there was nowhere else to put it." He said throughout the period of time this cash was accumulating, he made no use of it, and reflecting his clear awareness of the legal violations it reflected, viewed its growing accumulation as a growing source of stress and anxiety for him, at one point referring to it as, "a big dilemma."

While clearly not legally relevant as a defense, at one point I asked how his actions would have been viewed if they had occurred in South Korea. He said he believes in South Korea this would have been pursued as a financial matter, that would lead to financial payments and financial penalties, but not to possible incarceration, reporting he was surprised by the manner in which the case was pursued by U.S. authorities, that was different than anything he could have imagined.

Sang Bum (Ed) Noh                                                    November 18, 2021
Case No. 2:20-cr-00370-VAP-2                                           Page 16 of 21

Discussing his failure to accurately report the value of the merchandise he was importing, in a manner that subverted the full payment of duties owed to appropriate United States government authorities, he again emphasized how he came to follow practices that were already being used by other manufacturers prior to his arrival in the market. At one point he said initially he had thought the particular way this was being done was legal, though he also acknowledged learning at a later point [before he discontinued engaging in this activity] it was not, as he again acknowledged the wrongfulness of his actions, and once again referenced his belief that if the same activities had been pursued by companies in South Korea, "it would have been a money issue, they would have asked you to pay the money, and a penalty, but now I'm seeing this is a much stricter country, and now I know."

Discussing these issues with Ms. Annie Noh, she described an additional dynamic she believes was affecting her husband at the time. She described how when he started Ambiance in 1999, well after the criminal activities associated with this case had already become common practice amongst other similar manufacturers, her husband was feeling, "a lot of pressure not to fail, because so many other companies were failing, and it was very competitive, and he was starting fifteen years later than the others, and he was being urged not to enter the market, but he wanted to try, and I think he felt he had to go along with how the market was already operating, and that he had very little ability to change from how everyone else was already operating." She also explained, "Ed was born during the Korean War era, and after the war the government pressured everyone to compete, to win, to 'create a miracle,' they preached that from the time we were in school, beginning in elementary school, that everyone was pushed to compete, because everyone was poor, and then when he was in fifth grade, his father went bankrupt, he bounced a check, and he was sent to jail, and Ed went through that crisis, and the government was pushing everyone to overwork, and to do everything better than everyone else, and that had a big impact on Ed, and so I think there was a lot of pressure on Ed, as the second oldest son, and then when we married, the first thing he said was, 'I'm responsible for the well-being of the family,' and he felt that was more on him than on me, because he was a man, and I think Ed felt that more than many men, and so there was all that pressure on him, since he was a kid."

Additional Factors to Consider in Connection with Sentencing

    Psychological Impact of Incarceration on Ms. Annie Noh

In the course of the current evaluation, information emerged indicating the unusually intertwined nature of the relationship between Mr. and Ms. Noh, and the central role Mr. Noh has in helping his wife maintain her overall psychological stability. Stated somewhat differently, evidence emerged indicating the presence of a significant dependency Ms. Noh has on her husband, in order to maintain her currently fragile psychological stability. It was clear from our discussions Mr. Noh is aware of this dependency and worries about it. As early as our first meeting he began with a description of his wife as, "very responsible, too much so," adding, "if she has an assignment, she has to do it, even if she's still working at 3 AM, and that's very dangerous," finally stating, "for example last night I came home and she said she was dizzy, and she has back

problems, disk problems, neck problems, all kinds of bone problems, and mentally she's not a strong person, I know her, she gets scared over many small things, she worries." He said often he is the one who needs to pressure her to go sleep, and he worries that without that pressure she will stay up and work even longer hours, worrying without relief about one thing or another.

At one point, asked by me about the impact a period of incarceration for him would have on his wife he said, "I think it would be a big problem for her, I think the pressure of the business would fall more on her," as he again chronicled a sequence of her growing physical limitations. For example, he said, "she can't even cut the vegetables, I do that, and she can't move heavy pots, and she's not comfortable hiring a maid, she's never been comfortable with that, so if I'm not there to do it, there'll be no one." Finally, after indicating that he finds it difficult to even think about this subject he said, "I think Annie would be destroyed, mentally and physically."

In my interview with Ms. Annie Noh, when asked to characterize her own health after having just been asked to characterize her husband's health she said, "I'm more fragile, I have insomnia and some panic attacks, and I have very high anxiety, and I worry about what will happen to Ed, and I'm feeling a deep distress." Specifically asked how she thinks she would react if her husband is incarcerated she said, "I don't know," and then, "I'm already suffering from insomnia, and if I do sleep I have dreams and nightmares, where I can't find Ed." Becoming tearful in our session she then continued, "and because of my orthopedic problems, I can't lift anything, and so I rely on Ed, and I don't know what I'll do if he's not there," as she then finally said, "but the main thing is I'd worry about his health, he had a stroke, in 2017, the day before Jackie's wedding, and I'm worried about him." Asked by me if she would consider seeing a psychotherapist to address these issues she said, "I don't like to be in front of people, especially since the public release about the case, and I'm trying not to be in front of people," as she then went on to explain how difficult it is for her to talk about any of these subjects. Asked why she feels this way, as I pressed her to consider the advantages of meeting with someone to talk about these feelings she provided a lengthy discussion of the fundamentally different way incarceration is perceived in the Korean culture, that includes a kind of permanent damage to one's reputation in the community, as she then explained, "Ed and I have been married a long time, and so if Ed is in trouble, I am in trouble too, I've never segregated him from my life." She then continued, "many people have been supportive of us, even our employees," describing how just before his guilty plea became public, "he gathered all the employees, and he apologized, and he said he'd do everything he could to make it all right, and many people were crying, and they told us they still have a big trust in Ed, and no one left the company, and they were very supportive," before then adding, "but for me I feel a deep unhappiness, I'm in pain, if I'm with people I have to show the people a more positive face, but I don't feel that way, so for me it would be impossible to be cheerful, or bright." She then explained how for her it is extremely difficult to pretend to feel some way other than how she actually feels, and she believes if Ed were incarcerated she would have no choice but to withdraw from contact with others, so they would not have to witness the pain she would be feeling.

Ms. Jackie Davis described how throughout her life she always viewed her mother as mentally strong, providing examples of times when her mother inspired her by the way she approached

challenges that came her way. She then said her mother has reacted very differently since the police raid of their house explaining, "that was traumatic for her, and she's trying to carry on, but it's not been easy for her, and I see she's struggling and worried, and I know she doesn't want to show it," as she then turned to me as an aside and said, "both my mother and father are similar, they try not to worry others, especially me and my brother," as she then continued, "but I can see how she's aged, I see it in her face and her body, it's visible, she's under more stress, more than she can bear, and she's deteriorating, and she's having more problems with her spine and her shoulder and her back, and I can see it's very painful for her," as she then finally said, "she staying up all night, working, and she's not taking time to care for herself, she's not taking any time to care for herself." She then described how her father has been able to press her to some degree in order to take better care of herself. Asked by me at that point how she thinks her mother would react if her father is incarcerated she paused and said, "I haven't allowed myself to even think about that," as she then went on to say, "my father is the one who physically cares for her, like carrying things, or making her stop working at 4 AM, and he takes care of her physical health," as she then continued, "and my mother has built her life around him, and if he's gone I'd worry that she'd deteriorate further, and there would be no one to tell her to go to bed, and share positive times with her, she'd be alone."

Asked how he thought Ms. Noh would react to a period of incarceration for Mr. Noh Mr. Philip Lee said, "the company would fall more on Ms. Annie, but Ed has always been the one who makes the important decisions, and I think Annie couldn't handle that, she couldn't handle the collections from customers, she couldn't handle making any of the big important decisions, she's always relied on Ed for that."

Current Health Issues for Mr. Ed Noh

Mr. Noh is currently experiencing symptoms of arthritis, high blood pressure and cardiovascular disease. This includes a small stroke experienced by him in 2017, on the day before his daughter's wedding. He also reported that as a result of the increased stress he is experiencing in connection with his current legal difficulties, his heart problems have worsened, and he is now taking more medication, and being more carefully monitored for what he has been told by his doctor is an increased risk of heart attack and stroke. Perhaps contributing to these difficulties, but certainly in addition to them, Mr. Noh reported that over the past two or three years, he has cut back on exercise, in part because of increased stress, but also because, "I'm feeling more hopeless." This led to a lengthy discussion between us, that centered on his hesitancy to think about or acknowledge personal weaknesses, or the effects of the current court case on his overall psychological health. It was clear from this discussion that he bottles up these feelings almost entirely, sharing them with no one [prior to our discussion], in an effort to present a strong façade to others, that he believes is essential for him to maintain in order to keep his business going, regardless of any negative impact this might have on either his physical or mental health. It was also clear that any incarceration would add to his anxiety and negative feelings about himself, as he worries about the ability of others to keep Ambiance running in his absence, in a manner that would leave him feeling even more stress and strain for behaving in a fashion that

Sang Bum (Ed) Noh                                                    November 18, 2021
Case No. 2:20-cr-00370-VAP-2                                              Page 19 of 21

led to his incarceration, thereby letting down so many others who depended on him, and for whom he feels responsible.

<u>Impact of Incarceration on Ambiance</u>

It is unusual for a psychological evaluation to focus on the impact a period of incarceration might have on the business being impacted by that incarceration. I believe this is an unusual situation that merits this attention. This is because Mr. Noh has a unique role in his business, and because even more importantly, he has made himself an indispensable part of Ambiance, that in many ways can be viewed as a direct embodiment of his core self, as if he has injected his very DNA into the life force of this company.

At one point later on in the evaluation, as I was talking with Mr. Noh about the possibility of incarceration, he shared some personal thoughts with me. He described how at one point, under the urging of his wife, who wanted to retire, he gave serious consideration to doing so. He then explained how in the course of that consideration, "I realized I had a broader responsibility to others, and to walk away from those responsibilities, to what?, to play golf?, so I declined, and now those responsibilities are even bigger." He then stated [in a manner that came across as genuine to me], the money is the least important part for me now, the responsibility is for the business, I'm responsible to a lot of people who rely on us, and who are making their living from us, employees, suppliers, and even customers, and with all those businesses there's a lot of people, and I can't ignore those responsibilities, so it's a burden, but it's also very meaningful to me," finally noting, "I feel all these competing responsibilities, and I'm trying to be as fair as possible."

Specifically asked what he felt might happen if incarcerated he said, "I can't know until it happens," as he then added, "but we are a unique business, and this business is one hundred percent my responsibility." He then discussed efforts he has pursued to prepare others to maintain the operations of the business, before saying, "but I doubt they can do it, and so maybe we would need to close, and that will impact a lot of people." Reflecting his perception of the personal trust that has developed for him, because of the way he has operated from the start of his business he explained, "after the case was announced, no customer or supplier walked away," a fact he clearly attributed to the trust and loyalty he has invested in each of these relationships, that is now serving as the glue holding Ambiance and everyone associated with it together. It was clear from this discussion that for Mr. Noh, he is not operating a business so much as running what has now become a very large family of intertwined individuals whose livelihoods depend on the unique business model Mr. Noh has created, that relies more on him and his honesty, integrity, and trust than on the fabrics or individual articles of clothing Ambiance produces.

Struggling in his own mind about some of the negative consequences associated with the business model he has created he continued, "of course I hope that without me my children and employees could handle the business, but all our suppliers and partners know I am the key person, and perhaps it was a mistake to make it that way, but I had no other option," as he made

clear he believes the primary factor behind the unusually rapid, and so far persistent success of his business flowed to an unusual degree from the individual relationships he has developed with all the individuals associated with Ambiance.   Finally he said, "and if I'm out [due to incarceration], it's a big question, I don't know how the damage will be, I can't imagine the business without me."

It was clear in my discussions with Ms. Annie Noh that she views the forces that hold Ambiance together, and that enable its ongoing success, in a similar fashion to her husband. At one point, as she was discussing the meeting called by her husband, of all Ambiance employees, to announce his upcoming guilty plea, she began to talk about how the employees themselves were crying as her husband was apologizing to each of them for having failed them by his actions in this case. She then said, "and the people were telling us they still have a big trust in Ed, and no one left the company, and they are all very supportive." I could not help but think as she was saying this that she was talking more about a family than a business.

Mr. Philip Lee holds a similar view. Though he clearly views Ms. Annie Noh as an important force in the business, who injects a kind of personal level of concern for each and every employee that is palpable, he also clearly views Mr. Noh as the single indispensable individual in Ambiance stating, "without Ed, we couldn't run the business, he creates the new items, he negotiates the prices, he's involved with sales, he goes to all the customer meetings, and he has many many direct relationships, and I believe without Mr. Noh the company would close." At one point he said, "we currently have about 170 employees, and that's 680 people with their families," as he continued to describe how, "I'm one hundred and twenty percent sure that not his daughter, or his son, or even Annie, no one, he's the only one that can keep it going." Finally he said, "and so I hope he gets a good result [referring to the upcoming sentencing hearing], for himself and his family, but also for his employees, and for his suppliers and buyers, this is what I pray for every Sunday in church."


Final Summary and Conclusions

Above summarized results indicate an absence of serious mental health difficulties that directly contributed to Mr. Noh's offense related behavior. However, I believe they do shed important light on his overall psychological functioning, that places his offense related behavior solidly back into the context of an overall productive and prosocial life.   Findings do indicate the presence of specific fears and anxieties that developed in the crucible of the Korean Peninsula, where he was born and raised, and in the particular family experiences that shaped essential aspects of his personality, that came to include an unusual collection of strengths, and a co-existing collection of anxieties and insecurities. Results also support a finding that Mr. Noh is an overwhelmingly law-abiding individual, with no evidence of general antisocial tendencies.

Independent of his own responsibility for engaging in the activities associated with this case, and the need to make a determination of an appropriate punishment for those actions, I also believe above summarized evidence raises two important external factors that merit consideration when

Sang Bum (Ed) Noh                                            November 18, 2021
Case No. 2:20-cr-00370-VAP-2                                     Page 21 of 21

pursuing efforts to arrive at a just sentence for Mr. Noh. This includes the high likelihood of
significant physical and psychological deterioration for his wife, Ms. Annie Noh, if they are
physically separated from each other for any more extended period of time. It also includes a
genuine possibility of significant deterioration in the viability of Ambiance, in a manner that
would place both its employees and many others at greater risk for disruption in their lives, in
the event that Mr. Noh is prevented from actively running this company for any more extended
period of time.

I hope the above information is helpful to you.  If you have any further questions, or if I can be
of any further assistance please feel free to call or write.

Respectfully Submitted,

*Richard Romanoff*

Richard I. Romanoff, Ph.D.
Licensed Psychologist

RIR