# EXHIBIT 11

Jose Ortiz

December 2, 2020

Hon. Virginia Phillips
U.S. District Court
First St. Courthouse
Courtroom 8A, 8th Floor
350 W 1st St.
Los Angeles, CA 90012

Dear Judge,

My name is Jose Ortiz, and I am employed at Ambiance USA as a Floor Supervisor in the Shipping department. I have known Ed Noh the owner for almost 14 years since 2007, the year I started working. Ever since I worked here, he has been very generous to me and all the other employees. For some time he gave us a bonus every 3 months to thank us for our hard work. The extra bonuses helped me out a lot to support my family, especially since my kids went to private schools therefore they were the beneficiaries. Also on Thanksgiving Day every year till this day, he provides us with a good lunch for all the employees. When I needed help financially, the company lent me money and allowed me to pay it back little by little. Because of this, my children were able to continue studying at college and when they come by the company, Mr. Noh welcomes them like family. They know that working at the company is how I have been able to pay for their schools. I also want to mention that in December we also get a small bonus that helps me enjoy the holidays with my family.

Your Honor, I know what my boss did was wrong, but I know if you give him a second opportunity, he will take advantage of it to do better. I ask God and you to please consider what he has done for his employees, especially for my family. I pray God gives you the understanding to decide what is best. I think everyone has done something wrong in our lives at some point and we all deserve a second chance.

Also, the company provides health care benefits that I depend on. To me it is very beneficial and I am only deducted $30 from my paycheck and I get all the benefits I need. If I did not have that coverage, I would not be able to afford a doctor.

"God bless you, and may Jesus help guide the best decision."

Thank you.

Jose Ortiz