Benjamin N. Gluck - State Bar No. 203997
 bgluck@birdmarella.com
Christopher J. Lee - State Bar No. 322140
 clee@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Sang Bum Noh, aka "Ed Noh",

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>SANG BUM NOH aka "Ed Noh",<br><br>  Defendant. | CASE NO. 2:20-cr-00370-VAP-2<br><br>**SANG BUM "ED" NOH'S NOTICE OF SUPPLEMENTAL EXHIBITS TO SENTENCING MEMORANDUM**<br><br>Date:   December 6, 2021<br>Time:   9:00 a.m.<br>Crtrm.:  8A<br><br>Assigned to Hon. Virginia A. Phillips<br>Dept. 8A |

3763136.1

Defendant Sang Bum Noh aka "Ed Noh," by and through his counsel of record, respectfully submits the following supplemental exhibits in support of his Sentencing Memorandum, filed today, on November 22, 2021 (Dkt. 69):

### INDEX OF SUPPLEMENTAL EXHIBITS

| No. | Name | Notes |
|---|---|---|
| **Letters from Family** | | |
| 35 | Letter from Myung-Taek Lee | Brother-in-law |
| 36 | Letter from Jung Hee Park | Mother-in-law |
| 37 | Letter from Seung-Taek Lee | Brother-in-law |
| 38 | Letter from Song Mee Lee | Sister-in-law |
| 39 | Letter from Sang Noh | Brother |
| 40 | Letter from Sung-Hwan Myung | Brother-in-law |
| 41 | Letter from Sangwoon Noh | Brother |
| 42 | Letter from Sejin Hyun | Nephew |
| **Letters from Friends** | | |
| 43 | Letter from Yingji Huang | Barber |
| 44 | Letter from Jay Young Chung | Childhood friend |
| 45 | Letter from Bae Keun Yu | College alumnus |
| 46 | Letter from Steven Kim | Childhood friend |
| 47 | Letter from Hyun Hwang | High school alumnus |
| 48 | Letter from Min Soo Kim | Family friend |
| 49 | Letter from Seung Kim | Church friend |
| 50 | Letter from Peter Y.S. Kim | Church friend |
| 51 | Letter from In Ho Park | High school alumnus |
| 52 | Letter from Shayne S. Park | College alumnus |
| 53 | Letter from Kun Jung Rhee | High school alumnus |
| 54 | Letter from Jae-Min Park | Childhood friend |
| 55 | Letter from Jin-Kyong Park | Family friend |
| 56 | Letter from Duk Joon Hwnag | President, Korea Herald Business |
| 57 | Letter from Jun Heo | Church friend |
| 58 | Letter from Sung In Kim | President, EnC Jeans |
| 59 | Letter from Kwang Hui Lee | Godfather |
| 60 | Letter from Bo Wan Suh | College alumnus |
| 61 | Letter from Daesik Tag | Church friend |
| 62 | Letter from Stephan J. Kim | College alumnus |
| 63 | Letter from Justin Chae | College alumnus |
| 64 | Letter from Yoon Na | Friend |
| 65 | Letter from Bon Koo | Former President, Korean American |

|    |                                     | Textile Association           |
|----|-------------------------------------|-------------------------------|
| 66 | Letter from Chan K Rhee             | College alumnus               |
| 67 | Letter from Bokki Min               | Managing Partner, UCMK, LLP   |
| 68 | Letter from Kevin Cho               | College alumnus               |
| 69 | Letter from Phillip Yoon            | College alumnus               |
| 70 | Letter from Sang-Soo Lee            | College alumnus               |
| 71 | Letter from Sangmok Kim             | College alumnus               |
| 72 | Letter from Lloyd Lee               | College alumnus               |
| 73 | Letter from BJ Park                 | College alumnus               |
| 74 | Letter from James Dong Hyun Ahn     | College alumnus               |
| 75 | Letter from James Lee               | College alumnus               |
| 76 | Letter from Song Pyun               | Friend                        |
| 77 | Letter from Ki Sook Kwon            | College alumnus               |
| 78 | Letter from Young Chun Lee          | College alumnus               |
| 79 | Letter from Shawn Park              | College alumnus               |
| 80 | Letter from David Lee               | President, GBO, Inc.          |
| 81 | Letter from Kiho Son                | Friend                        |
|    | **Letters from Employees**          |                               |
| 82 | Letter from Helen Gao               | Former Ambiance Employee      |
| 83 | Letter from Jane Kim                | Ambiance Employee             |
| 84 | Letter from Cosme Lopez             | Ambiance Employee             |
| 85 | Letter from Doran Choi              | Ambiance Employee             |
| 86 | Letter from Eunmi Jung              | Ambiance Employee             |
| 87 | Letter from Grace Yi                | Ambiance Employee             |
| 88 | Letter from Ason Lee                | Former Ambiance Employee      |
| 89 | Letter from Lydia Lee               | Former Ambiance Employee      |
| 90 | Letter from Rachelle Song           | Former Ambiance Employee      |
| 91 | Letter from Soorim Sung             | Former Ambiance Employee      |
| 92 | Letter from Ji Youn Choi            | Former Ambiance Employee      |
| 93 | Letter from Bruce Jeong             | Ambiance Employee             |
| 94 | Letter from Brendan Kim             | Ambiance Employee             |
| 95 | Letter from German Sim              | Ambiance Employee             |
| 96 | Letter from Jennifer Jung           | Ambiance Employee             |
| 97 | Letter from Sam Kim                 | Ambiance Employee             |
| 98 | Letter from Marisa Sanchez          | Ambiance Employee             |
| 99 | Letter from Sunny Lee               | Wife of Ambiance Employee     |
| 100| Letter from Sabina Gi Yeol Kim      | Ambiance Employee             |
| 101| Letter from Michael K. Lee          | Son of Ambiance Employee      |
| 102| Letter from Lawrence J. Lee         | Son of Ambiance Employee      |
| 103| Letter from Ben Kim                 | Ambiance Employee             |
| 104| Letter from Ethan Zhang             | Ambiance Employee             |
| 105| Letter from Kyle K. Kim             | Ambiance Employee             |
| 106| Letter from Hye Kyung Arroyo        | Ambiance Employee             |

| | | |
|---|---|---|
| 107 | Letter from Min Joo Kim | Ambiance Employee |
| 108 | Letter from Sunny Lee | Ambiance Employee |
| 109 | Letter from Gregorio Martinez | Ambiance Employee |
| 110 | Letter from Joseph Lee | Former Ambiance Employee |
| 111 | Letter from Ricardo Martinez | Ambiance Employee |
| 112 | Letter from Alexis Bora Nam | Ambiance Employee |
| 113 | Letter from Mario Garcia | Ambiance Employee |
| 114 | Letter from Calvin Sunwoo | Ambiance Employee |
| 115 | Letter from Norma Ruvalcaba | Ambiance Employee |
| 116 | Letter from Jinny Kim | Ambiance Employee |
| 117 | Letter from Daeh Kim | Former Ambiance Employee |
| 118 | Letter from Sue Zhang | Ambiance Employee |
| **Letters from Suppliers** | | |
| 119 | Letter from Caine Wang | President, Rayee Textile |
| 120 | Letter from Raymond Chen | CEO, Weina Fashion |
| 121 | Letter from Shecil Xie | President, Hangzhou Qiying Garments |
| 122 | Letter from Xu Wei Min | President, Jiangsu Dongdu Textile Group |
| 123 | Letter from Jean Kim | President, Hangzhou Xihong Garments |
| 124 | Letter from Xinghua Zhang | President, Maoxin Knitting |
| 125 | Letter from Handol Jung | CEO, Woongjin |
| **Letters from Customers** | | |
| 126 | Letter from Young Sook Lee | Owner, LA Paloma Fashions |
| 127 | Letter from Hannah Lee | Fashion buyer |
| 128 | Letter from Kwi P. Westervelt | Owner of clothing retail store |
| 129 | Letter from Michael Gold | Founder & Chairman, YM, Inc. |
| 130 | Letter from David Myung | President, CK 21 |
| 131 | Letter from Hyuk Dong Kwon | Owner, Fashion Plaza |
| 132 | Letter from Kenneth Choi | Founder, Papaya Clothing |
| 133 | Letter from Sang Yong Yu | Owner of fashion business |
| 134 | Letter from Irene Hong | Fashion buyer |
| 135 | Letter from Helen park | Owner, Lucky Fashion |
| 136 | Letter from Kyung Hei Cho | Vice President, VNS Corp. |
| **Letters Relating to Charitable Contributions** | | |
| 137 | Letter from Yoosun Ham | LITE Scholarship Beneficiary |
| 138 | Letter from Hana Kim | LITE Scholarship Beneficiary |
| 139 | Letter from Huisoo Kim | LITE Scholarship Beneficiary |
| 140 | Letter from A-Young Park | LITE Scholarship Beneficiary |
| 141 | Letter from Haram Lee | LITE Scholarship Beneficiary |
| 142 | Letter from Rev. Alex Ha | Minister, Our Lady of Peace Korean Catholic Church |
| 143 | Letter from Sister Soon Ok Lee | Peru Regional Director, Order of Our |

|     |                                              | Lady of Perpetual Help |
| --- | -------------------------------------------- | ---------------------- |
| **Joint Letters**                                                             |||
| 144 | Joint Letter from Wilshire United Methodist Church |                  |
| 145 | Joint Letter from Korean-American Community Leaders |                 |

DATED: November 22, 2021

Benjamin N. Gluck
Christopher J. Lee
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By: _____
Benjamin N. Gluck
Attorneys for Sang Bum Noh, aka "Ed Noh"

3763136.1

5
NOTICE OF SUPPLEMENTAL EXHIBITS