# EXHIBIT 43

January 9, 2021

Honorable Judge Virginia A. Phillips
U.S. District Court
First Street Courthouse
Courtroom 8A, 8th Floor
350 West 1st Street
Los Angeles, CA 90012

Dear Honorable Judge:

I would like to humbly plead for your leniency towards Ed Noh on behalf of my family. My name is Yingji Huang, and I run a barber shop. Ed Noh has been a regular customer of mine for the past 20 years, from 2001 until currently. He is well respected by many people in our community. He has been consistently giving tremendous help for the people in need in the local community. I am also one of the people who have received help. Thanks to him I am gratefully living a good life.

When I first started work at a barber shop in 2001, Ed was a regular customer at the shop. He heard that I had just immigrated to the U.S., and he advised me that in the U.S. you can get good opportunities and obtain success as long as you worked hard, and he always gave a generous tip to me who had financial difficulties. He also provided useful information for my family members and thanks to him my late husband worked at a good job and my daughter has become a nurse after completing her studies. I know that it is all thanks to Ed, and I always try to work hard and live well without forgetting my gratitude towards him.

When he found out that my mother lived by herself in another country and she had an illness, he provided financial support. And when my husband died of a heart attack, he comforted me and gave me the courage to go on and again gave me financial support. He showed me with his actions that money is not meant to be used solely to serve yourself, it is meant to be shared with others who are in need, and he provides financial help with a warm heart to everyone around him. Because of his actions, people around him praise him and respect him.

I have also seen him talk to his employees on his cellphone and he talks to them with love as if they are his real family and it makes me feel that he is truly a good person. Helping people is not just something he does once or twice, it is a part of his daily life. He doesn't do it just to gain a good name for himself, he does it with sincerity and warmth.

One day, I found out that he had been charged with tax evasion and I was shocked. Afterwards when he came to the shop, I didn't know what to say to him to ask what happened. Ed opened his mouth first and told me that the news was true and that he was sorry that he had disappointed me, and he said that he was truly repenting and would be accepting the court's judgement. His sincerity made me regret my initial disappointment with him.

As an essential entrepreneur in our community, I believe Ed is a vital element that can help improve the economy that is in crisis and he can help a lot of people in need. He is someone

who is truly needed in our community and I write to you in hopes that he is allowed to continue his work.

Thank you.

Sincerely,

Yingji Huang

# EXHIBIT 44

December 5th, 2020

Hon. Virginia Phillips
U.S. District Court
First St. courthouse
Courtroom 8A, 8th floor
350 W. 1st St.
Los Angeles, CA 90012

Honorable Virginia Phillips,

My name is Jay Chung and I am writing in regards to my friend, Ed Noh, who I have known for the past 55 years. I am aware that Ed has made mistakes for a financial crime but I would like you to know that he is a  great father, husband, friend, and a contributing member of our society who always looks for ways to give back to his community.

I first met Ed in Korea, when I was in middle school and attended high school with him as well. Throughout those years, Ed was always known for his generosity and sincerity to his friends and to others. He also served at his local church. He was a great friend to myself and our group of friends. He was always willing to help anyone in need especially when we needed help understanding our homework.

When I moved from Korea to the United States, I reunited with Ed and found out that he had his own business. I did not know anyone in America and Ed was one of the few friends who treated me like family and gave me great advice on how to start my own business. Due to his generous help, I was able to start my own business which eventually allowed me to provide for my family.

Ed has always been empathetic towards other people in need. For example, when I was struggling financially, he offered to help me financially so that I would be able to provide for my family when I first came to America. He also gave me emotional support and advice when I was at a very low point in my life, especially adjusting to America which was a stressful transitional process for an immigrant like myself. I knew then how sincere and genuine Ed was to me and I have valued our friendship and respect him for always being there for me.

Ed's generosity also extends out to the community that he is a part of. Through our Alumni Association, he has provided financial support for the development of his alma mater and students in financial need. Ed also donates in abundance to his local church in his community which contributes in helping homeless shelters and women who have been victims of domestic violence.

Ed Noh is a father to two beautiful children who I have seen grow up  first hand to be responsible and honest adults in our community. He has been happily married to his wife for many years and raised their children to be a generous, respectful and kind to all those around them.

I have many more great examples of the great characteristics that Ed has shown to me over the last 55 years. If you would like to hear any  more stories, please feel free to reach me at any time.

Lastly, your Honor, I ask you to consider leniency for Ed Noh's current court case. He has proven to be a good man with a great moral compass and I am sure that he would be a better citizen when given another opportunity from you.

Sincerely,

Jay Young Chung

# EXHIBIT 45

Dec. 26, 2020

Honorable Judge Virginia A. Phillips
U.S. District Court
First Street Courthouse
Courtroom 8A, 8th Floor
350 West 1st Street
Los Angeles, CA 90012

Dear Respected Judge,

My name is Bae Keun Yu and I work in the financial/investment consultation field and it
has been about 15 years since I made the acquaintance of Ed Noh. I got to know him
as a senior alumni of my college who became a successful entrepreneur running an
apparel company in downtown LA while I was working as the general secretary of the
Sogang University Alumni Association of Southern California.

Ed was the object of respect and envy to many of the junior alumni members for the
way he was able to successfully lead a company that grew exponentially every day with
his hard work, drive and propulsive business practices.

Korea experienced a war in the 1950s and as the post-war generation went through the
rapid growth in the '60s and '70s, they were raised in an obsessively competitive society
that demanded that you must do whatever it takes to achieve more than others at a
faster rate than others. For the unfortunate war-born generation like Ed, I am sure the
pressure to succeed would have been unfathomably high.

With this social and cultural background, Koreans had to become more diligent, and had
to take initiative and be aggressive in all aspects of life, and they gained the tendency to
rush to pursue goals to achieve maximum results within the shortest possible period of
time. I believe that this tendency was also reflected in the way the Korean immigrants
aggressively pursued the American Dream. Furthermore, for a first generation
immigrant like Ed who had to pioneer new paths in a country that had such a different
social and cultural background from his home country, I believe it would be easy to
make a mistake while trying to understand and navigate the complex legal system of the
U.S.

Based on his background, I feel that it is understandable as a fellow human being that
Ed could have made a mistake. However, I am in no way trying to excuse him from
Your Honor's legal judgment. I know how responsible Ed is, and since Ed has already
plead guilty to his charges, I know that he will take full legal responsibility and comply
fully with your judgment.

I would also like you to take into consideration the fact that Ed has also continuously shown warm interest in supporting the development of his junior alumni members and has provided a lot of support to the Sogang University Alumni Association of Southern California. He has sponsored scholarships for the students in his home country and spared no expense in supporting their studies during their difficult situations.

In terms of business, Ed has always strived to take responsibility and resolve problems himself and attended overseas business trips and meetings in person without putting the burden on his employees. In the past, when I participated in brokering an investment opportunity for Ed and the results were unsatisfactory, he did not blame the broker and instead graciously accepted the loss as his own responsibility.

Your Honor, I sincerely implore that you may give him the opportunity to make renewed wholesome contributions to the American society by continuing to operate his business without physical restraint while he is taking full financial responsibilities for big penalties.

Please give Ed another chance to live again as the head of a family, an owner of a business, a healthy member of the local community, and furthermore a citizen who contributes to the development of the American society while pursuing the American Dream.

Thank you for your time and consideration.

Sincerely,

Bae Keun Yu

# EXHIBIT 46

Nov. 27, 2020

Honorable Virginia Phillips
U.S. District Court
First St. Courthouse
Courtroom 8A, 8th Floor
350 W. 1st St.
Los Angeles, CA 90012

RE: Ed Noh Sentencing

Your Honor,

I am writing this letter to urge leniency in the sentencing of my family friend and mentor, Ed Noh, who I understand has plead guilty to a financial crime before your court. Ed is a deserving member of society and I am confident Ed has learned a serious lesson from his mistakes.

Ed and I have known each other since 1968, when I entered middle school in South Korea. Ed and I attended the same high school and college, and have spent long days together studying in the library.  When I came to America in 1987, I maintained a good friendship with him and his family.

During our childhood, Korea was one of the poorest and least developed countries in the world.  And even in those times, when we all had so little, Ed always showed empathy for others and went out of his way to help and donate to charitable causes.

When I came to America, I was again a witness to many cases of his continued good deeds. It is never easy for him to simply pass by homeless people without providing some sort of assistance, even when he was not financially comfortable. And I personally know several people with financial difficulties who received both financial and mental supports from Ed. He helped them to establish themselves again through helping them to start their small businesses such as clothing retail stores.

Ed is a naturally warm-hearted person. One summer about 10 years ago, Ed's family and I went to Yosemite for 5-day vacation with about 8 people joining from Northern California. Shortly after arriving at our campsite, I felt stiffness on my back and got worse as time passes. It was not an emergency case. Nevertheless, based on my same experiences in the past, I needed acupuncturist as soon as possible. Otherwise, it could take at least a month for me to recover. Right next morning, without hesitation, Ed and his wife abandoned their vacation plans and drove me all the way back to Los Angeles, which made me feel sorry for ruining their vacation. When I tried to apologize and express my gratitude, he simply told me, "Don't mention it. I did what I wanted to do and what I wanted was to make sure you were OK." I was really touched.

1

In another instance of his amazing moral character, I once recommended Ed a friend of mine who owned a struggling sewing factory. Under my assurance that this friend could provide quality and timely work, Ed gladly started sending orders to this factory. But sadly, a short time later, the owner of that factory disappeared. As a result, Ed's company experienced a significant loss in inventory, time, and employment hours. It was devastating for having personally recommended this vendor to Ed and I deserved all the blame.

But Ed, being the wonderful person that he is, gave me a gentle smile and said, "You don't have to feel sorry. You were only trying to help and I know you had good intentions. Besides, the past is past."

I used to tell my two children about many good deeds of Ed. While it should be undeniable that through wonderful education system here in America they have learned about the importance of donation and contribution to society. In the meantime, I am sure that they have also been inspired by Ed in good ways. Let me tell you some episodes. My daughter makes regular visits to elders at a healthcare facility. She volunteered taking care of a picky Alzheimer patient while longing her grandfather who suffered from the same disease. One day, she told me an amazing story saying "OMG. I came to know that he was mom's doctor, gynecologist, who actually took care of my birth, and I double confirmed it with my birth certificate." I can't forget her happy face with full of joy. And my 36-year old son is a founder of PLUR Foundation, a 501(c) non-profit organization, which he spends a large portion of his income for periodic events. About 700 members, mostly young, spare their talents and time for the least, single moms and sick people.

Honorable Judge Virginia Phillips, I could go on for many pages about Ed's fine character, but I just hope you take my message in consideration. Ed is one of the best people I know and I am confident that Ed will be more valuable and considerate to society as a whole.

I sincerely request your generosity and leniency, and would be very happy if you can reach out to me to discuss my sense of Ed's character anytime.

Sincerely,

Seong (Steven) Kim

2

# EXHIBIT 47

November 30, 2020

Honorable Virginia A. Phillips
U.S. District Court
First Street Courthouse
Courtroom 8A, 8th Floor
350 West 1st Street
Los Angeles, CA 90012

Honorable Virginia A. Phillips,

I am writing on behalf of my friend, Ed Noh.

Ed was 2 years ahead of me in high school in Seoul, South Korea, and I didn't have a chance to personally know him till I entered a college in 1974. I met Ed for the first time at the welcome party hosted by high school seniors. My college, Sogang University, was operated by Jesuit Catholic system and the undergraduate academic programs were very tight and intense. While I was having a hard time to adjust myself to it, Ed helped me a lot in many ways. As a shy boy having had no religion, it was very frustrating for me to talk with some professors and lecturers. Those were English speaking fathers and sisters. Then Ed started taking me to his meetings with fathers and sisters to make me feel comfortable with such occasions, and it did not take long for me to get used to it. Ed also spent his time and effort of giving me a lot of advice about college life, religion, salvation, and many other subjects. He was a very meticulous and accurate mentor to me for the full one year, and I deeply appreciate his support until now. Next year he joined the army, and I did not have a chance to see him again in Korea.

Several years later, I immigrated to America and settled nearby San Jose, California, where I met with an old friend of mine, In Ho, who was running more than 10 retail stores selling clothes for ladies. He once told me about how he started of his business. He had a very limited fund that could only cover the store lease payment, and he heard that there was a high school senior, Ed, who was a wholesaler in downtown L.A. He visited Ed's office simply to ask for help with the heart of the main. Though they did not have any past relationship with each other, Ed gladly supported him by establishing a credit line which was more than enough to fill up the whole store. Later, while he was expanding his business, he purchased goods from several other wholesalers, and Ed knew about it. InHo said that Ed had never complained or blamed him at all. He said that Ed simply congratulated him on his success.

About 15 years ago, I made a short trip to Los Angeles with In Ho, and we visited Ed's place together. Until then, Ed was just unknown good person to me, and I did not recognize him when I first saw him at his office. 30 years have been passed since we did not have any contact each other. Once we shared our Korean names, Ed recognized me right away, and I found that Ed was that mentor I did forget about for a long time. Having had a great time with Ed and InHo through the night, I found that Ed helped out InHo several other ways such as giving detailed guidance of selecting designs, how to display in store, rotating the inventory from one store to another, and so on. It reminded me of his meticulous helps for me during my freshman year, and I talked to myself that Ed Noh I knew 30 years ago never changed at all.

Honorable judge Virginia Phillips, I am sure that Ed is a naturally born warm-hearted person. While I was staying in L.A., I met several friends there. When I talked about Ed, most people talked very positively about him. What I also heard with his praise for his good works was that there were a few

more people who received help similar to the help Ed gave to my friend InHo. He still had the same generous attitude and he hasn't changed a bit with his compassionate and detailed cares to others, and I believe that his success of business has been attributed to his scrupulous cares and integrity extended to people.

Ed has admitted to his wrongdoing and is now awaiting a sentencing, and I hope that he will overcome this ordeal. I'd like to, if possible, ask you, Honorable Judge, see his virtues and with your grace and leniency, I wish he can continue making positive contributions to people around him and to his community.

Thank you very much for your time and consideration.

Sincerely Yours,

Hyun Hwang
(408) 483 8691

# EXHIBIT 48

Min Kim



To Whom It May Concern
Letter in Support of Ed Noh
File No. 4168.2

November 24, 2020

Dear Sir or Madam,

Hello. My name is Min Kim, and I am recent college graduate and engineer. I am writing on behalf of Mr. Ed Noh to respectfully ask for leniency in his case. In spite of his actions and mistakes, Mr. Noh is a good person, and deserving of forgiveness and a second chance. I hope that through my letter, you can understand why I believe he merits consideration for clemency.

Mr. Noh is a friend of my parents' and he also attends the same church my family does. I have spoken with Mr. Noh at church and also his home and although we are not the closest friends due to our age difference, cultural differences and limited interactions, he is a person I have a lot of affection for. I first met him three years ago when he offered to host my sister's birthday party at his house. He was so kind to my little sister and her friends by helping us settle for a fun afternoon at the beach. Mr. Noh also made effort to make his guests comfortable and even to speak in english to us despite his difficulties with the language.

In addition to that, Mr. Noh and I had a discussion regarding my university studies and career goals. It was an opportunity for me to explain my academic interests and see his reactions to ideas and decisions I wanted to make. At that time, I was interested in data science and he told me about applications of data science in government and defense programs. He also gave me his advice and perspective on career skills relating to how to be confident and personable that I still hold to this day. I still remember the conversation we had that day because his willingness to help me was genuine. For this advice, I am very grateful to Mr. Noh, and my respect for him has only increased in subsequent meetings with him.

This experience with Mr. Noh is my fondest memory of him and these two instances are examples of Mr. Noh's selflessness and generosity. He has also been willing to share his experience and knowledge that is very valuable to his friends and colleagues. It

has certainly been helpful to me. I am still deeply saddened to hear about Mr. Noh's actions and consequent circumstances. When I first heard about this, it was a shock to me because I only have positive memories of him. Despite the mistakes he has made and what has happened, I will continue to have many good things to say about him.

Sincerely,

Min Kim

# EXHIBIT 49

November 30, 2020

Seung (Richard) Kim

Hon. Virginia Phillips
U.S. District Court
First St. Courthouse
Courtroom 8A, 8th Floor
350 W. 1st St.
Los Angeles, CA 90012

Dear Judge Phillips,

My name is Seung (Richard) Kim.

I write this letter on behalf of Ed Noh.

The first time I got to know Ed was seven years ago at the cathedral where I attend every week. Before I met him in person, I had heard about his name first. At the time, our cathedral had fund raising for the construction of a new building. But the results were disappointing and we needed a turning point. Then I heard that someone who I don't know did a donation which helped our church greatly. I asked to people around who they were, but most of them did not know exactly who they were. After that, I forgot about it for a while until I had the opportunity to get close to Ed through a small group meeting. I was surprised to learn that Ed was the one. Because Ed was very humble, prudent, thoughtful and caring never overbearing personality, he had not mentioned about the donation at all.

As I had more occasions to meet him regularly, I came to like and respect Ed more and more because my initial thoughts and feelings didn't change. Ed was kind to everyone he met at our cathedral. He participated in all services and meetings and never forgot to try to be of help in any form when we need him. Ed was always thinking of the poor and the needy and being considerate of the dark and shady places and I felt his warm and deep heart. He was always in right place where someone needed him. Especially I remember last year's Thanksgiving. A Catholic priest visited his family here from Sicily, Italy for a holiday. Ed had heard this and invited his whole family to join Thanksgiving dinner. It was

one of the best Thanksgiving time in my life! Ed supported the priest's missionary activities and donations for the poor in Sicily. I heard that he also had supported scholarship to the university where he graduated from for many years. A significant amount of support has been helping young students continue their studies without giving up in the middle.

I was deeply impressed by the way he tried to keep even the slightest promises. Ed is best neighbor to my daughter, Hannah because he always ordered the Girl Scout cookies first. He never forgot it for many years. He is a wise teacher to my sons, gave valuable advice about their careers and future directions when they were lost. He is a good mentor to me, sharing his aged experience when I was in a difficult position. Three years ago, I asked for his advice when I was in a difficult situation to continue to run my business. I had faced lots of troubles from my customers and it made me exhausted. He spent his time and money to listen to me and awakened me the value of customers. I was able to overcome the difficulties and continue my business. Since then, whenever he meets me, he never forgot to ask me if the company is doing well or whether there are any other difficulties. He truly shared worries with me.

I was surprised to hear the news about Ed recently. I know that he fully acknowledged and reflected on his wrongdoing. I am confident that he will not repeat the same mistake. And I firmly believe that he would come back to be a better person and businessman more committed to our community. I am writing this letter because I am convinced that he deserves trust from us and that it's definitely worth trusting him.

I have often looked at him praying in the cathedral with his wife Annie. It inspires me a lot for family. He always puts his family first and reminds me how important it is. I can't forget how he was happy when he talked about his grandson.

Please Your Honor, find it in your heart to allow him a leniency and mercy to rebuild his life. If he is granted an opportunity, I know that he will make the most of it and will do something good for this community and the world.

Thank you for your time and consideration.

Sincerely,

Seung (Richard) Kim

# EXHIBIT 50

Peter YS Kim

November 23, 2020

Honorable Virginia Phillips
U.S District Court
First St. Courthouse
Courtroom 8A. 8th Floor
350 W. 1st St.
Los Angeles, CA 90012

Your Honor,

My name is Peter YS Kim. I am first generation immigrant to United State, was born in Seoul
Korea in 1948, immigrated on 1980. I am currently business owner of transportation company.
Today I am writing this petition to ask mercy on Mr. Noh's punishment to have second
opportunity.

Mr. Noh is university alumni that I met him on early 1990s and kept close relationship over 30
years. Mr. Noh is my close friend with same religion and faith. Mr. Noh is hard-working and
honest devout Christian whose shared a lot on immigration life.

Mr. Noh is first generation immigrant businessman, who overcame numerous hardship as
immigrant and became owner for one of leading major garment company. Mr. Noh should more
care on social enterprise's value realization, not only caring growth of company. Mr. Noh fully
recognized his ethical failure and pleaded to his crime. Mr. Noh has learned impressively from his
mistake and regrets to the very heart. Please have mercy on Mr. Noh's financial crime punishment,
so he can reestablish his business back on track and contribute again to Los Angeles economic
growth and society.

Act of good willingness

Mr. Noh is very generous man that share his earning back to society to help others. His routine donation helped LA community and weak side of society. Mr. Noh made donation to various US communities whenever help is needed. Also he pay great attention on helping weak side of society by routine donation on charity of fund for child (sponsoring child). His good willingness impressed lots of friends surrounded him and trigger them to donate as well.


Caring employee and Los Angeles economic growth

Mr. Noh think most important philosophy of business as relationship. He always cared his employees and business partners. During Covid19 outbreak, Ambiance was heavily impacted. Even with slow down on business, Mr. Noh haven't fired single employee. (Meanwhile many similar business cut down hugh number of employees) Despite of loss, Mr. Noh cared his 200 employee's job security and chose to have mutual benefit with vendors. Not only chasing after his own profit, weighted more on employee's family and local economy growth.


Mr. Noh is repenting his wrongful action he made. As friend and business associate watched him over almost 30 years, Mr. Noh will be harmless. He is a man definitely benefits on US economy and community. I believe community would be better off and benefit more from this continued positive contributions.


Thank you for having in consideration of my supportive letter. If you need more information, do not hesitate to reach out to me.


Sincerely,

Peter YS Kim

# EXHIBIT 51

November 30, 2020

Honorable Judge Virginia A. Phillips
U.S. District Court
First St. Courthouse
Courtroom 8A, 8th Floor
360 West 1st Street
Los Angeles, California 90012


Dear Honorable Judge Virginia A. Phillips,

My name is In Park and I am writing on behalf of my friend, Ed Noh.

I have known Ed Noh as a high school alumni senior for over 30 years. Our relationship continued when I was operating the clothing retail stores around Bay area in San Francisco and when he was running the wholesale clothing business at Los Angeles downtown fashion district. When I faced difficulties not only with my business but also with personal matters, his sincere advice has been of a big help to overcome them.

Ed Noh contributed to high school alumni association in many ways. He has always been compassionate to the alumni members in hardship. He supported many members financially as well. When I was a Chairman of Alumni Association, he asked me ways to help some members and quietly helped them, but he told me not to tell anyone what he did because he didn't want to be acknowledged. He also cared about alumni meeting to be operated in good harmony. Many alumni members respected him and appreciated him for what he has been doing for the association.

I also have a good relationship with his family for a long time. He is the best husband and father I can find around me. From what I've seen for a long time as a friend, Ed Noh is a warm hearted person. He happily visited me with his wife driving long hours for my family's events even if he was extremely busy. I have many good memories that we shared together at my father's funeral and my daughter and son's wedding ceremonies. He has been a genuinely generous and friendly person like a family member for people around him.

I know that I can't tell you enough about Ed in a short letter but hope that this letter will be helpful at the time of your sentencing consideration. I deeply appreciate in advance your generous leniency.

Sincerely,

In Park

# EXHIBIT 52

November 26, 2020

Honorable Virginia A. Phillips
U.S. District Court
First St. Courthouse
Courtroom 8A, 8th Floor
350 W 1st St.
Los Angeles, CA 90012

Dear Honorable Virginia A. Phillips,

I am writing this letter to urge your kind consideration on the case of Ed Noh, who is a longtime friend of mine.

I first met Ed in 2013, when I started serving for General Affairs of my university alumni association. I visited his office in downtown Los Angeles to request a donation. At the time, I was told by an alumnus that Ed was running a clothing business but was not aware of the scale of his operations.

At the showroom, I was pleasantly surprised to find that rather than having staff escort me to his office, Ed had been waiting for my arrival in person. I was touched by Ed's sincerity and willingness to take time and help. After our meeting, Ed not only offered an ample donation to our cause, but also offered his help in securing additional contributions from other alumni. He made good on his promises and provided consistent help throughout the years, even going as far as to organize frequent get-togethers to bring alumni together.

Over the years, I came to know Ed better as a person and learned that he has been an integral part of the community. He reached out to not only the alumni association, but also to friends and neighbors in need. Because he is a person who actively seeks to offer his aid, a rare trait in today's world, Ed is an invaluable asset to society.

I am confident that Ed's presence will be more beneficial to our community. I hope that the court will take my letter into consideration.


Sincerely,

Shayne S Park

# EXHIBIT 53

December 8, 2020

Hon. Virginia Phillips
U.S. District Court
First St. Courthouse
Courtroom 8A, 8th Floor
350 W 1st St.
Los Angeles, CA 90012

RE: Petition for Ed Noh

Dear Respected Judge Phillips,

My name is Kun Jung Rhee, and I was one year junior to Ed Noh at Kyung Dong High
School. Since 1999, we have continued to meet and Ed has continuously reached out to
me, encouraged and supported me.

In May of 1999, my business in Korea failed and I immigrated to the U.S. with my wife
and 3 kids to follow the American Dream. My first job in America was at a company
called Nextrade Inc. which was a yarn and fabric manufacturing and wholesale company
in the fashion industry. Since I was completely restarting my life, everything was new to
me. One of my friends from high school heard that I was starting out in the Los Angeles
fashion district and introduced me to Ed since we went to the same high school and we
were in the same industry.

From then on, Ed continuously gave me various resources and market trend information
that was trending in the Los Angeles Fashion District, and especially he was kind enough
to introduce me to excellent clients which raised my position in my company and enabled
me to secure my current position as vice president in recognition of my performance
through these clients. And I have been able to buy my own house and educate my 3 kids
and have had a happy life thanks to Ed.

Furthermore, based on the information and market trend analysis Ed provided, we were
able to develop and import various yarns and by selling them to the local fabric knitters

and fabric converters which invigorated the local economy, I truly appeal that Ed is the one who should be credited for his contribution to the local economy. I'd like to take this opportunity to tell you that Ed has had the greatest role in making me be where I currently am and I wouldn't be me of today if it weren't for him and I would like to emphasize what a warm and caring person he is and that he always helps people in need.

In addition, I have been the president and vice president of the Southern California Kyung Dong Junior High and High School alumni association since 2015, and every year we hold alumni outings, golf events, year-end parties, etc. for approximately 100-150 people, and these events require a lot of funds. Whenever we are short on funds, Ed has happily donated funds to support the events with his warm encouragement and he is the main reason our alumni association has been able to stay active. His continued support shows that he is a generous and affectionate person who cares for his junior high and high school alumni, friends and colleagues.

Your Honor, I plead that you show leniency towards Ed Noh who is a person with a warm heart, who always helps people in need, and who continues to contribute to the vitalization of the local economy.

Thank you for your time and consideration.

Sincerely Yours,

Kun Jung Rhee

# EXHIBIT 54

December 3, 2020

Hon. Virginia Phillips
U.S. District Court
Frist St, Courthouse
Courtroom 8A, 8th Fl.
350 W. 1st St.
Los Angeles, CA 90012

Honorable Virginia Phillips:

My name is Jae-Min Park. I have known Ed Noh and we have been friends each other for 55 years since we met in middle school. I am writing this letter concerning my closest friend, Ed Noh. I can tell some truth below from his middle to high school days and the friendship we have firmly built.

We lived nearby and went to the same middle and high schools. After we had graduated from high school, we went to different colleges, had our own jobs and lived in different countries. However, we have been still very close even though he immigrated to the U.S. in early 1980s.

Sang Bum(Ed's Korean name) grew up in a poor family, but he was a very positive boy and studied very hard by working part-time jobs to save money for the tuition fees. As a result, he got an admission to the university he had wanted to study at.

He liked the sports and joined the sports clubs such as softball and soccer. A lot of friends liked him since he has the outgoing personality. One day at the camp, one of our friends drowned and a couple of friends got in a panic after the incident happened. Sang Bum voluntarily dived into the water and swam to him. He was not afraid of that he might had been in the trouble too.

Having a military service is mandatory in Korea. Positioned in some dangerous areas such as the front regions near the North Korea is demanding, but he served the military service at the DMZ for 36 months successfully

without any problems.

He met his wife at the same university. They married after graduating from college and have two lovely kids. His family immigrated to Los Angeles in 1985 without any financial supports and helps from the acquaintances. He and his wife worked very hard to settle down and started their own business. He knows how to run a business and hire staffs for a success. Eventually he became a role model as an entrepreneur.

He and his wife donated for the scholarships regularly to support the students who are alumni to them. In addition, Ed Noh and his wife met the students as mentors to encourage them. These facts were delivered through the school periodicals to thank their contribution.

He takes care of people as well. Two friends went to Arizona to earn degrees after Ed had moved to L.A. It was not easy to visit them often since it is far between two states, but he often visited them. He also looked after my son and daughter when they stayed in Irvine, California to take English classes. He called and visited them frequently even though they rarely met while they grew up. Lastly, he invited five friends with their wives including me to California. We realized how devoted to friends and humble he is while traveling together.

My English is not good enough to support my closest friend, Ed Noh. He made a mistake and regretted it. I guarantee that he would be a better person through this experience. Please take into consideration the above information when you determine and grant him leniency.

Thank you.

Sincerely,

Jae-Min Park

# EXHIBIT 55

December 3, 2020

Hon. Virginia Phillips
U.S. District Court
Frist St, Courthouse
Courtroom 8A, 8th
350 W. 1st St.
Los Angeles, CA 90012

Honorable Virginia Phillips:

My name is Jin-Kyong Park. I have known Ed Noh as my father's closest friend. I am writing for a friend of my father, Sang-Bum Noh *(Ed's Korean name)* and Ed Noh as a successful entrepreneur who is a role model to myself.

As far as I know, Sang-Bum's family immigrated to Los Angeles, California in the early 1980s. My family and his family lived in the same town before he moved to the states. But I do not have enough memory with him. However, I appreciate him to take care of my family all the time especially when I and my younger brother went to Irvine, California to take English classes. Everything was very new to us to stay in the foreign country without my parents. But he remembered the date we had landed to Los Angeles, and made a call to know we arrived the school dorm safely. He frequently visited us to check things were prepared to live with foreign students.

Ed Noh is my role model for my future career with a humble attitude. I studied *International Relations* at the Graduate School of International School of Sogang University that he studied. I was proud of him when I found his and his wife names on the school periodicals for regular donations and the news articles they became mentors to the juniors. I am aware of that it is not easy to donate and save time on a busy schedule of a business trip to Seoul, but they have done pleasantly.

People can make good impression for some issues. At least, Ed Noh motivated me to do my best every moment and have a chance to move to the U.S. to pursue my future career. He became successful with is hardworking attitude in the states where guarantees that people can gain the outcomes from they work hard.

Man can make a mistake, especially the one who runs a business. He would become more responsible through the lesson. Please take into consideration the words I wrote above. Many students and young people including me have been influenced by him. He would never let us be disappointed again.

Please give him a chance to bring positive aspects to the young. Thank you for your consideration.

Sincerely,

Jin-Kyong Park

# EXHIBIT 56

Hon. Virginia Phillips                                    December 4, 2020
U.S. District Court
First St. Courthouse
Courtroom 8A, 8th Floor
350 W. 1st St.
Los Angeles, CA 90012


Dear Honorable Virginia A. Phillips,


I am writing on behalf of my brother-figure, Mr. Ed Noh.

My name is Duk Joon Hwang who is the president & C.E.O of a media company that publishes a Korean newspaper doing as business called the Korea Herald Business for the Korean American community in Los Angeles.

It's been 25 years since I knew Mr. Ed Noh. One day in the fall of 1995, when I was dispatched to Los Angeles as a correspondent for a Korean newspaper, I met him with an acquaintance at the Harding Golf Course in Griffith Park for the first time.

While playing golf together for about 5 hours that day, Mr. Noh was like a neighbor's older brother whom we had known for a long time even though we've never met before.

I have just been to the United States and have been wondering and asking many questions about where and how I live and whether there is anything uncomfortable with living. It turned out that we lived in one block in the same neighborhood in Glendale, where each other had their homes. I still remember that his kindness to ask and ask for help whenever there is anything difficult to stay in LA was truly warm.

I'm probably the person who drank soju with Mr.Noh more than anyone over the past 10 years. Koreans used to judge the relationship between how often and how much soju they drink together. When I started a newspaper business and began to worry about difficult management, I drank soju with Mr.Noh.

I thought he would have made a lot of money, so honestly, sometimes I met him with the desire to borrow some money from him. But he was more excited about baseball than talking about money or business, and it was almost impossible to tell someone to lend money to someone who was eager to see why the Dodgers didn't win after 1988.

From then on, when I met him, I decided to just enjoy being with him. While Mr. Noh talked about baseball, he couldn't seem so happy, and I was happy to listen too.

I know that Mr. Noh admitted to do something against the law in the course of doing business. Wrong is wrong, and he will be held accountable. If he's done much better to his surroundings and community than he's done mistake,  Can't you give him one more chance to take those into consideration?

No matter how busy he splits his time, he meets a worrisome junior, buys soju, sends a lot of donations to his high school and college, and distributes warm food to homeless people during the holiday season. I believe it is much closer to the true character of Mr. Noh.

Your Honor,

Please find it in your heart to allow this man to rebuild his life. If he is afforded this opportunity, I know he will make the most of it and do some good in this world.

I humbly implore you to strongly take into consideration the genuine neighbor, friend who Mr. Noh is, and would like to request   for favorable arrangements so that Ambiance can develop into a more transparent and healthier company with his determination and reflection not to repeat mistakes.

Thank you for your time and consideration.


Sincerely yours,

Duk Joon Hwang

# EXHIBIT 57



December 13, 2020

Honorable Virginia Phillips
U.S. District Court
First St. Courthouse
Courtroom 8A, 8th Floor
350 W. 1st St.
Los Angeles, CA 90012

Honorable Virginia Phillips:

I am writing on behalf of my alumni, Ed Noh. My name is Jun Heo, I'm an engineer at Skyworks in Irvine, and I've known Ed Noh couples of years in the Our Lady of Peace Korean Community Church in Irvine.

I heard some news about Ed while we stand at a series of frustrated and repressed daily lives, the gloomy and bleak future has no end in Covid-19. However, we are still actively doing our best in each field. There is a driving force that keeps us awake again. It is the good influence and Ed has showed this good influence to the Korean community Church. I'm not talking about his big donation to the church actually, instead Ed's good move, shown without any condition or understanding, have a profound effect on other's hearts and thoughts breaking the shells. I've watched my church friends have paid forward caused by Ed's kind influence.

Ed is a silent believer and he sits in the middle of the chairs every single holy Sundays to look to God anytime, anywhere. Actually, I don't know the detail of Ed's sentence. But I know his absence in the church means the chain collapse of bricks upon the sentence goes. Because he has added the values of the faith and future of the Korean community Church.

At this moment, I and the believers who know Ed hope that the flowers of good influence that need will bloom everywhere. As a result, all of us' shaking daily lives will spring up with new strength and courage, fill with hopes, and times full of affection.

Please your Honor, find it in your heart to allow Ed to rebuild his life. I'd hope if he is afforded this opportunity and he continues to do some good as like he did before.

I appreciate you for your time and consideration.

Sincerely yours,

Jun Heo

# EXHIBIT 58

December 15, 2020

Hon. Virginia Phillips
U.S. District Court
First St. Courthouse
Courtroom 8A, 8th Floor
350 W 1st St.
Los Angeles, CA 90012

RE: Ed Noh Sentencing

Dear Judge Phillips,

My name is Sung In Kim and I have known Ed Noh closely for more than 20 years. I would like to tell you about his human side.

I currently live in La Canada City of California, and I work in the apparel industry, and I first met Ed Noh about 20 years ago while playing golf together.

Since then, we have continued to meet and kept in contact, and Ed has continuously impressed me with his humanitarianism and his willingness to step in and help in difficult situations that other people would avoid. He also never boasts of his good deeds and I know he's done many good deeds without letting people know. He is a true humanitarian which is rare in this day and age, and he is always eager to help people in need.

Through religious organizations he has sponsored and funded projects for the poor in Africa, and also carried out assisting the poor in Myanmar. He established and is still funding a scholarship program in Korea for high school students, and he has also had meetings with city of LA to help establish a shelter for the homeless in Los Angeles.

Ed is a warm hearted and humble person and a true humanitarian who shares with people in need.

He has admitted to his wrongdoings and I trust that he will lead his life better and right.

I pray that you could give him the opportunity to continue to contribute to society by helping more people in need with his warm humanitarianism. I am confident that he will do more good deeds in the future and continue to help the people in need.

Thank you for taking the time to read my letter and I hope you have a happy holiday season.

Sincerely,

Sung In Kim

# EXHIBIT 59

December 28, 2020

Hon. Virginia Phillips
U.S. District Court
First St. Courthouse
Courtroom 8A, 8th Floor
350 W 1st St.
Los Angeles, CA 90012

In Support of Ed Noh

Dear Honorable Judge Phillips,

Ed Noh and his wife, Annie became my godson and goddaughter 6 years ago when
they were referred to me by our parish priest.

Even with their busy schedule of operating their business, they attended every
doctrine study session and were baptized on Easter and have since faithfully lived a
spiritual life. If they went on a trip for business during the weekend, they made sure
to find a church to attend and never missed mass. I thank God for blessing me with
a godson and goddaughter who are so devoted and faithful. I have visited their
home as well, and saw that they have a separate praying room which shows me that
they pray to God daily. When I meet them at church, they are such a humble couple
who faithfully attend mass, and they have also made large donations for the
church's construction which has been a big help. I also know that they have made
donations to many other places in need as well.

In addition, Ed and Annie are an extremely hard working couple. Annie has health
issues but she still works every day until 3-4 am at night. It pains me to see her
having to use a neck and back support brace when she sits at mass because she
developed problems in her neck from working on the computer for so long that she
needs continuous medical treatment from hospitals and oriental medical clinics. I
have talked to them multiple times that they need to take better care of their health
and their answer has always been that they want to work hard as long as they can,
and that they would rest doing something worthwhile after they retire.

I am not fully aware of how big their business is, but I heard that they recently came into some finance related legal troubles. No matter what happened, I know that they are people who work hard and try to live an honest life. They have done so much to help others in need, and I know that they can do even more in the future, and I pray that their issues are resolved well so they can continue to contribute to society. They are family to me and if I could, I would take their place and take their hardships on their behalf so they can continue their good work and I sincerely hope that my true heart for them will be conveyed to you. I vouch that they are honest, hard-working and spiritual people and I pray that you can show them forgiveness.

Thank you for your time and consideration.

Sincerely,

Kwang Hui Lee

# EXHIBIT 60

Bo Wan Suh

December 27th, 2020

Hon. Virginia A. Phillips

U.S. District Court

First St. Courthouse

Courtroom 8A, 8th Floor

350 West 1st St.

Los Angeles, CA 90012

Your Honor,

I am writing to vouch for the case of Ed Noh, who is in charge of tax evasion. I am Bo Wan Suh; I went to the same college as Ed Noh in Seoul, South Korea. He was a senior of the college, and I have heard of his caring reputation among peers. Then, I had met Ed Noh and his wife ten years ago from the church at Irvine, and we are keeping a close relationship in the college reunion at our church community.

I was both troubled and surprised to hear about his recent case. I have known Ed Noh to be an upstanding citizen who cares deeply about the people in the community. Furthermore, he has been a volunteer outside of the community.

As a devout Christian, Ed Noh has always been an upright leader in the community. He has shown a significant amount of support to the community while he runs the company, and he has

been a most respectful member of the community. With Ed Noh's support and leadership, our church has been very successful in expanding our community.

I believe Ed Noh will achieve what he sets on his mind with the sheer force of will. I understand the seriousness of this case; however, I hope the court will show some leniency to give him the fresh opportunity to start with a clean slate and learn how to forgive himself.  Thank you very much for your consideration.

Sincerely,

Bo Wan Suh

# EXHIBIT 61

JAN 7, 2021

Honorable Virginia Phillips
U.S. District Court
First St. Courthouse
Courtroom 8A, 8th Floor
350 W. 1st St.
Los Angeles, CA.90012

PETITION LETTER FOR ED NOH

Dear Judge Phillips,

My name is Daesik Tag and I have lived in Irvine for 35 years. For the past 40 years, I have owned a small machine shop manufacturing aircraft parts in Santa Fe Springs.

I first met Edward Noh and his wife Annie when they came to our church about 6 years ago. At church, one of my main responsibilities is to coordinate future building projects and, when our church struggled with raising the building project funds, they made a generous donation to help the church grow. I thanked God for sending them to our church and, every Sunday, we met and talked about how our great God has impacted our lives and shown His love. After getting to know them, I feel that they have very warm hearts and are always ready to help others.

I was very surprised to hear about Edward's legal issues. I couldn't believe it but after I talked with him, I saw his sincere regret over his mistakes and how he was trying hard to resolve them.

Honorable Virginia Phillips, because of the ongoing pandemic, it's hard to predict the future and I believe that he has learned a lot from his mistakes. Please give him time to repent and make amends.

Thank you very much for your time and I beg for your generous consideration.

Sincerely yours,

Daesik Tag

# EXHIBIT 62

January 14, 2021

Honorable Virginia Phillips
U.S. District Court
First St. Courthouse
Courtroom 8A, 8th Floor
350 W. 1st St.
Los Angeles, CA 90012

Dear Honorable Virginia A. Phillips,

On behalf of a dear friend, Mr. Ed Noh, I am humbly requesting for your grace and mercy in his upcoming sentencing hearing.

My name is Stephan J. Kim, CPA and I am practicing accounting and tax offices in Orange County. I have known Mr. Noh through the college alumni association since 2012, as we graduated a same college in South Korea. As a senior member of the association, he has been actively supporting various activities of the association and providing valued advice to the committee members of the association. In his life, Mr. Noh is a well-known, successful and astute businessman in the local garment industry and many junior members of the association, including myself, are always impressed by his commitment to the local community and ongoing support to the distressed people in his circle. He is also very active and respected in the Korean community and is especially known for being charitable and supportive of the less fortunate. One of examples is that he has been financially supporting over 120 orphans in Myanmar for past years.

I understand Mr. Noh has plead guilty to the financial crime before your Court. I believe, with full recognition of his very serious ethical failure associated with the crime, he fully regretted what he had committed and learned a life-time lesson from this failure.

I wish that the Court takes this letter into its consideration on his sentence. I'm sure that Mr. Noh's presence of outside of the prison will be abundantly more valuable to the community as a whole.

I would be truly willing to discuss with you anytime regarding what I have known from Mr. Noh. Please feel free to call or reach out to me via email, if you would like to get more information.

Sincerely,

Stephan J. Kim

# EXHIBIT 63

Hon. Virginia Phillips
U.S. District Court
First St. Courthouse
Courtroom 8A, 8th Floor
350 W. 1st St.
Los Angeles, CA 90012

January 14, 2021

Dear Judge Phillips;

I am writing this letter to gracefully request for leniency and your mercy in the upcoming sentencing hearing of Edward Noh, who has pleaded guilty in a financial crime at your court.

My name is Justin Chae.  I am the executive officer of a commercial finance lending firm that is mainly working with the garment industry of Los Angeles.  I have known Ed Noh since 1999 when I established my firm.  He also started his own garment wholesale business around that time.  He has known to me as college alumni as well. Since then, we started our mutual business relationship, as client and lender, and we have learned and supported each other.

He has really worked hard not only for his own business, but also for the college alumni and the community where he belongs to.  When I worked as president and board member of the college alumni association during 2011 to 2019, he always volunteered to support the association and all alumni members thereof.  And he still continues to provide same supports till now.  I really appreciate his support and dedication toward the association.  Also, I know that he has contributed a large scholarship fund to the college to support many college students who suffered financial hardship.  I think he is really a warm-hearted person who wants to support our community.

He is the person who has no interest in taking a position or title in any organizations, but he always gives tremendous supports to the organizations behind the scenes.  As a sincere Catholic, I believe, he always follows the Scriptures of "Do not let your left hand know what your right hand is doing".

Although Ed made a very serious mistake, he realized he made a wrongdoing.  Based on his character and his dedication toward the community, I believe he learned seriously from this case and he will never get involved in any activities breaking the laws again.

I hope the court take my letter into consideration in his sentencing.  He is a more valuable person for his family, friends, alumni, and our community when he is positioned out of prison.

Thank you for your time.


Respectfully yours,


Justin Chae
President & CEO
PRIME BUSINESS CREDIT, INC.

# EXHIBIT 64

December 21, 2020

Honorable Virginia A. Phillips

U.S. District Court

First St. Courthouse

Courtroom 8A, 8th Floor

350 West 1st Street

Los Angeles CA 90012

Honorable Virginia A. Phillips:

I am writing on behalf of my friend, Ed Noh.

I have known Ed for over 40 years. Our families spend a good deal of time together and showed support for each other. We shared many interests together in many parts of life. We spent time together in the arenas, stadiums and concert halls and so on. We did most of them with families. Ed is a family man and he loves his family more than anything.

At his core, Ed is a good human being. He is a man who has a warm, kind heart. He has always been compassionate and generous to the people around him and he goes extra miles to make sure the people he cares for are OK.

I have watched Ed endure his situation over many years. He regrets that he gave way to temptations but he stuck around to face the situation and do the best he could. He is ready to face the consequences, but I ask humbly as his friend, please allow him the ability to continue to be a productive member of our society. Allow him the opportunity to do good for other people so he may counterbalance the wrongs.

Please your Honor, find it in your heart to allow this man to pick up the pieces and rebuild his life. If he is afforded this opportunity, I know he will make the most of it and do some good in this world.

Thank you for your time and consideration.

Sincerely yours,

Yoon Na

# EXHIBIT 65

Bonjun Koo

█████████████████

Dec. 15, 2020

Hon. Virginia Phillips
U.S. District Court
First St. Courthouse
Courtroom 8A, 8th Floor
350 W. 1st St.
Los Angeles, CA 90012

Dear Honorable Virginia A. Phillips:

My name is Bonjun Koo, former president of the Korean American Textile Association.
I've known Mr.Ed Noh for about 15 years because we graduated from the same university in
Korea.

I was really shocked when I read the newspapers. I could not imagine how it happened but it
reminded me of a meeting I had with Mr. Ed Noh early last year.

I was visiting him at the end of the day in the middle of the week. I think the meeting started
around 5:00 P.M.  I was trying to explain to him about my factory in Egypt and trying to gain
business with him. The meeting lasted until almost 10:00 P.M. Even though I knew him before, I
did not have any business relations with him and it was the first business meeting I had with him.
For about 5 hours, while I got to talk to him about my business, Ed also talked to me a lot about
his business and I learned a lot about him. He told me about his business philosophy, and about
his relationships with his overseas partners and manufacturers. He especially emphasized the
importance of continuing operations of the factory without any stopping. He also mentioned the
importance of trust between both parties for the business. I could tell he had so much enthusiasm
for the business. He had so much positive energy and I became fascinated with his business
ideas.  He had some unique and creative perspectives for his business. I was so impressed that
night and it made me want to do business with him so much. I was convinced that he has been
devoting his full energy to his business and it was an honor for me to share business ideas with
him.

I know it is not right to violate the law and I am sure that he is regretting what he did. I think he
must have been under a lot of pressure and stress regarding the responsibilities to the business
partners overseas. It must also have been greatly stressful to ensure the supply of the goods to the
buyers. From what I know about Ed, he has a good and warm heart to the vendors and partners.
He always pays on time and protects the vendors. Even when the products he receives are not the
quality he expected, he works with the vendors to resolve the problems together instead of
withholding payment or cutting ties with them. I was not a major vendor for his company but he
and his employees were always very humble and generous. He also supported the Korean
American community and alumni in several ways.

I am confident that he will never violate the rules/laws again. Now that he has learned a very big and important lesson, he has an even bigger responsibility to serve society and the country and I am sure he will step up to contribute even more with his many abilities and warm heart. I hope to see that he can be the honorable member of our society as he was before. And I really hope that he can continue operating his business for his employees, vendors and overseas partners while creating good value for customers all over the US. I am pretty sure he will be one of the best citizens soon.

Please take my letter into your consideration and I humbly request for your leniency with your sentencing.

Thank you for your time.

Sincerely,

Bonjun Koo/ Owner of the Dowel Tex, Inc dba Collage

# EXHIBIT 66

November 30, 2020


Hon. Virginia Phillips
U.S. District Court
First St. Courthouse
Courtroom 8A, 8th Floor
350 W. 1st St.
Los Angeles, CA 90012


Dear Honorable Virginia A. Phillips,

I am writing on behalf of my older alumnus of my alma mater, Ed Noh.

My name is Chan K Rhee, I'm a financial consultant, and I'm the president of the Sogang University
Alumni Association of Southern California.

I've known Ed Noh since around 2006 when I was the president of my college alumni golf club.

Ed Noh is very generous, kind, and humble. I often met him for my business or alumni association and
talked on the phone, and he always treated me warmly and was truly kind. I could not feel the authority
of being a senior at all, nor the general feelings of rich people.

He has helped others a lot. One time I asked him to connect someone for my business, and he did it
without hesitation. He also has helped alumni with extraordinary affection. He gave tremendous
support to the alumni association, and he donated a significant amount of scholarships to Sogang
University students every year. I am sure that he did not just do it because he had a lot of money, but
did it with a warm heart hoping that Sogang University and the alumni association could go well.

I understand Ed Noh has admitted to breaking the law and that he is taking responsibility for it. When I
talked to him on the phone the other day, I could clearly feel that he has been repenting of his
wrongdoings a lot and taking responsibility for it with everything he can. And I believe that Ed Noh has
learned his lesson, I am confident that he will not do anything like this in the future, and that the
community would be better off if he were able to continue working within the community by employing
people, helping them.

Please your Honor, find it in your heart to allow Ed Noh to serve his family, society, and America again,
with taking financial responsibility for his wrongdoings but avoiding detention. If he is afforded this
opportunity, I know he will make the most of it and do some good in this world. Thank you for your time
and consideration.


Sincerely yours,

*C. K. Rhee*

Chan K Rhee

# EXHIBIT 67



December 24, 2020

Honorable Virginia A. Phillips
Chief District Judge
First Street Courthouse
Courtroom 8A, 8th Floor
350 West 1st Street
Los Angeles, CA 90012


Honorable Virginia A. Phillips:

I am writing on behalf of my friend, Ed Noh.


My name is Bokki Min. I am a proud husband, father of two beautiful children, and managing partner CPA of UCMK, LLP.


I have had the honor of knowing Ed Noh for fifteen years. We are alumni in Sogang University in south Korea and I am working as CFO of our alumni association last fifteen years.


I have only known him to be a philanthropic person. Ed has been donating his money to young alumni from our university so that they can fulfill their aspirations of creating a life for themselves in America. I was an immigrant to America with aspirations to make my family and I live the American dream; I know the struggle of working my way up from nothing and it was a long journey. He is giving the young alumni a small leg up to get themselves situated.


He has also been giving donations to his university's alumni association consistently for over fifteen years. Rather than for the recognition, Noh donates to fund education for the future generation. He knows that his money is going to a place that has given him so much in return.


I was given quite a shock when Ed is not denying the fact that he broke the law and is taking responsibility for his actions. He is not one to skim over such issues lightly. I ask that you allow him to self reflect from his wrongdoing.



In my eyes, Ed is a man of good character. He should be judged for what he has done as a whole rather than this one fault.


Your Honor, I ask that you take this letter I have written to you into consideration.


Sincerely yours,


_____

Bokki Min

# EXHIBIT 68

December 28, 2020

Hon. Virginia Phillips
U.S. District Court
First St. Courthouse
Courtroom 8A, 8th Floor
350 W. 1st St.
Los Angeles, CA 90012

My name is Kevin Cho and I work as an investment officer for a commercial bank. I have known Ed for eight years. I first met Ed Noh at an event held by South Bay Sogang Alumni in 2013. We went to the same university named Sogang University in South Korea.

Ed is a good man with a kind heart. He has always been compassionate and willingly helped people around him. For example, he has financially supported poor college students from Sogang University by donating every year. He also helped Sogang Alumni members who first started their businesses by introducing potential buyers he has known. With his generous help, they could successfully establish and maintain their businesses. Given my interactions with Ed over the course of eight years, when I first heard about the news, I was shocked and could not believe it.

I heard that Ed has admitted to breaking the law and that he is now taking responsibility for it. Everybody makes mistakes in their lives and learn lesson from their mistakes. I strongly believe he has learned his lesson from this and he will not do anything like this in the future.

I appreciate your time and consideration on my comments on Ed's great personality and his positive contributions to the community. I firmly believe that our community has been better off and benefited more from his contributions.


Sincerely,

Kevin Cho

# EXHIBIT 69

December 20, 2020

Honorable Virginia A. Phillips
Chief District Judge
First Street Courthouse
Courtroom 8A, 8th Floor
350 West 1st Street
Los Angeles, CA 90012


Honorable Judge Virginia Phillips:

On behalf of a my dear friend, Mr. Ed Noh, I am humbly asking for leniency
and your mercy in his upcoming hearing.

My name is Phillip Yoon, I am a Doctor of oriental medicine. I am currently
working at Sillect Orthopedic medical Center as a pain management doctor.

I've known Mr. Ed Noh over 10 years, and has in every way showed himself
to be a helpful and generous. I met him at University alumni meeting
in Los Angeles. Whenever we have a alumni gathering, he always donated
a dinner at least 30 peoples and scholarship to alumni who study abroad.
He never hesitated to help alumni who asked for financial help.

When I was a president of alumni golf association for 3 years, regularly
every 3 month, Ed Noh voluntarily donated a large amount of money so
many alumni can be able to play golf for better health and stress.
Ed paid for fees, dinners, and golf balls, etc.
It was very nice of him and we all never forget about how thoughtful and
generous he was. Ed always giving his time and resources to help others
who seek his help.

Numerous times Ed helped financially to my patients who can't afford to pay proper treatment. I sincerely appreciated.

Ed has admitted to breaking the law and that he is taking responsibility for it.
although it is hard to believe he did something very wrong, I still feel confident that he is a good generous man with warm heart.
I strongly believe that Ed has learned his lesson, and I am also confident that he will not do anything like this in the future.

Dear honorable judge, I ask humbly as his friend, please allow him the ability to continue to be a productive member of our community.
Our community need Ed to be able to working within the community by employing people and helping them. If he is afforded this opportunity, I am sure he will make the most of it.
we all care about him so much.
Thank you for your precious time and consideration.

Sincerely Yours,

Phillip S. Yoon/ LAc,.O.M.D.
Sillect Orthopedic Group
Director/Pain Management Dept

# EXHIBIT 70

# Sogang Alumni America

Sang-Soo Lee

███████████████
███████████

Dec. 9, 2020

Hon. Virginia Phillips
U.S. District Court
First St. Courthouse
Courtroom 8A, 8th Floor
350 W. 1st St.
Los Angeles, CA 90012

Dear Honorable Virginia A. Phillips:

On behalf of Ed Noh, I am humbly requesting for leniency in his upcoming sentence.

My name is Sang-Soo Lee, I am an adjunct professor at San Jose State University and CEO of a non-profit organization called Sogang Alumni America (SAA). SAA is a public benefit corporation that was established in 2003 to promote the betterment of the students, alumni, faculties, and the people connected with Sogang University in South Korea. The major activity of SAA is sending scholarship funds donated from the people living in the USA.

I have known Ed Noh since 2012 when he first donated fund to SAA for Dr. John P. Daly scholarship established in honor of the first President of Sogang University. In fact, he has been donating to Sogang University since 2010 to help needed students. In 2010, he established LITE scholarship with the vision that he wants to be a light to the students in need of financial support. Since 2013, he has been donating scholarship fund to SAA annually to support the LITE scholarship. With this fund, a total of 276 students (average 40 students per year) studying at Sogang University received the need-based scholarships.

From his effort on helping young students and other communications I had with him over the years, I know he is a quite generous person who wants to contribute his success to the society. I understand that Ed has admitted to breaking the law and that he is taking responsibility for it. I believe that Ed has learned his lesson, I am confident that he will not do anything like this in the future, and that the community would be better off giving him the opportunity to continue working within the community by employing people, helping them, and donating more of his time and money to young students as he has been doing for the last 10 years.

http://www.sogangalumni.org/

Thank you for taking the time to read my letter.  Please do not hesitate to call or reach me out if there is any further information from me.

Sincerely,

Sang-Soo Lee

██████████
█████████████

# EXHIBIT 71

Sangmok Kim



Jan. 16, 2021

Hon. Virginia Phillips
U.S. District Court
First St. Courthouse
Courtroom 8A, 8th Floor
350 W. 1st St. Los Angeles, CA 90012

Dear Honorable Virginia A. Phillips:


Judge Phillips, I beg you. As one of the respected businessmen in the Korean American
community, he is reflecting on his sins and mistakes,
I plead with you to give him a chance to stand up once again as an honest and transparent
businessman. Even if he reflects on the past, his fault will not go away. However, he will not
evade his responsibilities.
I sincerely ask you to be in good standing so that he can live a new life again.
All the alumni at Sogang University have the same mind as me, and many alumni are
praying for him.
Thank you for considering my earnest request and being light and lenient, sparing
him and his family from further devastation and disruption to their lives.
Thank you for your time and consideration.

Sincerely yours

Sangmok Kim

# EXHIBIT 72

Lloyd Lee

██████████████

████████████

January 13, 2021

Hon.  Virginia  A. Phillips
U.S. District Court
First St. Courthouse
Courtroom 8A, 8th Floor
350 W. 1st St.
Los Angeles, CA  90012

Dear  Honorable  Virginia  A. Phillips,

This is Lloyd Lee, former Chairman of the Sogang University Alumni Association in Southern California USA.  I've known Mr. Ed. Noh for about 25 years because we graduated from the same Sogang University in Korea.

I was really shocked when I read the newspapers. I could not imagine how it happened but it reminded me of his contribution and donation to our college and our community for more than 20 years. He is the person who every year helped and donated for school and poor people.

I used to meet him couple of times a year because he was a big contributor for our college and communities. I do not know how he was involved with tax crimes very well. I heard he agreed with what he made mistakes and would pay all taxes and dues. Please have him take care of his business and paying all taxes properly and please give him another chance living innocent future without any violation of law. As he has been doing more than 20 years, he would contribute to our community and school in the future, possibly for his entire life.

As far as I know him, he has good and warm hearts to the vendors and partners.

Always he paid on time and protected the vendors. Even though the goods he received were not good enough, he tried to minimize the problems together. Also he supported our communities and our college and college alumni for more than 20 years.

I am sure he will never violate the rules/laws again. Now he has to serve society and the country. I think he is able to do this with his warm and good ability. I hope to see that he can be the honorable member of our society as he was before. I really hope to see that he is doing business with his employees and overseas partners with creating good values for the customers all over the US.

Sincerely yours,

Lloyd Lee

President of SMG 11, Inc

# EXHIBIT 73

January 13, 2021

Honorable  Virginia  A. Phillips

U.S. District Court

First St. Courthouse

Courtroom 8A, 8th Floor

350 W. 1st St.

Los Angeles, CA  90012


Dear Judge Phillips,

I am writing on behalf of my College alumnae, Ed Sang. Noh who I have known him
for more than 20 years in Los Angeles.

 When I first started my insurance business in LA , he also started his own garment business
in Downtown LA.  I also know his peaceful and happy family well, his wife is also my college
junior.  They are the campus couple.

He is a very good human being, tries to help people with warm heart and caring others
whenever needed help. I really thank to him for his big heart for my business related
consideration in my early stage of business.

As time goes by, He became an enterprenuer and he and his family put a lot of effort in
their business growth.  And at the same time, he was not neglect to care for his community,
especially for his school Alumni activities, he always voluntarily donate and support  for
Year-end gatherings, family picnics, Hollywood bowls and sports activities.

He is an outstanding leader and always very generous and gentle & positive minded.  I have
great respect for his caring others and he is  one of the sweetest man I met in my life.

Thank you, honorable Judge for your time and consideration.

Sincerely yours,


BJ Park

# EXHIBIT 74

Date: Jan 06, 2021

Hon. Virginia Phillips
U.S. District Court
First St. Courthouse
Courtroom 8A, 8th Floor
350 W. 1st St.
Los Angeles, CA 90012

Honorable Judge Virginia Phillips,

I am writing to urge leniency in sentencing my friend, life advisor Ed Noh who, I understand, has plead guilty to a financial crime before your Court. To summarize my conclusion, with full recognition of his serious ethical failure, I believe that Ed learned an impressive lesson from his mistakes, and is a deserving member of the society.

My name is James Ahn and I have lived in Los Angeles for 33 years.
Also I have known Ed Noh for 20 years doing activities in University Alumni and Community Activities. Ed is one of the senior members of University Alumni " Sogang University".
Ed is very helpful, responsible and supportive member in University Alumni for more than 20years.
He helped older generation in Alumni and donated for Scholarship fund for many years.
Also he supported many Korean community centers.

Ed is first generation immigrant from South Korea.
As first generation immigrant did, he has worked very hard to build up his business. He was so successful in garment industry business. Also he has been good response and benefit to his employees and related business.

He is very responsible family man to his children and wife.

People do make mistake in his life. He has learned his lesson from his mistake.

Please your honor, find it in your heart to allow Ed Noh to regain his heart and rebuild his life.
If he is afforded this opportunity, he will make the most of it and do good in this community.

Thank you for your time and consideration.
Sincerely yours,

James dong hyun Ahn

Vice President, Sogang University Alumni in Los Angeles
President, Autobahn Auto Sales in Los Angeles
Former Board member, Korean Resource Center in Los Angeles

# EXHIBIT 75

Hon. Virginia Phillips                                                        January 9, 2021
U.S. District Court
First St. Courthouse
Courtroom 8A, 8th Floor
350 W. 1st St.
Los Angeles, CA 90012

Your Honor,

I am writing this in support of Mr. Ed Noh, who is currently being reviewed underneath one of your
trials.

My name is James Lee. I am junior colleague of Mr. Noh. He graduated at least 10 years earlier than me,
so we didn't go to the school at the same time. I have not personally interacted with him face-to-face
many times, however, I have heard much about his character through the large community of Korean
Americans that reside in Southern California.

The reason why I write this letter is to share my experience in how supportive he has been, not only to
myself, but to many other first-generation Korean Americans.

I joined the organization Mr. Noh founded, Sogang Alumni Association, about 10 years ago. Upon entry,
I was told immediately about him and the work he's done to build such a resourceful and helpful
network. As someone who has navigated most of their immigrant experience through word-of-mouth, it
is very telling when I hear such genuine praise about someone from the surrounding community.

I had a chance to volunteer as a committee member the last two years and I would not have been able
to complete my service without Mr. Noh's support. During my service, I could see his genuine desire to
really create a community for people like me. He invested so much time into this association in order to
ensure that every individual had people to rely on when they needed help. He always emphasized that
he would personally make time to listen to any difficulties we may have. We have over 200 people in
this association; I believe the fact that he made himself so available to such a large number of people
during their times of hardship is a commendable review upon his character.

He is not a boastful man. He has quietly led this association with grace and humility. It is why I feel
compelled to write this letter, amongst the many others whose lives were positively impacted either by
Mr. Noh directly, or by this association.

Mr. Noh is an incredibly important person in our community. I hope the court takes this letter into
consideration and that my words have conveyed how crucial his support has been to many of us.

Thank you for your time.

Best Regards,

James Lee

# EXHIBIT 76

January 8, 2021

Honorable Virginia A. Phillips
U.S. District Court
First Street Courthouse
Courtroom 8A, 8th Floor
350 W. 1st Street
Los Angeles, CA 90012

Honorable Virginia A. Phillips:

I am writing to urge leniency in the sentencing of my dear friend, Mr. Ed Noh who, has plead guilty to a financial crime before your Court.  To summarize my conclusion, with full recognition of his very serious ethical failure, I believe Ed  has learned from his mistakes, and is a deserving a chance to redeem himself.

My name is Song Pyun, an engineer in the U.S. defense industry over 30 years, married to my wife and proud father of our children.  I enjoy being very active in serving Wilshire United Methodist church located in the heart of Los Angeles Korea town, as an abroad mission ministry chair.

I have known Mr. Noh since 2013 when I was first introduced to him at the Wilshire UMC mission trip meeting to Myanmar.  One of the Myanmar mission objective was to support orphan children in Myanmar and to renovate orphanages that are in dire needs of repair. After attending follow up meetings, Ed has shown great interests in supporting the orphanage mission and has been instrumental in the construction of two new orphanages in Myanmar with his generous donations.

Ed is very active and respected in the Korean community and is known for being charitable and supportive of the less fortunate. In the garment industry Ed is respected and recognized for being a hardworking businessman who cares about his clients and protects his outstanding reputation. Ed made a very serious mistake but that is not all he should be judged by, he should instead be judged by the good he has done and most importantly from what he has learned from this experience, to be a better man.

I hope that the court takes my letter, and those of many others, in consideration. I am confident that Ed's presence outside of prison will be abundantly more valuable not only to our community, but also to his family and to society as a whole. Thank you for your time and consideration.

Sincerely,

Song Pyun

# EXHIBIT 77

December 17, 2020

Hon. Virginia Phillips
U.S. District Court
First St. Courthouse
Courtroom 8A, 8th Floor
350 W. 1st St.
Los Angeles, CA 90012

Dear Honorable Virginia Phillips,

I am writing on behalf of Ed Noh.

Ed and I attended the same University back in South Korea. Though he was a few years older than I, that did not stop us from becoming good friends over the years. The friendship now extends down to our wives and kids and we still keep in touch whenever we can. He is a family man who loves to spend quality time and share their successes with me while never forgetting to ask about my wife and kids.

Ed is a kind and compassionate man at heart. Not only will his close friends attest to that but also random acquaintances he has met throughout his life. He is one to put others before himself and always willing to lend a hand. He has helped his colleagues via donations numerous times that I personally can think of. When it comes to his business side, he puts his customer relations before anything else and treasures every partnership that comes his way.

 Overall, he is an outstanding human being that I have had the pleasure of knowing the past couple decades. I realize that this letter does not cover even a fraction of the good deeds he's done in his life but I'm hoping it gives a sense of the type of person he is and the way he has touched the lives of many around him.

Please your Honor, find it in your heart to allow him the best possible outcome here. If given the opportunity, I know he will repay it with all his heart back to the community he's involved in. Thank you for your time and consideration.

Sincerely Yours,
Ki Sook Kwon

12/17/2020

# EXHIBIT 78

January 19, 2021

Honorable Judge Virginia A. Phillips
U.S. District Court
First Street Courthouse
Courtroom 8A, 8th Floor
350 West 1st Street
Los Angeles, CA 90012

Dear Respected Judge,

I am a mortgage broker in LA named Young Chun Lee, and I went to the same university in Korea with Ed Noh and I am currently the Vice-Chairman of the Sogang University Alumni Association. Over the years I spent with Ed, I have witnessed Ed's generosity towards not only fellow alumni in the Alumni Association, but also towards everyone around him and he has helped people both financially and emotionally. Because of his humanity, Ed has always been the object of respect and admiration to the junior alumni.

When I received the news of the recent legal proceedings involving Ed and his company, I felt a mixture of complicated feelings of worry and concern for Ed.

Ed has always shown warm interest in the wellbeing of our junior students and has spared no effort to provide support for the development of the Sogang University Alumni Association of Southern California, as well as sponsor scholarships for students to enable them to receive a full education during financially difficult situations.

Your Honor, while I do not know the specific legal details of Ed's case, I would like to sincerely plead for your leniency in his judgement so that Ed may once again contribute to society.

I am confident that Ed is a person who will contribute and be beneficial for the American society.

Thank you.

Sincerely,

Young Chun Lee

# EXHIBIT 79

To: Hon. Virginia Phillips

U.S. District Court, First St. Courthouse

Courtroom 8A, 8th Floor

350 W. 1st St., Los Angeles, CA 90012


From: Shawn Park

Date: January 19, 2021

Subject: In Support of Sang B. (Ed) Noh


Your Honor,

I am writing a letter seeking your compassion in the sentencing of my friend, Ed Noh.

Ed has been a strong supporter of mission works at Wilshire United Methodist Church. He is a good man and has a tender heart for orphans and homeless children. Ed has always been compassionate and generous, especially to the poor and needy children. When Ed found out about the need for funding to build orphanage in Myanmar, he showed compassion and made donations without hesitation. Since then, Ed has involved himself with the orphanage mission works with passion.

I understand that Ed has admitted to breaking the law and that he is taking responsibility for it. I believe that Ed has learned his lesson, and I am confident that he will not make the same mistake in the future. I humbly ask to please show your consideration and allow him to rebuild his life. If he is offered by your compassion, I know that he will make the most of it and do good things for the society. Thank you for your time and consideration.

Sincerely yours,

Shawn Park

# EXHIBIT 80

January 20, 2021

Honorable Virginia A. Phillips
U.S. District Court
First Street Courthouse
Courtroom 8A, 8th Floor
350 West 1st Street
Los Angeles, CA 90012

Honorable Virginia A. Phillips,

I am writing on behalf of Edward Noh.

My name is David Lee and I am the president of GBOF, a financial planning and consulting firm. I had the pleasure of working with Ed on his life insurance matter in 2014 through my coworker Daniel Park. In every encounter, I had pleasant experiences speaking and working with him as well as learning more about his time in the business. Additionally, I was glad to hear about his philanthropic endeavors and the additional charitable aspirations that he and his wife have.

From those conversations, I learned that he has a lot of dreams to assist and serve others, and I hope he has the chance to continue to do so. Ed and his family are a generous breed that work cohesively, and I believe that they will be able to do the most as a full team.

Sincerely,

David D Lee

# EXHIBIT 81

January 20, 2021

Kiho Sohn

████████████████

████████████████

Honorable Virginia A. Phillips
U.S. District Court
First Street Courthouse
Courtroom 8A, 8th Floor
350 West 1st Street
Los Angeles, CA 90012

Honorable Virginia A. Phillips:

I am writing on behalf of my mission partner Ed Noh.

My name is Kiho Sohn, a Program Manager at an aerospace company and a member of Wilshire United Methodist Church. I am actively involved with mission activities at our church, and through which I got to meet Ed. It was in 2013 during our mission trip to Myanmar where our mission team selected several orphanages to support. Although Ed was not our church member, he volunteered to support these orphanages when he heard about this project from one of our mission team members. Since then, he supported four orphanages for the next 5 years.

I know Ed as a successful businessman who has a passion for helping those in need. I respect him for what he has accomplished, but more for these two aspects: First- his total trust on our mission team regarding how the fund was spent for the orphanages. He occasionally followed up with how those orphanages are doing, but never questioned on the details of how the fund was spent. Second- his quick response to fund requests. He never hesitated donating funds for good causes.

It is very unfortunate that Ed has broken the law, and he regrets a great deal for his mistake. In spite of this, I truly believe that Ed has a good heart and wants to be a part of making this community a better one. I am confident that he will not do anything like breaking laws in future, and yet will continue to support for good causes.

Ed will face the consequences, but I ask humbly as his mission partner and his friend, please allow him the ability to continue to be a good supporter for our mission and a productive member of our community.

I hope this letter can contribute to your decision making towards to giving Ed a second chance to restart his life. If he is given this opportunity, I know he will make the most of it and continue to contribute to this community.

Thank you for your time and consideration.

Sincerely yours,