# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>SANG BUM NOH aka "Ed Noh",<br><br>        Defendant. | CASE NO. 2:20-cr-00370-VAP-2<br><br>**ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>Assigned to Hon. Virginia A. Phillips<br>Dept. 8A |

    Good cause having been shown, the Court GRANTS Defendant's Sang Bum Noh's Application For Leave to File Under Seal.

    IT IS HEREBY ORDERED that the unredacted version of Defendant's Sentencing Memorandum, as well as the unredacted version of the attached Exhibit B, shall be filed under seal.

DATED: November 24, 2021

                                                  */s/ Virginia A. Phillips*
                                          Honorable Virgina A. Phillips
                                          United States District Judge

Submitted by:

Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.
Benjamin N. Gluck
Christopher J. Lee

By _____
   Benjamin N. Gluck
Attorneys for Defendant Sang Bum Noh aka "Ed Noh"

3762982.2

2
ORDER