Benjamin N. Gluck - State Bar No. 203997
    bgluck@birdmarella.com
Christopher J. Lee - State Bar No. 322140
    clee@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Sang Bum Noh, aka "Ed Noh",

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SANG BUM NOH aka "Ed Noh",<br><br>    Defendant. | CASE NO. 2:20-cr-00370-VAP-2<br><br>**DEFENDANT SANG BUM NOH'S RESPONSE TO PLAINTIFF UNITED STATES OF AMERICA'S SUPPLEMENTAL SENTENCING POSITION**<br><br>Hearing Date:  December 6, 2021<br>Time:  9:00 a.m.<br><br>Assigned to Hon. Virginia A. Phillips<br>Dept. 8A |

    Defendant Sang Bum Noh aka "Ed Noh" hereby submits through his counsel his response to the Government's Supplemental Sentencing Position. (Dkt. 73.) The defense appreciates the Government's clarification. The defense respectfully submits this response solely to clarify certain additional issues.

    First, there is no doubt about the importance of the cash reporting requirements of 31 USC §§ 5331(a) and 5322(b) and their purpose to prevent crime. But the defense respectfully notes that the Government's characterization that his conduct "appears, however inadvertently, to have materially aided the laundering of drug proceeds," (Dkt. 73 at 4:3-4,) refers *only* to the Government's own undercover activities. There is no evidence of any other actual connection between the unreported cash and any drug trade or illegal activities and there is no doubt that while some unreported cash may be related to illegal

drug trafficking, not all unreported cash necessarily is. *See, e.g.*, U.S.S.G. 2S1.3(b)(3). Again, this is not to minimize the seriousness of Mr. Noh's offense, merely to clarify the extent of the evidence in this case.

Second, the Government alleges that Mr. Noh used the money obtained from his criminal conduct to make "luxury" purchases, including his current residence. (Dkt. 66 at 3:14-17.) But first, the total amount of cash seized in 2014 was *greater* than the total loss amount resulting from Mr. Noh's conduct. (*See* Dkt. 7 at 78:25-79:7.) Second, the Noh's purchased their home in 2005, several years before the events at issue here.

Mr. Noh is deeply remorseful and does not seek to minimize the gravity of his conduct. He is prepared to accept whatever sentence the Court deems just and to pay his debt to society. Mr. Noh only seeks to clarify the above points so that the Court has a full and accurate view of his individual circumstances and the circumstances of the offense.

DATED: December 2, 2021

Benjamin N. Gluck
Christopher J. Lee
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By:      /s/ Benjamin N. Gluck
        Benjamin N. Gluck
       Attorneys for Sang Bum Noh, aka "Ed Noh"