Benjamin N. Gluck - State Bar No. 203997
    bgluck@birdmarella.com
Christopher J. Lee - State Bar No. 322140
    clee@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Sang Bum Noh, aka "Ed Noh",

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>AMBIANCE U.S.A., INC. d/b/a "Ambiance Apparel"<br><br>    Defendant. | CASE NO. 2:20-cr-00370-VAP-2<br><br>**DECLARATION OF BENJAMIN N. GLUCK**<br><br>[Filed Concurrently with Status Report by Defendant Ambiance U.S.A., Inc. d/b/a "Ambiance Apparel"]<br><br>Assigned to Hon. Virginia A. Phillips Dept. 8A |

3839862.1

DECLARATION OF BENJAMIN N. GLUCK

I, Benjamin N. Gluck, declare as follows:

1. I am an active member of the Bar of the State of California and a principal of Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, A Professional Corporation, attorneys of record for Defendant Ambiance U.S.A., Inc. d/b/a "Ambiance Apparel" ("Ambiance") in this action. I make this declaration in support of Ambiance's Status Report. Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. Attached herein as **Exhibit A** is a true and accurate copy of the Compliance Monitor's Second Report for Ambiance U.S.A., Inc., transmitted to me via email on May 20, 2022 at 6:00a.m. by Martin G. Laffer, CPA of CliftonLarsonAllen LLP.

3. Attached herein as **Exhibit B** is a true and accurate copy of an email chain between myself and AUSA Julie Shemitz regarding Ambiance's monitorship. These emails are dated between May 20, 2022 and August 24, 2022.

4. Attached herein as **Exhibit C** is a true and accurate copy of an email chain between myself and AUSA Shemitz regarding Ambiance's monitorship, dated October 10, 2022.

5. Attached herein as **Exhibit D** is a true and accurate copy of an email I sent AUSA Shemitz on December 5, 2022. Despite multiple attempts at follow-up, I have not yet received a response to this email.

6. Attached herein as **Exhibit E** is a true and accurate copy of the Case Inquiry Report for this matter, retrieved on April 1, 2022. The Report includes reference to a $16,806,412.04 payment from the Court to the Department of Treasury, which is highlighted in yellow.

7. Attached herein as **Exhibit F** is a true and accurate copy of IRS collection notices provided to me by Ambiance and its principals. I have shared these notices with the Government.

8. Attached herein as **Exhibit G** is a true and accurate copy of an email chain between myself and AUSA Shemitz regarding the IRS collection notices. These emails are dated between October 17, 2022 and November 4, 2022.

9. Attached herein as **Exhibit H** is a true and accurate copy of an email I sent AUSA Shemitz on December 12, 2022. I have not yet received a response to this email.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on December 27, 2022 at Los Angeles, California.

Benjamin N. Gluck