# EXHIBIT A

# Ambiance U.S.A., Inc.

## Compliance Monitor's Second Report

May 20, 2022

Prepared by:
Martin G. Laffer, CPA
Chris Flacker, CPA

CliftonLarsonAllen LLP
1925 Century Park East, 16th Floor
Los Angeles, CA 90067





**CliftonLarsonAllen LLP**
CLAconnect.com

May 20, 2022

The Honorable Virginia A. Phillips
U.S. District Court, Central District of California
c/o Courtroom Deputy Clerk Christine Chung          Christine_Chung@cacd.uscourts.gov

Julie Shemitz, AUSA                                 Julie.shemitz@usdoj.gov
Central District of California

Benjamin N. Gluck, Esq.                             bgluck@birdmarella.com
Bird, Marella, Boxer, Wolpert, Nessim, Drooks,
   Lincenberg & Rhow, P.C.

Officer Anuja Joshi                                 Anuja_Joshi@cacp.uscurts.gov
United States Probation and Pretrial Services

**Re:**    ***United States of America v. Ambiance U.S.A., Inc. d/b/a Ambiance Apparel***
        ***Case No. 2:20-cr-00370-VAP***

Dear Judge Phillips, Mr. Gluck, Ms. Joshi and Ms. Shemitz:

Martin G. Laffer, CPA ("Monitor") was designated as the independent corporate compliance monitor in accordance with the Plea Agreement for Defendant Ambiance U.S.A., Inc. filed August 25, 2020 ("Monitor Order") regarding the above referenced matter.

The purpose of this report is to summarize my opinions and their bases based on facts and data considered. This report may be updated upon receipt and review of additional information.

I have performed our engagement in accordance with the Statement on Standards for Consulting Services, *Consulting Services: Definitions and Standards* (codified as CS Section 100 in *AICPA Professional Standards*) of the American Institute of Certified Public Accountants ("AICPA").

Respectfully submitted,

**CliftonLarsonAllen LLP**

Martin G. Laffer, CPA
Principal
310-288-4266
Marty.Laffer@CLAconnect.com

# Table of Contents

Section 1 – Executive Summary ................................................................................. 6

Section 2 – Background ............................................................................................. 7

    Background ............................................................................................................ 7

    Prior Report .......................................................................................................... 7

    Certified Public Accountants ................................................................................ 7

    Affiliated Companies and Related Party Transactions ......................................... 8

Section 3 – CLA's Prior Recommendations .............................................................. 9

    Prior Recommendations and Actions by Ambiance up to May 5, 2022. .............. 9

Section 4 – Testing of A2000 and Computer Forensics ........................................... 10

    Customs Form 7501 CBP Entry Summary ........................................................... 10

    Accounting Software Used by Ambiance, A2000 by GCS ...................................... 10

    A2000 Data Integrity Testing ............................................................................... 10

    Live Database Testing Against a Restored Back-up ............................................. 10

    Sales Order and Purchase Order Dataset Comparison ....................................... 11

    Purchase Order Tracing to CBP Entry Summary ................................................. 11

    GCS Vendor A2000 Data Table Analysis .............................................................. 12

    Analysis of GCS A2000 Costing Log .................................................................... 12

    Adequate Controls Over A2000 User Accounts ................................................... 12

    Out of Scope Observations by CLA ...................................................................... 12

    Recommendations ............................................................................................... 12

Section 5 – Anti-Money Laundering ("AML") and Bank Secrecy Act ("BSA") ........... 13

    Background on AML and BSA ............................................................................... 13

    Applicable Statutes for Forms 8300 .................................................................... 14

    Forms 8300, Reports of Cash Payments Over $10,000 by Ambiance ................. 14

    Anti-Money Laundering Training .......................................................................... 15

    Recommendations ............................................................................................... 15

Section 6 – Review of Accounting Policy and Observations ..................................... 16

    Recommendations ............................................................................................... 16

Section 07 – Interviews ........................................................................................... 17

    Third Party Interview Customs Broker Joseph Ahn ............................................. 17

    Third Party Interview Accountant Kevin Shim ..................................................... 17

    Recommendations ............................................................................................... 17

Third Party Interview Eliam Lopez, Director of Customer Support, GCS................................. 17

Employee Interviews.......................................................................................................... 18

Recommendations ............................................................................................................. 18

Section 08 – Ordering Process from Asia Manufacturers.................................................... 19

Section 11 – Additional Inventory Review by CLA ............................................................... 20

Ambiance's Record Retention ............................................................................................ 20

Section 12 – Ambiance Commitment to Ethical Behavior.................................................... 21

Section 13 – Professional Standards Followed by CliftonLarsonAllen .................................. 22

Professional Standards Followed by CliftonLarsonAllen ..................................................... 22

Information about CLA........................................................................................................ 22

## Section 1 – Executive Summary

Martin G. Laffer, a Principle at CliftonLarsonAllen (CLA), was designated to act as the Compliance Monitor (Monitor) to conduct a review of Ambiance's U.S.A, Inc. ("Ambiance") business practices.[1] This is the second written report for Ambiance's compliance and ethics program in regard to (a) an effective system of internal accounting controls to maintain accurate books and records; and, (b) a rigorous anti-money laundering ("AML") compliance program that incorporates relevant internal accounting controls, as well as policies and procedures designed to effectively detect and deter violations of applicable AML laws and regulations.

We conducted our review with an awareness and goal of reducing the risk of the reoccurrence of certain prior customs and income tax violations. CLA's work included: (1) on-site observations, (2) interviewing employees, (3) interviewing third parties, (4) testing Ambiance's AML procedures, (5) observation of record-keeping practices, (6) extensive review of Ambiance's accounting practices, (7) inspection of source documents, (8) computer forensics of Ambiance's accounting software's data integrity; and (9) assessing Ambiance's management and owner's commitment to honesty and ethics.

Ambiance's conspiracy charge outlines unlawful activity from January 1, 2010 and continuing until on or about September 10, 2014.  Mr. Laffer was appointed January 21, 2021.  Ambiance made significant improvements to prevent similar conduct before the appointment of the Monitor.  These changes Included more stringent customer identification procedures ("Know Your Customer") for cash paying customers, permission for employees to not complete certain cash transactions, implementing a requirement for currency to be quickly deposited, the discontinued use of vendor payments by bank letters of credits, improved segregation of accounting duties, and the use of the A2000 accounting software.  Ambiance successfully implemented CLA's recommendations from the first report.   During both reviews Ambiance employees informed the CLA that they were comfortable reporting violations without fear of retaliation.

CLA believes that Ambiance owners and management have diligently installed the proper honest and ethical environment to prevent future unlawful activity.

CLA recommends ending the appointment of the Compliance Monitor and suspending the requirement for a third review next year.

---

[1] The Order Granting Joint Application to Appoint Compliance Monitor is attached as Exhibit 1. This report assesses Ambiance's internal controls, record-keeping practices, policies, and procedures as they relate to the Company's compliance with anti-money laundering (AML) laws.  This "review" does not constitute an audit, compilation, or review, in accordance with attest standards of the AICPA, the objective of which would be the expression of an opinion on any specified elements of a financial statement, accounts, or items. Accordingly, CLA does not express such an opinion.

## Section 2 – Background

**Background**

Ambiance is a garment wholesaler located in Los Angeles, California.  The company is owned by Sang Bum Noh (aka Ed Noh) and In Y Noh (aka Annie Noh).  The business started with four employees and grew to a company with about 190 employees and over 261 million dollars in gross revenue.  Ed Noh and Annie Noh are the Chief Executive Officer (CEO) and the Chief Operating Officer (COO), respectively.

Ambiance designs women's clothing, contracts production from manufacturers in Asia, imports the clothing, and then sells to national retail stores.  Unique to the industry, Ambiance will order significant amounts of inventory to be manufactured in advance of customer orders.  Two affiliated companies, Apparel Line and Blue Dot, purchase inventory solely from Ambiance at discounted prices to resell to retail customers.  Ambiance is the only source of inventory for these two companies.   The three companies are separated by service lines.  Ambiance sells to very large retailers, including those with over 1,000 locations.  Apparel Line sells to midsized retailers and operates a store front in downtown Los Angeles for wholesalers to purchase small quantities of women's clothing.  All denim clothing is sold by Blue Dot.

The Plea agreement for Ambiance did not specifically include Apparel Line and Blue Dot.[2] However, Ambiance's owners allowed CLA full access to all records and personnel for Ambiance, Apparel Line and Blue Dot to maximize transparency.

**Prior Report**

CLA's first report was issued on May 20, 2021.  The report made ten recommendations.  Please see section 3 of this report for Ambiance's implementation of those recommendations.

**Certified Public Accountants**

S&R Accounting Professionals ("S&R") replaced Ambiance's prior accountants, Kim and Lee Certified Public Accountants.  This change occurred after CLA expressed concerns that Kim & Lee were the accountants during the time frame Ambiance committed the customs and tax crimes without identifying the illegal activities.

S&R issued an independent accountant's review report dated October 6, 2021 for the years ending December 31, 2019 and 2020.  In the past, Ambiance issued audited financial statements to meet a bank requirement for a line of credit.  Th line of credit was closed in 2021.  Currently, Ambiance does not have any requirement for audited financial statements. .[3]

---

[2] The plea agreement for Ambiance U.S.A., Inc. (No. CCR 2:20-cr-00370-VAP) only includes Ambiance and does not include Apparel Line or Blue Dot. Apparel Line and Blue Dot are affiliates by virtue of their common ownership. (Exhibit 2)

[3] The highest level of assurance by a CPA is an audit, or examination of the client's financial statements.  A lesser, but acceptable level of assurance by a CPA is a "reviewed" financial statement, which is less assurance than an "audited" financial statement.

CLA interviewed S&R partner Stephan Kim, CPA.  Mr. Kim has prior experience working with a "big four" national accounting firm.  Mr. Kim's experience includes work relating to analysis of corporate compliance with the Sarbanes-Oxley Act, which established rules to protect the public from fraudulent or erroneous practices by corporations.  Mr. Kim estimated that he and his staff spent three weeks reviewing Ambiance financial statements.  S&R's review work included: onsite visitation, analytical tests of the financial statements (and obtaining explanation for deviations outside of expected ranges), gaining familiarity with the A2000 accounting system, and discussions with accounting staff.

### Affiliated Companies and Related Party Transactions

Ambiance has significant sales to Apparel Line and Blue Dot, which are affiliates by virtue of common ownership.[4]  Generally, Ambiance's customers rarely purchase goods with currency.  Apparel Line and Blue Dot do accept cash payments.  Therefore, the risk of exploitation by a trade-based money laundering system, such as a Black-Market Peso Exchange (BMPE), is increased for Apparel Line and Blue Dot.  Accordingly, CLA reviewed the Forms 8300, Report of Cash Payments Over $10,000 Received in a Trade or Business, filed by Apparel Line and Blue Dot.

---

[4] According to Ambiance's 2021 draft financial statements, affiliated sales from Blue Dot and Apparel Line were $143,864,279 and $31,428,650, respectively.  The combination of sales for these two affiliates represented a material amount (nearly 58%) of Ambiance's consolidated net sales after intercompany eliminations.

## Section 3 –CLA's Prior Recommendations

**Prior Recommendations and Actions by Ambiance up to May 5, 2022.**

| Recommendations | Actions |
|---|---|
| Ambiance to obtain audited financial statements on a consolidated basis that includes at least Ambiance, Apparel Line and Blue Dot. | Ambiance obtained a review of the consolidated statements for the years 2019 and 2020.[5] |
| Ambiance to implement a formal compliance and ethics program. | Implemented by Ambiance. |
| Ambiance to appoint a compliance/ethics officer. | Ambiance retained UCMK & Associates, an accounting firm. |
| Ambiance to update the employee handbook. | Ambiance updated the employee handbook in 2022. |
| Ambiance to create a written Anti-Money Laundering and Bank Secrecy Act compliance policy. | Ambiance AML policy is documented in Ambiance's accounting manual, employee handbook and use of monthly accounting closing procedures. |
| Ambiance to implement a Know Your Customer ("KYC") procedure. | Implemented. Ambiance requires cash paying customers to provide proper identification and complete a customer information sheet. See section 5 of this report. |
| Ambiance to train employees on Anti-Money Laundering detection and reporting. | Ambiance's owners, accounting staff and sales personnel participated in training that covered ethics, the importance of maintaining accurate accounting records, money laundering awareness and prevention. |
| Ambiance to revise accounting policy manual. | Accounting policy revised October 15 2021 |
| Ambiance to implement a formal audit function to test AML procedures. | Implemented by separation of accounting duties, Form 8300 submission policies and monthly accounting closing procedures. |
| Ambiance to train employees that make errant accounting entries. | Implemented by new employees being trained by former employees, improved accounting policy and procedure manual and management supervision. |

---

[5] The 2020 reviewed financial statement did not include a statement of cash flows. Ambiance has agreed to add the statement of cash flows for the review of the 2021 financial statements.

## Section 4 – Testing of A2000 and Computer Forensics

### Customs Form 7501 CBP Entry Summary

CLA used a combination of forensic computer testing and source document vouching to test the accuracy of Ambiance's CBP Forms 7501 Entry Summary,[6] submitted to U.S. Customs and Border Protection. The amounts paid to customs were reconciled to bank statements and traced though Ambiance's accounting records.

### Accounting Software Used by Ambiance, A2000 by GCS

Ambiance uses Global Commerce Solutions Softwares' (GCS) enterprise "A2000" accounting software designed for the apparel industry. According to GCS, the A2000 accounting software is "a complete end-to-end solution enabling businesses to operate smoothly. The system manages every process including materials procurement, design, production, distribution, manufacturing, inventory management, B2B connections, and financial…"[7]

Ambiance relies on the A2000 system for tracking inventory from original purchase order to finale sale. Ambiance has designed an in-house custom interface (referred to as the Portal in this report) that uses the A2000 database to deliver customized reports for Ambiance to better track inventory.

### A2000 Data Integrity Testing

CLA[8] forensically tested Ambiance's A2000 accounting database.[9] The test was designed to identify any data manipulation of inventory quantities or cost per unit at or near the time of completion of the CBP Entry Summary. Inventory values were tested for the time frame from January 1, 2022 and April 30, 2022. The testing included three main steps: comparison testing of live data against a restored database, onsite inventory testing of specific inventory values against amounts reported on completed CBP Entry Summary and third-party verification of data integrity by obtaining reports directly from the A2000 vendor GTS.

### Live Database Testing Against a Restored Back-up

Ambiance provided CLA access to twelve months of backup storage tapes spanning the period of May 3, 2021, to April 3, 2022[10] for sample selection. CLA choose to have the February 6, 2022 back-up data tapes restored. CLA witnessed Ambiance restore the back-up data tapes and produce from the A2000 software sales reports and purchase order reports (back-up

---

[6] Department of Homeland Security U.S. Customs and Border Protection Form 7501, Entry Summary, calculates the importers duty, tax, and other fees. The duty amount is calculated by multiplying the value of the goods (quantity of goods multiplied by unit cost to manufacture) times tariff rate. The tariff rate is obtained by looking up the assigned rate from the Harmonized Tariff Schedule (HTSUS Rate).

[7] Screen print of A2000 software capabilities. (Exhibit 3).

[8] CLA Principal David Sun, Certified Information Systems Security Professional, witnessed the restoration process. David Sun's curriculum vitae is Exhibit 4.

[9] See memo Compliance Monitor Summary of need for testing A2000 accounting program's data integrity. (Exhibit 5).

[10] CLA selected backup storage tapes #000246L6 and #000255L6 for restoration. Ambiance represented the backups were made on February 6, 2022. (Exhibit 6).

spreadsheets).   Ambiance also produced the same reports from the live A2000 data (live spreadsheets).

## Sales Order and Purchase Order Dataset Comparison

An initial CLA Sales analysis showed a large variance between the two sales order spreadsheets (live and backup) for the listed total quantity of goods shipped per purchase order number. Richard Kim, controller, provided to CLA an analysis reconciling the variances identified by CLA. The variance generally related to how multiple deliveries of purchased inventory were individually listed in the backup spreadsheet and consolidated into a single closed item for the live spreadsheet.[11] A revised CLA analysis reduced the variances to an immaterial amount after accounting for timing differences.

A test was designed to verify that inventory quantities were properly reported between shipment date and arrival at Ambiance's warehouse.  Partially delivered purchase orders as of the restore date were compared to closed (completed) purchase orders as of April 30, 2022.  A preliminary analysis showed that over 20 million open orders were completed between January 31, 2022 and April 30, 2022.  This variance is explained in part due to the supply chain and freighter issues emanating from the Covid Pandemic.[12]

## Purchase Order Tracing to CBP Entry Summary

CLA used the live and backup spreadsheets to perform testing of January 31, 2022, open purchase orders that were closed before April 30, 2022.  The testing traced quantity and valuations to amounts reported on CBP Entry Summary.  For purchase order 1007078 it was discovered that the original CBP Entry Summary (HE8-0196667-3) filed was amended after initial reporting by Ambiance's customs house.  The amended CBP Entry Summary corrected a miscalculation by Ambiance's customs broker which resulted from the customs broker selecting the incorrect tariff code.[13]  Lisa Kim, import manager, informed the customs house that a corrected CBP Entry Summary needed to be filed.  Ambiance filed the amended CBP Entry Summary.[14]  This change resulted in an increased payment of $2,937 in customs duties.  This transaction was originally recorded in Ambiance's books and records based upon the original errant CBP Entry Summary. The entry was reversed and properly re-recorded with the revised custom duty amounts. This transaction explained why Ambiance's books and records posted reductions to the expense account for customs duties paid.[15]  CLA believes this transaction clearly demonstrates that Ambiance has systems in place to verify that the correct custom duties were paid, takes the appropriate action when errors are discovered and timely corrected CBP Entry Summary.

---

[11] For example, if a large sales order were completed over ten deliveries, the data set would list nine rows if only nine of the ten deliveries were received. Once the tenth, final delivery was made the individual deliveries listed were collapsed into one closed sales order summary.  The initial variance related to improperly counting quantities listed on certain rows.

[12] Shifting supply chains settle on Mexico. (Exhibit 7).

[13] The customs broker selected 6211.42.1081 (8.1% rate) when the correct code was 6211.43.1091 (16% rate).

[14] CLA obtained a sample of CBP Entry Summary directly from the custom's house, including the amended CBP Entry Summary HE8-0196667-3.  [Did we interview Customs broker employees???]

[15] Account 4420 0000 000 COGS: Custom & Duty is the expense account for Custom & Duty Payments.  CLA selected CBP Entry HE8-0196667-3 because it was posted, reversed and reposted.

**GCS Vendor A2000 Data Table Analysis**

CLA independently obtained from GCS three exported spreadsheets from Ambiance's live A2000 system relating to the (1) cost per clothing style number, (2) purchase order log history and, (3) user credential logon activity.  GCS was able to remotely retrieve the information for these reports from Ambiance's live A2000 system housed on Ambiance's servers.  Therefore, CLA was able to obtain data independent of Ambiance to complete a pricing analysis.

**Analysis of GCS A2000 Costing Log**

An analysis of modified price adjustments was completed to determine if unexpected changes to the standard cost by style number occurred.  Specifically, if the standard cost per style number was reduced and then increased after submission of the CBP Entry Summary, it could be an indication of possible data manipulation for purposes of evading customs duties.  For the period of January 1, 2021 to April 28, 2022, there were 75 downward price adjustments with only 19 of those adjustments being greater than a three percent reduction.  For the same period, 1,035 upward price adjustments occurred, fifty-three percent of those adjustments were in the third quarter of 2021.  This volume of upward price adjustments was anticipated from the increased transportation and manufacturing costs that occurred during this time frame.[16]  Since charges for foreign inland freight is not added to unit price for paying custom duties, these increases in price may not impact amounts reported on Ambiance's CBP Entry Summary.[17]   The results of this analysis indicate that for the sample period price manipulation was not occurring before custom duties forms were being completed.[18]

**Adequate Controls Over A2000 User Accounts**

CLA reviewed with Richard Kim, controller, some of Ambiance's A2000 user accounts.  Richard Kim explained some of the allowed users were temporary employees and the passwords for those accounts were reset monthly.

**Out of Scope Observations by CLA**

While at Ambiance's headquarters, CLA observed some possible network vulnerabilities.  For example, a password protected WIFI was openly broadcasting its signal.  CLA informed Annie Noh and corrective action was taken.  CLA recommends that Ambiance consider a more thorough evaluation of Ambiance's entire computer network by a specialist.[19]

**Recommendations**

CLA has no recommendations.

---

[16] U.S. Container rates increase.  See article attached as Exhibit 8.

[17] Proper Deductions of Freight and other costs From Customs Value (2000) *An Advanced Level Informed Compliance Publication of the U.S. Customs Service*. Retrieved from https://www.cbp.gov/sites/default/files/assets/documents/2016-Apr/icp049_3.pdf

[18] This test was designed to determine if a "undervalue calculator" was being used.

[19] CLA David Sun specializes in such consulting.  CLA, to preserve independence, suggested Ambiance seek an expert outside of CLA.

## Section 5 – Anti-Money Laundering ("AML") and Bank Secrecy Act ("BSA")

Ambiance management appropriately implemented anti-money laundering controls.   The employee handbook now includes a requirement that employees report any monetary corruption, such as money laundering, directly to the Compliance Officer.[20]   In October 2021, Ambiance held Anti-money laundering training for owners, managers, and staff.   Ambiance's sales personnel are instructed to refuse cash sales to customers who fail to submit proper identification.   Accounting staff properly track total cash receipts to guarantee the timely filing of Forms 8300 reporting customer cash payments in excess of $10,000.

### Background on AML and BSA

In 1970, Congress enacted the Currency and Foreign Transactions Reporting Act commonly known as the Bank Secrecy Act for the purpose of determining the source, volume, and movement of currency into or out of the United States or deposited with financial institutions. The intent of BSA recordkeeping and reporting requirements is to prevent financial service providers from being used as an intermediary for money laundering activity. Money laundering is the disguising of the existence, nature, source, control, beneficial ownership, location, and disposition of property derived from criminal activity.

In 1984, Congress enacted 26 U.S. Code section 6050I requiring Form 8300 to be submitted by certain trade or businesses to the Internal Revenue Service.  This expanded BSA requirements to certain businesses.

In 2001, Congress enacted Title 31 U.S. Code section 5331 requiring Form 8300 to be submitted by trade or businesses to Financial Crimes Enforcement Network ("FinCEN").  This added that the Forms 8300 will be submitted to    FinCEN.

FinCEN is a bureau of the U.S. Treasury and is the delegated administrator of the BSA. FinCEN issues regulations and interpretive guidance, identifies and communicates financial crime trends, and provides investigative case support to law enforcement.

The "Black-Market Peso Exchange" is a trade-based money laundering system that through the exchange of goods and currency value is exchanged, including proceeds of crime, to legitimize the funds and prevent cash from crossing the border.

In the Black-Market Peso Exchange scheme, a peso broker works with an individual engaged in illegal activity, such as a drug trafficker, who has currency in the United States that he needs to bring to a foreign country, such as Mexico, and convert into pesos. The peso broker finds business owners in the foreign country who buy goods from vendors in the United States and who need dollars to pay for those goods. The peso broker arranges for the illegally obtained dollars to be

---

[20]The compliance officer's contact number is listed in the Ambiance's employee handbook.  This handbook is available to all employees via a telephone software application distributed by payroll vendor Paycom software Inc.

delivered to the U.S.-based vendors, such as the stores in the Fashion District, and these illegally obtained dollars are used to pay for the goods purchased by the foreign customers.  The illegally obtained dollars are delivered by a money courier.  Once the goods are shipped to the foreign country and sold by the foreign-based business owner in exchange for pesos, the pesos are turned over to the peso broker, who then pays the drug trafficker in the local currency of the foreign country, thus completing the laundering of the illegally obtained dollars.[21]

### Applicable Statutes for Forms 8300

Title 26 U.S. Code section 6050I requires a business that received more than $10,000 in cash to file a Form 8300 which contains the following information: the name, address and TIN of the person from whom it was received, the amount of cash received, the date and nature of the transaction, and such other information as the Secretary may prescribe.

Title 31 U.S. Code section 5331 requires a business that received more than $10,000 in cash in 1 transaction (or 2 or more related transactions) is required to file a Form 8300.

### Forms 8300, Reports of Cash Payments Over $10,000 by Ambiance

Ambiance operates a retail store in the downtown fashion district selling clothing to retailers. The location is clearly separated into two distinct business Apparel Line and Blue Dot that sell women's clothing and denim products, respectively. Each business has separate cashier stations and different sales associates.  The accounting records for Apparel Line and Blue dot are separately maintained. The cash received from both businesses is deposited timely into separate bank accounts.  Sandy Pak, store accountant, stated that she files the Forms 8300 for Blue Dot while Ben Kim, cost accounting manager, files the Forms 8300 for Apparel Line.  When a customer buys merchandise with cash from both Apparel Line and Blue Dot, the cash amounts are not combined for determining if a Form 8300 should be filed.  Ben Kim reviews Sandy Pak's Apparel Line Form 8300 filings.  Richard Kim reviews Ben Kim's Blue Dot filings for accuracy.  All three have access to the FinCEN BSA E-filing system portal.[22]

Ambiance treats all customer transactions for reporting purposes as "one" transaction if they occur within a twelve-month period.  For example, on January 13, 2022, a Form 8300[23] was filed reporting $10,392 in cash received for customer CAPL004738 by Apparel Line.  A review of the Form 8300 supporting documents show that this total cash received consisted of 17 cash transactions that occurred between April 12, 2021 and January 10, 2022.  The cash payment amounts ranged from $100 to $1,091. These cash payments were applied against over ten sales invoices for purchase made on separate days.  Ambiance system noted that one of the 17 cash payments for $1,091 was received from a third-party payor on behalf of the customer.  On January 17, 2022, customer CAPL004738 received a separate Form 8300 reporting that Blue Dot was paid $11,011 in cash for merchandise.  A review of the supporting documents for the Apparel

---

[21] Jennifer Shasky Calvery, Director, Financial Crimes Enforcement Network, "Mexican Bankers Association AML/CFT Seminar, October 03, 2014, https://www.fincen.gov/sites/default/files/2016-08/20141003.pdf

[22] The Financial Crimes Enforcement Network hosts the BSA E-Filing System where Bank Secrecy Act forms are submitted, including Form 8300.

[23] CLA compared the cash transactions reported on this Form 8300 against a spreadsheet documenting cash received by Apparel Line.  The Form 8300 was properly completed and timely filed.

Line and the Blue Dot Form 8300 filed demonstrate that each entity separately collected the customer's information for purposes of completing the customer information form.  The above demonstrates that timely filed Form 8300 are submitted by each entity.

According to Annie Noh, COO, Ambiance sales personnel are instructed to turn away customers and void transactions if the customer refuses to provide the required information.  Because of the strict policies in place, the amount of cash accepted by Ambiance has significantly decreased by as much as ninety percent from prior years.  So Young Lim, invoice clerk, confirmed that Ambiance does require her to complete the proper paperwork if a sale brings that customer's cash payments over $10,000.  This paperwork includes obtaining information such as passport, driver's license, business license and seller's permit.  Lim confirmed that Ambiance does not accept fake or suspicious looking identification documents.

Since many customers shop at other stores throughout the day and may not want to carry large sums of cash, Ambiance provided the service of accepting cash before a sale is completed. Ambiance issues a credit receipt in exchange for the customer's cash. When the customer returns, they submit the credit receipt for the amount to be applied to the purchase of clothing. According to Lim, Ambiance does not refund the cash paid in advance by returning cash to the customer.  The cash is placed in a locked drawer and the teller does not have the ability to retrieve it.  This cash is deposited the next business day in the bank account.

The cash is counted the next day and reconciled per invoice.  The store clerks count the cash by hand when accepting it from the customer.  Sandy Pak verifies the cash count with a cash counting machine.  If a variance occurs the store manager speaks with the store clerk that accepted the cash.  Cash counting errors are infrequent.

Ben Kim demonstrated to CLA Ambiance's revised cash tracking software.  This is a portal addition to the A2000 database.  The software keeps track of each customer's cash received and total amount of cash received to date.  After the filing of a Form 8300, the cash count is reset.  If the customer again provides over $10,000 in cash, a new Form 8300 is submitted.

### Anti-Money Laundering Training
In October 2021, twenty-five employees from the sales and accounting staff attended Anti-Money Laundering training along with Ed Noh and Annie Noh. The training covered ethics, how trade-based money laundering works, how to identify potential money laundering, how to report suspicious activity to management, when to report suspicious activity to Ambiance's outside compliance officer, and the importance of maintaining accurate books and records.

### Recommendations
CLA recommends that Ambiance prepare materials to provide similar training to new employees.

## Section 6 – Review of Accounting Policy and Observations

CLA reviewed Ambiance's revised accounting policies and procedures manual dated October 15, 2021.  Ambiance's revision included section 17.4 Suspicious Transaction Reporting.  This section outlines customer activity that the Internal Revenue Service has identified as suspicious and should be reported.

CLA conducted a comparison of Ambiance's balance sheet for three years.  It was noted that Ambiance had a large, unexpected increase in assets.  Ambiance adequately explained that the change was a result of a deferred tax asset for employee retention credit in the amount of $3,121,964.[24]

CLA obtained "period-end binder lists" for Ambiance, Apparel Line and Blue Dot.  A review of these checklists showed that Ambiance has formal closing procedures and separation of duties amongst accounting personnel.

Ambiances engages the services of Paycom Payroll, LLC for completion of federal payroll tax returns.[25]   CLA verified that payroll tax payments were timely made for the fourth quarter of 2021.

CLA spoke to Kyle Lee, accounts receivable, and learned that he was trained by the former employee that held that position.  During the interview, Lee explained some of the duties he performs and demonstrated Ambiance's document retention procedures. CLA also spoke with other employees.  All employees seemed to be well trained to properly record transactions in Ambiance's books and records.

### Recommendations
CLA has no recommendations.

---

[24] Per the Internal Revenue Service, the Employee Retention Credit is a refundable tax credit against certain employment taxes equal to 50% of the qualified wages an eligible employer pays to employees between March 12, 2020 and January 1, 2021.
[25] Federal Payroll Taxes are reported on Form 940 Employer's Annual Federal Unemployment (FUTA) Tax Return and Form 941 Employer's Quarterly Federal Tax Return.

## Section 07 – Interviews

### Third Party Interview Customs Broker Joseph Ahn
Joseph Ahn, CEO of Best Customs Service, was interviewed concerning Ambiance's reporting of customs duties.  Ahn verified that Ambiance staff reviews the information listed on the CBP Entry Summary and timely informs Ahn if any entries need to be corrected.

### Third Party Interview Accountant Kevin Shim
Kevin Shim, senior at UCMK & Associates was interviewed.  Shim was assigned to be the point of contact for Ambiance employees to report misconduct or irregularities outside of Ambiance's management.  He has held this duty for about one year.  During this time frame Shim has not had any Ambiance employees contact him.

Shim met with Annie Noh and Richard Kim to discuss his duties.  From the meeting he felt that Ambiance's management intends to promote ethical behavior at Ambiance and do the right thing.  Ambiance did not create any restrictions to prevent him from properly carrying out his duties.

Shim stated that if he were to obtain a report of misconduct he would inform Min Kim, Partner of UCMK.  Shim did not know if he was authorized to report the information he receives to any state or federal law enforcement or regulatory agency.

### Recommendations
It is recommended that Kevin Shim receive training and instruction how to handle allegations of misconduct.  This would include Ambiance granting, in writing, permission to forward the information to state or federal law enforcement or regulatory agencies.

### Third Party Interview Eliam Lopez, Director of Customer Support, GCS
Eliam Lopez provided an overview of the A2000 system and Ambiance's computer environment that hosts the system.  The A2000 database has certain security measures implemented at the GCS Software level relating to permission to change certain data and to prevent unauthorized changes.  The software does allow for data to be changed by uploading data sets and retains modification logs documenting the user who made the changes.  These cumulative logs are retained from the system activation date and are not deleted.

CLA informed Lopez that they were seeking excel reports to be exported from Ambiance's live A2000 database with a focus on determining if wholesale price changes were made in opposite directions within a few days of each other.  Lopez informed CLA that GCS can generate reports independent of Ambiance by remote access.  On May 3, 2022, GCS provided CLA three excel spreadsheets relating to Ambiance's costing logs, modified purchase order logs and access logs (UT License logs).[26]

---

[26] Exhibit 9.

**Employee Interviews**

Annie Noh informed CLA that Ambiance wanted full transparency and that Ambiance staff was available to answer any questions, provide documents, and assist with any variance reconciliations as needed.  For this report Ambiance timely provided all documents requested, made staff available to answer questions, completed requested analysis and granted third party approvals to release information and documents to CLA.

Eight employees were interviewed for this report.  These interviews included verification of accounting data integrity, maintenance of proper books and records, a review of Ambiance's revised cash reporting software, purchase order tracing, and general record retention.  Ambiance employees reviewed source documentation with CLA and explained how transactions were recorded relating to the completion of CBP entry summaries.  All employees were cooperative and answered questions without reservation.

**Recommendations**

No recommendations.

## Section 08 – Ordering Process from Asia Manufacturers

An Ambiance designer will make a sample of a garment.  This sample is then sent to Ambiance's office in China, who forwards the item to factories in Asia to obtain unit price bids.  The factories respond with a per unit cost to manufacture.  It is rare for the first bid to be the agreed upon. Ed Noh negotiates the finial price with the manufacturer.  Ed Noh approves all orders made by Ambiance.[27]  Annie Noh is currently overseeing much of Ambiance's operations.

Once Ambiance commits to placing an order, Lisa Kim enters the purchase order information into the A2000 accounting system.  The A2000 system assigns the purchase order a number.  This system is not used by the manufacturer to obtain the specifics of the order and the manufacturer does not have any access to the system.  The manufacturer obtains the details of the order from Ambiance through e-mail.  Due to Ambiance's long relationship with many of these factories, they may begin to manufacture the product before receiving the e-mail confirmation.  For new customers, Ambiance will do a proforma invoice that they require to be signed.  In the past, proforma invoices were used for purposes of facilitating payment via a bank letter of credit.  According to Ed Noh, Richard Kim, Lisa Kim, and senior accountant Sunny Lee, Ambiance no longer pays vendors by use of bank letter of credits.

Once the merchandise has arrived in the United States, Ambiance receives information listing the amount of product per container that has arrived.  This is entered into the A2000 accounting system.  Ambiance's shipping department verifies the item counts at the warehouse against the purchase order.  If the quantity counts match, then the purchase order is closed.  Ambiance often agrees to accept deliveries of quantities above the purchase order amount when the factory has excess material available.  The purchase order is not closed until the entire delivery of the order is received by Ambiance.  Larger orders may be delivered over multiple shipments.  The process from order date to receipt of goods is about four months.  This timeline has greatly increased because of the COVID pandemic.

The manufacturer in Asia provides the shipping document to Ambiance before the goods enter the United States.  Title of goods passes to Ambiance either when the goods are loaded on the ship in the Asian port or when the goods arrive in Ambiance's warehouse.  Ambiance provides the customs broker with the bill of lading, packing list and vendor invoice.  The freight forwarder forwards the arrival notice to the customs broker.  The customs broker completes and files the CBP Entry Summary with the U.S. Customs and Border Protection.  The customs broker submits an invoice to Ambiance that lists the total duty amount due to customs.

---

[27] Ed Noh is incarcerated at the Lompoc prison after being sentenced for participating in a criminal conspiracy with co-defendant Ambiance (Case 2:20-cr-oo370-VAP).  The Federal Bureau of Prison estimates his release date to be in November 2022.

## Section 11 – Additional Inventory Review by CLA

For the first review and this second review, Ambiance employees walked CLA through the A2000 accounting system for the inventory ordering process.  This included a review of the cost spec sheet, style availability, style master, purchase orders, A/P vouchers, production shipments and sales order.  Ambiance also provided e-mails, inventory reports, bill of lading, packing list, arrival notices, vendor invoice, and bank statements.

The A2000 and portal system track the status of inventory in categories: received, shipped to customer, customer open order and incoming cut purchase order quantity.  Style number inventory is further tracked by sales order.  The information included the customer's name, purchase order, terms and other detailed information.  Ambiance performs physical inventory checks by style number.  Adjustments for variances were made.

CLA randomly selected purchase orders to trace the flow of inventory through the accounting records for purposes of testing the entries against source documents.  Some of these selections were made on-site without any notice to Ambiance. The packages provided were complete and contained all the proper source documents.  No variance or errors were detected from the sampling. In conclusion, the inventory process is detailed and comprehensive.

### Ambiance's Record Retention

Ambiance routinely backs up its computer system as follows: daily back-ups are created for the prior three weeks of information, weekly back-ups are created for the prior six months, monthly backups are created for the prior seventy-two months.  Two sets of back-up tapes exist.  They are stored at different locations.  Records are stored in specific file server directories.  Privileges are restricted to employees who need access to the information. Ambiance retains e-mails, client documents and other business records.

For both reports CLA made many document requests, such as accounting reports, bank records, customer records, voided transactions, purchase orders, sales invoices, Forms 8300, CBP Entry Summary Forms and detailed reconciliations.  Ambiance was able to timely respond to these requests.  CLA observation is that the Ambiance's business record management is very good.

## Section 12 – Ambiance Commitment to Ethical Behavior

CLA observed during both reviews Ambiance's commitment to prevent unlawful activity.  Twenty employees were interviewed during the two reviews.   The employees informed CLA they could report malfeasance to management or the independent corporate monitor.

Ambiance properly trained management, accounting staff and employees how to identify trade-based money laundering and accounting improprieties.   The staff was also trained on the importance of timely reporting the alleged misconduct.

CLA's first report outlined ten recommendations. This review confirmed that those recommendations were property implemented.

Based upon Ambiance's commitment to ethical behavior, CLA recommends termination of the Independent Corporate Compliance Officer and suspend the requirement of a third review to commence in March 2023.

## Section 13 – Professional Standards Followed by CliftonLarsonAllen

**Professional Standards Followed by CliftonLarsonAllen**

The overall scope of work and approach was conducted utilizing standards in accordance with the Statement on Standards for Consulting Services*, Consulting Services: Definitions and Standards* (codified as CS Section 100 in *AICPA Professional Standards*) of the American Institute of Certified Public Accountants ("AICPA") and the Code of Professional Standards of the Association of Certified Fraud Examiners ("ACFE"). In consulting engagements, the nature and scope of work is determined solely by the agreement between the practitioner (CLA) and the client, Ambiance. This report does not constitute an audit, compilation, or review, in accordance with standards of the AICPA, the objective of which would be the expression of an opinion on financial statements, specified elements, accounts, or items. Accordingly, CLA does not express such an opinion.

Because of the unique nature of fraud, and because our engagement was limited to the matters described in the engagement letter, fraud and/or financial irregularities may exist within the organization that we may not have identified during the performance of our procedures. However, if during the performance of our services other matters had come to our attention suggesting possible financial improprieties and/or irregularities, we would have communicated such matters to the Client, their counsel and the Court.

The professional standards promulgated by the AICPA prohibit CLA from rendering an opinion as to whether there has been any fraud or other criminal activity by anyone associated with this engagement. The professional standards promulgated by the ACFE prohibits Certified Fraud Examiners (CFEs) from expressing opinions regarding the guilt or innocence of any person or party. Therefore, CLA does not render such opinions.

**Information about CLA**

Established on January 2, 2012, as the nation's newest top 10 accounting firm, CLA is well positioned with knowledge, insight, and industry-specific accounting, tax, and consulting services. CLA has a national forensic and governmental practice and is the result of a union between Clifton Gunderson and LarsonAllen, both established more than 60 years ago.

Marty Laffer's areas of practice include financial litigation, civil and criminal tax controversy, white collar criminal defense and accounting malpractice. He is a licensed Certified Public Accountant (California and Hawaii), a Certified Fraud Examiner (ACFE) and Certified in Financial Forensics (AICPA).



©2021 CliftonLarsonAllen LLP. All rights reserved.