# EXHIBIT B

| | |
|---|---|
| **From:** | Shemitz, Julie (USACAC) |
| **To:** | Benjamin N. Gluck |
| **Cc:** | Christopher J. Lee |
| **Subject:** | RE: [EXTERNAL] RE: Monitor Laffer"s Second Report for Ambiance |
| **Date:** | Wednesday, August 24, 2022 2:05:18 PM |
| **Attachments:** | image001.jpg |
| | image002.jpg |
| | image003.jpg |

I understand.

**From:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Sent:** Wednesday, August 24, 2022 1:55 PM
**To:** Shemitz, Julie (USACAC) <JShemitz@usa.doj.gov>
**Cc:** Christopher J. Lee <clee@birdmarella.com>
**Subject:** RE: [EXTERNAL] RE: Monitor Laffer's Second Report for Ambiance

Do let us know.  These reports cost hundreds of thousands of dollars.

**From:** Shemitz, Julie (USACAC) <Julie.Shemitz@usdoj.gov>
**Sent:** Wednesday, August 24, 2022 1:50 PM
**To:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Cc:** Christopher J. Lee <clee@birdmarella.com>
**Subject:** RE: [EXTERNAL] RE: Monitor Laffer's Second Report for Ambiance

Sorry it's taking so long.  Waiting on a few documents.
I'll ping you as soon as I have something.
Honestly, I don't think we're going to agree to forego the third report, but we'll see.
Julie

**From:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Sent:** Wednesday, August 24, 2022 1:21 PM
**To:** Shemitz, Julie (USACAC) <JShemitz@usa.doj.gov>
**Cc:** Christopher J. Lee <clee@birdmarella.com>
**Subject:** RE: [EXTERNAL] RE: Monitor Laffer's Second Report for Ambiance

Hello Julie,

Any update on this?

Benjamin

**From:** Shemitz, Julie (USACAC) <Julie.Shemitz@usdoj.gov>
**Sent:** Monday, August 15, 2022 10:58 AM
**To:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Cc:** Christopher J. Lee <clee@birdmarella.com>

**Subject:** RE: [EXTERNAL] RE: Monitor Laffer's Second Report for Ambiance

Thank you Benjamin.  We are working on it.
Julie

---

**From:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Sent:** Monday, August 15, 2022 10:53 AM
**To:** Shemitz, Julie (USACAC) <JShemitz@usa.doj.gov>
**Cc:** Christopher J. Lee <clee@birdmarella.com>
**Subject:** RE: [EXTERNAL] RE: Monitor Laffer's Second Report for Ambiance

Dear Julie,

I received this morning additional material regarding Ambiance's ethics, anti-money laundering, Form 8300, and IT security training.  I've attached it here.

Note that the ethics, anti-money laundering, and Form 8300 training was designed and implemented by CLA, the monitor.

Note again that the IT security issues are beyond the scope of the monitorship but Ambiance did them anyway as a good business practice after CLA noticed the area needed improvement.

Together these show that Ambiance has gone well above and beyond just bare compliance.

Benjamin

---

**From:** Benjamin N. Gluck
**Sent:** Friday, August 12, 2022 9:03 AM
**To:** Shemitz, Julie (USACAC) <Julie.Shemitz@usdoj.gov>
**Cc:** Christopher J. Lee <clee@birdmarella.com>
**Subject:** RE: [EXTERNAL] RE: Monitor Laffer's Second Report for Ambiance

Dear Julie,

Thank you.  And I'm sorry to hear things have been rough.  I hope things get better soon.

Benjamin

---

**From:** Shemitz, Julie (USACAC) <Julie.Shemitz@usdoj.gov>
**Sent:** Friday, August 12, 2022 8:52 AM
**To:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Cc:** Christopher J. Lee <clee@birdmarella.com>
**Subject:** RE: [EXTERNAL] RE: Monitor Laffer's Second Report for Ambiance

Thank you Benjamin.

I will review and get back to you asap.

We are performing our due diligence this week and should have a response for you by mid to end next week, if not sooner.

Thanks again for your patience.  It's been a difficult summer for me.

Julie

**From:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Sent:** Friday, August 12, 2022 8:21 AM
**To:** Shemitz, Julie (USACAC) <JShemitz@usa.doj.gov>
**Cc:** Christopher J. Lee <clee@birdmarella.com>
**Subject:** RE: [EXTERNAL] RE: Monitor Laffer's Second Report for Ambiance

Dear Julie,

Attached are:

1. Ambiance's AML training material.  Note that Ambiance retained CLA to create its AML material and do the training.
2. The May 2022 IT consultant agreement.  Note that this area is actually outside the scope of the monitorship, and the monitor so indicated.  Ambiance is addressing it nevertheless but I want to note that it is not within the monitorship.  It does show Ambiance's efforts to go above and beyond their obligations.
3. The May 2022 confirmation to the ombudsman that he can report directly to law enforcement and the confirmation of receipt.

Please let me know if you need anything else.

Benjamin

**From:** Shemitz, Julie (USACAC) <Julie.Shemitz@usdoj.gov>
**Sent:** Wednesday, August 10, 2022 3:02 PM
**To:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Subject:** RE: [EXTERNAL] RE: Monitor Laffer's Second Report for Ambiance

p.s.  while we're at it – I'd like a copy of Ambiance's AML handbook for employees.  And I may have to meet with the CLA folks.
Thanks.

**From:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Sent:** Wednesday, August 10, 2022 2:31 PM
**To:** Shemitz, Julie (USACAC) <JShemitz@usa.doj.gov>
**Subject:** RE: [EXTERNAL] RE: Monitor Laffer's Second Report for Ambiance

Sure.  (Sorry I hadn't read your entire email.)

I'll get you something.

---

**From:** Shemitz, Julie (USACAC) <Julie.Shemitz@usdoj.gov>
**Sent:** Wednesday, August 10, 2022 2:26 PM
**To:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Subject:** RE: [EXTERNAL] RE: Monitor Laffer's Second Report for Ambiance

A bit more detail please –
Could I see something concrete regarding the IT consultant – contract, work plan, assessment, anything?
And how about the letter to the Ombudsman regarding reporting?
Thanks.
Julie

---

**From:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Sent:** Wednesday, August 10, 2022 2:23 PM
**To:** Shemitz, Julie (USACAC) <JShemitz@usa.doj.gov>
**Subject:** RE: [EXTERNAL] RE: Monitor Laffer's Second Report for Ambiance

Ambiance has done both of them.

---

**From:** Shemitz, Julie (USACAC) <Julie.Shemitz@usdoj.gov>
**Sent:** Wednesday, August 10, 2022 2:21 PM
**To:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Subject:** RE: [EXTERNAL] RE: Monitor Laffer's Second Report for Ambiance

Hi Benjamin:
What is the status of these two proposed actions?
The report does make two suggestions: 1) that Ambiance hire a IT consultant to upgrade its network security (though it notes that this was outside the scope of the monitorship); and 2) that Ambiance confirm to its ombudsman that he can report allegations of wrongdoing directly to law enforcement.  Ambiance has already retained a security firm to address the former and will address the latter by formal letter to the ombudsman next week.
Could we get written confirmation that these have taken force?
Thanks.
Julie

---

**From:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Sent:** Wednesday, August 10, 2022 2:16 PM
**To:** Shemitz, Julie (USACAC) <JShemitz@usa.doj.gov>
**Subject:** RE: [EXTERNAL] RE: Monitor Laffer's Second Report for Ambiance

Julie,

Is there someone else I should be asking?

Benjamin

**From:** Shemitz, Julie (USACAC) <Julie.Shemitz@usdoj.gov>
**Sent:** Monday, July 25, 2022 10:04 AM
**To:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Subject:** RE: [EXTERNAL] RE: Monitor Laffer's Second Report for Ambiance

Hi –
You're not bugging me and I apologize – it's just that there are other more pressing matters, as I'm sure you can imagine.  I promise you I will get to it today or tomorrow and run it by the front office.
Sorry again.
Julie

**From:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Sent:** Monday, July 25, 2022 9:20 AM
**To:** Shemitz, Julie (USACAC) <JShemitz@usa.doj.gov>
**Subject:** RE: [EXTERNAL] RE: Monitor Laffer's Second Report for Ambiance

Julie,

I don't mean to bug you and I'm happy to harass someone else about this if you can point me to that person . . . .

Benjamin

**From:** Benjamin N. Gluck
**Sent:** Friday, July 22, 2022 2:12 PM
**To:** Shemitz, Julie (USACAC) <Julie.shemitz@usdoj.gov>
**Subject:** RE: [EXTERNAL] RE: Monitor Laffer's Second Report for Ambiance

Bumping this up . . . .

**From:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Sent:** Friday, July 15, 2022 8:41 AM
**To:** Shemitz, Julie (USACAC) <Julie.shemitz@usdoj.gov>
**Subject:** Re: [EXTERNAL] RE: Monitor Laffer's Second Report for Ambiance

Hi Julie,

Were you able to get to this?

Benjamin



Benjamin N. Gluck
Bird Marella
O: 310.201.2100
F: 310.201.2110
M: 310.844.6476

**From:** Shemitz, Julie (USACAC) <Julie.Shemitz@usdoj.gov>
**Sent:** Tuesday, June 28, 2022 11:28 AM
**To:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Subject:** RE: [EXTERNAL] RE: Monitor Laffer's Second Report for Ambiance

Benjamin hi –
I have been really consumed with matters back east concerning my mother's estate, etc,
so I have to tell you in all honesty that I haven't been able to get to this.  Other things are
more pressing.  I have to go back there again this week but when I get back (week of July
11) I promise I will take a look and see if I can convince the front office to take care of it.
I appreciate your patience and hope you understand.
Thanks.
Julie

**From:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Sent:** Monday, June 27, 2022 1:42 PM
**To:** Shemitz, Julie (USACAC) <JShemitz@usa.doj.gov>
**Subject:** RE: [EXTERNAL] RE: Monitor Laffer's Second Report for Ambiance

Dear Julie,

I'm following up on this.  I bumped into Chris Flacker (one of the monitors) and he asked me what's
happening with regard to their suggestion that the monitorship be terminated.  I said I was waiting
to hear back from you.

Any progress?

Benjamin

**From:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Sent:** Saturday, June 18, 2022 4:18 PM
**To:** Shemitz, Julie (USACAC) <Julie.Shemitz@usdoj.gov>
**Subject:** Re: [EXTERNAL] RE: Monitor Laffer's Second Report for Ambiance

Thanks Julie.

And I hope you're doing ok.


Benjamin N. Gluck
Bird Marella

---

**From:** Shemitz, Julie (USACAC) <Julie.Shemitz@usdoj.gov>
**Sent:** Saturday, June 18, 2022 11:38:18 AM
**To:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Subject:** Re: [EXTERNAL] RE: Monitor Laffer's Second Report for Ambiance

I did not return as scheduled. However I will be working Monday through Wednesday this
coming week so I will review it then.
Thanks for your patience.
Julie

Sent from my iPhone


> On Jun 14, 2022, at 09:55, Benjamin N. Gluck <bgluck@birdmarella.com>
> wrote:
>
>
> Hello Julie,
>
> From your out-of-office response, I understand that you came back yesterday.  I hope
> you're doing ok.
>
> Just I reminder regarding the pending item below . . .
>
> Thanks,
>
> Benjamin
>
> ---
>
> **From:** Benjamin N. Gluck
> **Sent:** Friday, June 3, 2022 9:20 AM
> **To:** Shemitz, Julie (USACAC) <Julie.Shemitz@usdoj.gov>
> **Subject:** RE: Monitor Laffer's Second Report for Ambiance
>
> Julie,
>
> I'm very sorry to hear that.
>
> Benjamin

**From:** Shemitz, Julie (USACAC) <Julie.Shemitz@usdoj.gov>
**Sent:** Friday, June 3, 2022 9:15 AM
**To:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Subject:** RE: Monitor Laffer's Second Report for Ambiance

Sorry – out on leave for the next few weeks (my mother passed away).  I will deal with it when I get back.
jj

**From:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Sent:** Wednesday, June 1, 2022 4:52 PM
**To:** Shemitz, Julie (USACAC) <JShemitz@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Monitor Laffer's Second Report for Ambiance

Julie,

Any movement on this?

Thanks,

Benjamin

**From:** Shemitz, Julie (USACAC) <Julie.Shemitz@usdoj.gov>
**Sent:** Friday, May 20, 2022 12:11 PM
**To:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Subject:** RE: Monitor Laffer's Second Report for Ambiance

Hi Benjamin,
Good to hear from you.
I received the report, but haven't yet had a chance to read it.
If it is as you say, I probably won't have a problem with it, but I will need to consult with my chain of command because of their involvement in negotiating the plea.
Give me some time – I am back east with my family right now and may not be back for a couple of weeks at least but I will have time to review the report at some point in the next week and forward my recommendation to the front office.
I will get back to you as soon as I can.
Take care.
Julie

Julie J. Shemitz
Assistant United States Attorney

International Narcotics, Money Laundering, and Racketeering Section

312 North Spring Street, 14th floor
Los Angeles, CA 90012
213-894-5735 (o)
213-500-9369 (c)
julie.shemitz@usdoj.gov

---

**From:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Sent:** Friday, May 20, 2022 12:05 PM
**To:** Shemitz, Julie (USACAC) <JShemitz@usa.doj.gov>
**Subject:** [EXTERNAL] FW: Monitor Laffer's Second Report for Ambiance

Dear Julie,

First of all, I hope you're doing well.  It's been a long time.

Second, as you can see from the attached second report by the monitor, the monitor found that Ambiance has been fully compliant (since well before the plea) and has implemented all suggestions made by the monitor during their initial audit.  The monitor therefore suggests terminating the monitorship and not requiring a third report.  I'd note that these reports are incredibly thorough and, therefore, quite expensive.  This one cost almost $500,000 all in.

The report does make two suggestions: 1) that Ambiance hire a IT consultant to upgrade its network security (though it notes that this was outside the scope of the monitorship); and 2) that Ambiance confirm to its ombudsman that he can report allegations of wrongdoing directly to law enforcement.  Ambiance has already retained a security firm to address the former and will address the latter by formal letter to the ombudsman next week.

In light of this, I write to ask whether the government would join the monitor's request to terminate the monitorship.  If so, I would inform Judge Philips and seek an order to that end.

Would you please let me know?  If you want to discuss further, please let me know a good time for a call.

Thank you,

Benjamin

---

**From:** Wyatt, Lea <Lea.Wyatt@claconnect.com>

**Sent:** Friday, May 20, 2022 6:00 AM
**To:** Christine_Chung@cacd.uscourts.gov; Julie.shemitz@usdoj.gov; Benjamin N. Gluck <bgluck@birdmarella.com>; Anuja_Joshi@cacp.uscurts.gov
**Cc:** Flacker, Chris <Chris.Flacker@claconnect.com>; Laffer, Marty <Marty.Laffer@claconnect.com>
**Subject:** Monitor Laffer's Second Report for Ambiance

**\*\*EXTERNAL EMAIL MESSAGE\*\***

Good morning,

Attached please find Compliance Monitor Laffer's second report and report exhibits in the matter of *United States of America v. Ambiance U.S.A., Inc. d/b/a Ambiance Apparel*, Case No. 2:20-cr-00370-VAP. Please confirm receipt of this report for our records.

Should you have any questions, please do not hesitate to contact us.

Thank you,



**Lea Wyatt, Esq., CFE**
Senior
Valuation, Forensic, Litigation & Investigations

**Direct 617-221-1983**
CLA (CliftonLarsonAllen LLP)
lea.wyatt@CLAconnect.com

*Create Opportunities*

Wealth Advisory  |  Outsourcing  |  Audit, Tax, and Consulting

Send me your files with secure file transfer.



Investment advisory services are offered through CliftonLarsonAllen
Wealth Advisors, LLC, an SEC-registered investment advisor.
CLA is an independent member of Nexia International. See member firm disclaimer for details.

----------------------------

**The information (including any attachments) contained in this document is confidential and is for the use only of the intended recipient. If you are not the intended recipient, you should delete this message. Any distribution, disclosure, or copying of this message, or the taking of any action based on its contents is strictly prohibited.**

**CliftonLarsonAllen LLP**

----------------------------