# EXHIBIT C

| | |
|---|---|
| **From:** | Shemitz, Julie (USACAC) |
| **To:** | Benjamin N. Gluck |
| **Cc:** | Marty Laffer; Christopher J. Lee |
| **Subject:** | RE: Ambiance Apparel - Monitorship - response requested |
| **Date:** | Monday, October 10, 2022 1:29:13 PM |

Hi Benjamin:

Unfortunately, we cannot agree to early termination of the court-ordered monitoring.  I know this is a burden, but it is part of the agreed-upon sentence.

On another note, by way of reminder, I was informed earlier today that another payment deadline is upcoming and the Forfeiture folks at Homeland Security are awaiting that payment.

Thanks so much.

Julie

**From:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Sent:** Monday, October 10, 2022 12:46 PM
**To:** Shemitz, Julie (USACAC) <JShemitz@usa.doj.gov>
**Cc:** Marty Laffer <Marty.Laffer@claconnect.com>; Christopher J. Lee <clee@birdmarella.com>
**Subject:** [EXTERNAL] Ambiance Apparel - Monitorship - response requested

Dear Julie,

As we've previously discussed, Marty Laffer, Ambiance's court-appointed monitor, recommended in his last report that the monitorship be terminated early.  I reached out to you to learn the government's position with respect to that.

In the meantime, however, I have been informed by Mr. Laffer that he is retiring at the end of this calendar year and that he will no longer be available to act as Ambiance's monitor.  Because he was individually appointed, the monitorship will not automatically roll over to someone else.

With that in mind, I propose asking the court to allow the monitorship to terminate at the end of this year, rather than going through the monitor proposal, selection, and approval process for a new monitor.  This is of course consistent with Mr. Laffer's opinion from last spring.

Would you please let me know the government's position in this respect?

I have copied Mr. Laffer on this email so that we can all be part of this discussion.

Thank you,

Benjamin

PS I'll note for the record that I previously sent you confirmation that Ambiance had already accomplished all of the recommendations from Mr. Laffer's prior reports, even those that were outside the scope of the monitorship, such as IT security.  I'll note also that Ambiance is fully up to

date on its payment obligations.

**Benjamin N. Gluck** | *Principal*
**O**: 310.201.2100  |  **F**: 310.201.2110  |  **E**: bgluck@birdmarella.com

**Bird, Marella, Boxer, Wolpert, Nessim,**
**Drooks, Lincenberg & Rhow, P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
BirdMarella.com