# EXHIBIT D

| | |
|---|---|
| From: | Benjamin N. Gluck |
| To: | Julie J. Shemitz (julie.shemitz@usdoj.gov) |
| Cc: | Christopher J. Lee |
| Subject: | Ambiance Monitor - End-of-month-deadline |
| Date: | Monday, December 5, 2022 11:55:35 AM |

Dear Julie,

As I previously told you, Ambiance's monitor, Marty Laffer, is retiring at the end of this month. As you know, Marty suggested terminating the monitorship early, without doing the third report. You previously told me that the government would not stipulate to that suggestion.

Since Marty is leaving and the government is not willing to accept his suggestion, we may need to appoint a new monitor. Would the government stipulate to using Peter Morris at Barnes and Thornburg? He's a former AUSA who works full time as counsel to monitors on two of the biggest monitorships currently going on (Olympus and ZTE). Peter Morris, Los Angeles Attorney | Barnes & Thornburg (btlaw.com)

Please let me know ASAP whether he is acceptable to replace Marty Laffer. He would likely continue to use CLA, Marty's accounting firm, as support.

Thanks,

Benjamin


**Benjamin N. Gluck** | *Principal*
**O**: 310.201.2100 | **F**: 310.201.2110 | **E**: bgluck@birdmarella.com

**Bird, Marella, Boxer, Wolpert, Nessim,**
**Drooks, Lincenberg & Rhow, P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
BirdMarella.com