# EXHIBIT E

01/04/2022 04:19 PM

Version 7.0.1  Page 1  of  2

**U.S. Courts**
**Case Inquiry Report**
**Case Number: DCAC220CR000370; Party Number: 002; Payee Code: N/A**
**Show Party Details: N; Show Payee Details: N; Show Transactions: Y**

**Case Number**   DCAC220CR000370     **Case Title**   USA v. AMBIANCE U.S.A., INC., et al

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 002 | 21PP003655 | SANG BUM NOH | CACPA567 | NOT OTHERWISE CLASSIFIED | | 0.00 | 0.00 | 0.00 |
| 002 | 21PP003655 | SANG BUM NOH | CACPA567 | SPECIAL PENALTY ASSESSMENT | | 200.00 | 200.00 | 0.00 |
| 002 | 21PP003655 | SANG BUM NOH | CACPA567 | FINE-CRIME VICTIMS FUND | | 10,000.00 | 10,000.00 | 0.00 |
| 002 | 21PP003655 | SANG BUM NOH | CACPA567 | VICTIM RESTITUTION | | 0.00 | 0.00 | 0.00 |
| 002 | 21PP003655 | SANG BUM NOH | CACPA567 | FEDERAL J&S RESTITUTION | DCAC220CR000370/A | 35,227,855.45 | 35,227,855.45 | 0.00 |
| | | | | | | 35,238,055.45 | 35,238,055.45 | 0.00 |

**Summary Payee Information:**

| Payee Code | Payee Name | Total Owed | Total Paid | Total Outstanding |
|---|---|---|---|---|
| 22PP013752 | DEPARTMENT OF HOMELAND SECURITY | 18,421,443.41 | 0.00 | 18,421,443.41 |
| CACA019985 | DEPARTMENT OF TREASURY | 16,806,412.04 | 0.00 | 16,806,412.04 |
| | | 35,227,855.45 | 0.00 | 35,227,855.45 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|

**Transaction Information:**

| Document Type/Number* | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | | | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Number | Debt Type Line# | Debt Type | | Payee Line# | Depository Line# | Check Number | | | | |
| CTC CACCCA21-LA213358 | 22-OCT-20 | 23-OCT-20 | PR | 3,200.00 | SANG BUM NOH | | | O | 06 | 6855XX |
| DCAC220CR000370-002 | 1 | NOT OTHERWISE CLASSIFIED | | | | | | | | |
| CQC CACCCA21-00031 | 05-NOV-20 | 05-NOV-20 | PR | ( 3,200.00) | SANG BUM NOH | | | O | 06 | 6855XX |
| DCAC220CR000370-002 | 1 | NOT OTHERWISE CLASSIFIED | | | | | | | | |
| CTC CACCCA22-LA232102 | 16-DEC-21 | 17-DEC-21 | PR | 200.00 | SANG BUM NOH | | | O | 04 | 504100 |
| DCAC220CR000370-002 | 2 | SPECIAL PENALTY ASSESSMENT | | | | | | | | |
| CTC CACCCA22-LA232102 | 16-DEC-21 | 17-DEC-21 | PR | 10,000.00 | SANG BUM NOH | | | O | 06 | 6855XX |
| DCAC220CR000370-002 | 4 | VICTIM RESTITUTION | | | | | | | | |
| CQC CACCCA22-00123 | 03-JAN-22 | 03-JAN-22 | PR | ( 10,000.00) | SANG BUM NOH | | | O | 06 | 6855XX |
| DCAC220CR000370-002 | 4 | VICTIM RESTITUTION | | | | | | | | |
| CQC CACCCA22-00123 | 03-JAN-22 | 03-JAN-22 | PR | 10,000.00 | SANG BUM NOH | | | O | 04 | 504100 |
| DCAC220CR000370-002 | 3 | FINE-CRIME VICTIMS FUND | | | | | | | | |
| CQC CACCCA22-00125 | 03-JAN-22 | 03-JAN-22 | PR | 35,227,855.45 | AMBIANCE USA INC | | | O | 06 | 6855XX |
| DCAC220CR000370-A | | FEDERAL J&S RESTITUTION | | | | | | | | |

**U.S. Courts**
**Case Inquiry Report**
**Case Number: DCAC220CR000370; Party Number: 002; Payee Code: N/A**
**Show Party Details: N; Show Payee Details: N; Show Transactions: Y**

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CQC | Cash Receipt - Courts CCA Manual |
| CTC | Cash Receipt - Courts CCA Automated |