# EXHIBIT G

| | |
|---|---|
| **From:** | Shemitz, Julie (USACAC) |
| **To:** | Benjamin N. Gluck |
| **Cc:** | nshan.taschyan@ci.irs.gov; Christopher J. Lee |
| **Subject:** | RE: [EXTERNAL] RE: Ambiance USA - Annie and Ed Noh"s tax payments - Time sensitive request to correct error |
| **Date:** | Friday, November 4, 2022 2:18:00 PM |
| **Attachments:** | restitution SummaryByNameIndiv WO TIN.pdf |

Hi Benjamin,

This just came in –

They are working on correcting the record so you don't get any further invoices.

Julie

**From:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Sent:** Friday, November 4, 2022 10:15 AM
**To:** Shemitz, Julie (USACAC) <JShemitz@usa.doj.gov>
**Cc:** nshan.taschyan@ci.irs.gov; Christopher J. Lee <clee@birdmarella.com>
**Subject:** RE: [EXTERNAL] RE: Ambiance USA - Annie and Ed Noh's tax payments - Time sensitive request to correct error
**Importance:** High

Dear Julie and Nshan,

Has any progress been made with this?

Ambiance's CPA contacted the IRS and was told that the IRS has no record that it has been paid.

Please advise ASAP.

Thank you,

Benjamin

**From:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Sent:** Friday, October 21, 2022 2:21 PM
**To:** Shemitz, Julie (USACAC) <Julie.Shemitz@usdoj.gov>
**Cc:** nshan.taschyan@ci.irs.gov; Christopher J. Lee <clee@birdmarella.com>
**Subject:** Re: [EXTERNAL] RE: Ambiance USA - Annie and Ed Noh's tax payments - Time sensitive request to correct error

Thanks Julie.  We'll wait to hear from you.

(I'd also point out, though I didn't mention it in my prior email, that ensuring the payment is properly made is clearly part of the government's obligations under the plea agreement.)

Benjamin N. Gluck
Bird Marella

**From:** Shemitz, Julie (USACAC) <Julie.Shemitz@usdoj.gov>
**Sent:** Wednesday, October 19, 2022 5:39:36 PM
**To:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Cc:** nshan.taschyan@ci.irs.gov <nshan.taschyan@ci.irs.gov>; Christopher J. Lee <clee@birdmarella.com>
**Subject:** RE: [EXTERNAL] RE: Ambiance USA - Annie and Ed Noh's tax payments - Time sensitive request to correct error

Well, that is certainly debatable, but I will try to get this taken care of.
Let me work on it.
Thanks.
jj

**From:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Sent:** Wednesday, October 19, 2022 3:22 PM
**To:** Shemitz, Julie (USACAC) <JShemitz@usa.doj.gov>
**Cc:** nshan.taschyan@ci.irs.gov; Christopher J. Lee <clee@birdmarella.com>
**Subject:** RE: [EXTERNAL] RE: Ambiance USA - Annie and Ed Noh's tax payments - Time sensitive request to correct error
**Importance:** High

Julie,

The reason I emailed you is twofold: First, you're the government, which means that it'll be about 1000 times easier for you or SA Taschyan to get this corrected than it would be for me or a civilian to do so. Second, since you are the government, I assume you have an interest in making sure your team, i.e., the government, does things accurately, which would mean that you would be interested in making sure the problem is corrected.

In any event, I was told by a tax lawyer specialist that the way to correct this error is to have the IRS SA that was involved in the case confirm that the payment is credited not just to "restitution" but to "civil tax owing." Apparently, this will make sense to Mr. Taschyan. Since I'm not in the habit of directly asking government agents to do things, I'm asking you to ask him. I hope that's not too much of an inconvenience.

Whatever you decide, please let me know. If you're not willing to help clear this up, I'll need to find other avenues.

Thank you,

Benjamin

---

**From:** Shemitz, Julie (USACAC) <Julie.Shemitz@usdoj.gov>
**Sent:** Tuesday, October 18, 2022 8:19 PM
**To:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Cc:** nshan.taschyan@ci.irs.gov; Christopher J. Lee <clee@birdmarella.com>
**Subject:** Re: [EXTERNAL] RE: Ambiance USA - Annie and Ed Noh's tax payments - Time sensitive request to correct error

Benjamin hi. Yes I received your email but I am at a loss as to why you cannot contact the senders of the attempt to collect yourself?  Am I missing something?  Julie

Sent from my iPhone

> On Oct 18, 2022, at 4:38 PM, Benjamin N. Gluck <bgluck@birdmarella.com> wrote:
>
> Please confirm that you received this email and please let us know when to expect a response.
>
> Thank you,
>
> Benjamin
>
> ---
>
> **From:** Benjamin N. Gluck
> **Sent:** Monday, October 17, 2022 12:25 PM
> **To:** Julie J. Shemitz (julie.shemitz@usdoj.gov) <julie.shemitz@usdoj.gov>
> **Cc:** nshan.taschyan@ci.irs.gov; Christopher J. Lee <clee@birdmarella.com>
> **Subject:** Ambiance USA - Annie and Ed Noh's tax payments - Time sensitive request to correct error
> **Importance:** High
>
> Dear Julie,
>
> The plea agreement for Ambiance and Ed Noh provided that the $35 million seized from the Nohs would be used to pay the $35 million in restitution they were ordered to pay.  This included $16,806,412.04 due the IRS in unpaid tax, penalties, and interest for tax years 2011 and 2012.  These funds were to be paid by the government from the seized funds at the time of sentencing.  (All of this appears on page 78 of the attached plea agreement.)
>
> This amount was transferred to the IRS on January 3, 2022.  (See the attached Case Inquiry Sheet.)

Mr. and Mrs. Noh just received the attached notices seeking to collect these same funds again.  Please confirm with the appropriate people that the funds were already paid over directly by the government and that these notices are in error and then please confirm as much to us.

The notices purport to set a due date for payment of over $16 million by October 24, 2022, i.e., next Monday.  So please address this right away.

Thank you,

Benjamin


**Benjamin N. Gluck** | *Principal*
**O**: 310.201.2100  |  **F**:  310.201.2110  |  **E**:  bgluck@birdmarella.com

**Bird, Marella, Boxer, Wolpert, Nessim,**
**Drooks, Lincenberg & Rhow, P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
BirdMarella.com

# ATTACHMENT

# DOJ Summary by Name Individual:

**Print Date:** 10/27/2022 6:11:30 AM

| | | | |
|---|---|---|---|
| **Name** | NOH, SANG BUM | **TIN** | 5461 |
| **Description** | Criminal Restitution | **Contact** | Eugene Jenks |
| **District** | USDC CENTRAL CA | **Phone** | (213)926-2938 |
| **Rest. Ordered** | $16,806,412.04 | **Comments:** | B FULL PAID |
| **RDN** | 2:20-CR-00370 | **JS?** ☐ | **Case Type** Regular   **Non Fed** ☐ |
| | | **Blue** ☑ | **MFT 31 Est** ☐ **Not Assess** ☐ |

## Summary by Name Receipt Checks

| RDN | TIN | RcvdDate | Check Amt | Ck Date | Type | ChecK No | DPC | Appl | MFT | TxPd | Acct | Amount Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2:20-CR-00370 | 5461 | 1/12/2022 | $16,806,412.04 | 1/7/2022 | Check | 4039-32602533 | 26 | | | NO | 6400 ACCT | $16,806,412.04 |

Summary for 'NameLn1' = NOH, SANG BUM (1 detail record)

**Sum** $16,806,412.04

**Grand Total** $16,806,412.04    **Outstanding Balance Owed** $0.00