# EXHIBIT H

| | |
|---|---|
| **From:** | Benjamin N. Gluck |
| **To:** | Shemitz, Julie (USACAC) |
| **Cc:** | nshan.taschyan@ci.irs.gov; Christopher J. Lee |
| **Subject:** | RE: [EXTERNAL] RE: Ambiance USA - Annie and Ed Noh"s tax payments - Time sensitive request to correct error |
| **Date:** | Monday, December 12, 2022 11:21:55 AM |
| **Attachments:** | IRS notice - received on 12.10.22.pdf |
| **Importance:** | High |

Julie,

Ambiance received another IRS notice over the weekend, seeking again to recover the amounts plus additional interest.

See attached.  The password is the last four digits of my cell phone.

This is getting ridiculous.

And I'm still waiting for your response regarding the replacement monitor.

Benjamin

**From:** Shemitz, Julie (USACAC) <Julie.Shemitz@usdoj.gov>
**Sent:** Friday, November 4, 2022 2:38 PM
**To:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Cc:** nshan.taschyan@ci.irs.gov; Christopher J. Lee <clee@birdmarella.com>
**Subject:** RE: [EXTERNAL] RE: Ambiance USA - Annie and Ed Noh's tax payments - Time sensitive request to correct error

Ambiance$16

**From:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Sent:** Friday, November 4, 2022 2:32 PM
**To:** Shemitz, Julie (USACAC) <JShemitz@usa.doj.gov>
**Cc:** nshan.taschyan@ci.irs.gov; Christopher J. Lee <clee@birdmarella.com>
**Subject:** RE: [EXTERNAL] RE: Ambiance USA - Annie and Ed Noh's tax payments - Time sensitive request to correct error

Thanks Julie.  The attachment requires a password.

**From:** Shemitz, Julie (USACAC) <Julie.Shemitz@usdoj.gov>
**Sent:** Friday, November 4, 2022 2:17 PM
**To:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Cc:** nshan.taschyan@ci.irs.gov; Christopher J. Lee <clee@birdmarella.com>
**Subject:** RE: [EXTERNAL] RE: Ambiance USA - Annie and Ed Noh's tax payments - Time sensitive request to correct error

Hi Benjamin,

This just came in –

They are working on correcting the record so you don't get any further invoices.

Julie

---

**From:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Sent:** Friday, November 4, 2022 10:15 AM
**To:** Shemitz, Julie (USACAC) <JShemitz@usa.doj.gov>
**Cc:** nshan.taschyan@ci.irs.gov; Christopher J. Lee <clee@birdmarella.com>
**Subject:** RE: [EXTERNAL] RE: Ambiance USA - Annie and Ed Noh's tax payments - Time sensitive request to correct error
**Importance:** High

Dear Julie and Nshan,

Has any progress been made with this?

Ambiance's CPA contacted the IRS and was told that the IRS has no record that it has been paid.

Please advise ASAP.

Thank you,

Benjamin

---

**From:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Sent:** Friday, October 21, 2022 2:21 PM
**To:** Shemitz, Julie (USACAC) <Julie.Shemitz@usdoj.gov>
**Cc:** nshan.taschyan@ci.irs.gov; Christopher J. Lee <clee@birdmarella.com>
**Subject:** Re: [EXTERNAL] RE: Ambiance USA - Annie and Ed Noh's tax payments - Time sensitive request to correct error

Thanks Julie.  We'll wait to hear from you.

(I'd also point out, though I didn't mention it in my prior email, that ensuring the payment is properly made is clearly part of the government's obligations under the plea agreement.)



Benjamin N. Gluck
Bird Marella

---

**From:** Shemitz, Julie (USACAC) <Julie.Shemitz@usdoj.gov>

**Sent:** Wednesday, October 19, 2022 5:39:36 PM
**To:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Cc:** nshan.taschyan@ci.irs.gov <nshan.taschyan@ci.irs.gov>; Christopher J. Lee <clee@birdmarella.com>
**Subject:** RE: [EXTERNAL] RE: Ambiance USA - Annie and Ed Noh's tax payments - Time sensitive request to correct error

Well, that is certainly debatable, but I will try to get this taken care of.
Let me work on it.
Thanks.
jj

---

**From:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Sent:** Wednesday, October 19, 2022 3:22 PM
**To:** Shemitz, Julie (USACAC) <JShemitz@usa.doj.gov>
**Cc:** nshan.taschyan@ci.irs.gov; Christopher J. Lee <clee@birdmarella.com>
**Subject:** RE: [EXTERNAL] RE: Ambiance USA - Annie and Ed Noh's tax payments - Time sensitive request to correct error
**Importance:** High

Julie,

The reason I emailed you is twofold: First, you're the government, which means that it'll be about 1000 times easier for you or SA Taschyan to get this corrected than it would be for me or a civilian to do so. Second, since you are the government, I assume you have an interest in making sure your team, i.e., the government, does things accurately, which would mean that you would be interested in making sure the problem is corrected.

In any event, I was told by a tax lawyer specialist that the way to correct this error is to have the IRS SA that was involved in the case confirm that the payment is credited not just to "restitution" but to "civil tax owing." Apparently, this will make sense to Mr. Taschyan. Since I'm not in the habit of directly asking government agents to do things, I'm asking you to ask him. I hope that's not too much of an inconvenience.

Whatever you decide, please let me know. If you're not willing to help clear this up, I'll need to find other avenues.

Thank you,

Benjamin

---

**From:** Shemitz, Julie (USACAC) <Julie.Shemitz@usdoj.gov>
**Sent:** Tuesday, October 18, 2022 8:19 PM
**To:** Benjamin N. Gluck <bgluck@birdmarella.com>

**Cc:** nshan.taschyan@ci.irs.gov; Christopher J. Lee <clee@birdmarella.com>
**Subject:** Re: [EXTERNAL] RE: Ambiance USA - Annie and Ed Noh's tax payments - Time sensitive request to correct error

Benjamin hi. Yes I received your email but I am at a loss as to why you cannot contact the senders of the attempt to collect yourself? Am I missing something? Julie

Sent from my iPhone

> On Oct 18, 2022, at 4:38 PM, Benjamin N. Gluck <bgluck@birdmarella.com> wrote:
>
>
> Please confirm that you received this email and please let us know when to expect a response.
>
> Thank you,
>
> Benjamin
>
> **From:** Benjamin N. Gluck
> **Sent:** Monday, October 17, 2022 12:25 PM
> **To:** Julie J. Shemitz (julie.shemitz@usdoj.gov) <julie.shemitz@usdoj.gov>
> **Cc:** nshan.taschyan@ci.irs.gov; Christopher J. Lee <clee@birdmarella.com>
> **Subject:** Ambiance USA - Annie and Ed Noh's tax payments - Time sensitive request to correct error
> **Importance:** High
>
> Dear Julie,
>
> The plea agreement for Ambiance and Ed Noh provided that the $35 million seized from the Nohs would be used to pay the $35 million in restitution they were ordered to pay. This included $16,806,412.04 due the IRS in unpaid tax, penalties, and interest for tax years 2011 and 2012. These funds were to be paid by the government from the seized funds at the time of sentencing. (All of this appears on page 78 of the attached plea agreement.)
>
> This amount was transferred to the IRS on January 3, 2022. (See the attached Case Inquiry Sheet.)
>
> Mr. and Mrs. Noh just received the attached notices seeking to collect these same funds again. Please confirm with the appropriate people that the funds were already paid over directly by the government and that these notices are in error and then please confirm as much to us.
>
> The notices purport to set a due date for payment of over $16 million by October 24,

2022, i.e., next Monday. So please address this right away.

Thank you,

Benjamin

**Benjamin N. Gluck** | *Principal*
**O**: 310.201.2100 | **F**: 310.201.2110 | **E**: bgluck@birdmarella.com

**Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
BirdMarella.com

# ATTACHMENT



Department of the Treasury
Internal Revenue Service
Holtsville, NY 11742-0025

| Notice | CP94 |
|---|---|
| Tax Year | 2011 |
| Notice date | December 12, 2022 |
| Social Security number | |
| To contact us | 800-829-8374 |
| Your Caller ID | |
| Page 1 of 2 | 29H |

055066.281038.63172.21168 1 AB 0.491 536

SANG B NOH

055066

**RECEIVED**
12/10/22 (Regular Mail)

You have unpaid restitution for tax period ending December 31, 2011

# Amount due: $11,406,106.73

We assess and collect court ordered criminal restitution payments.

The amount due is based on the amount of criminal restitution you were ordered, or agreed to pay to the IRS.

You must still pay the restitution payments directly to the court. The court will send us those payments and we will apply your payment against the amount of the criminal restitution assessment. We only collect the amount due plus any accrued interest and penalty charges.

**Billing Summary**

| Restitution assessment | |
|---|---|
| Tax | $4,698,018.00 |
| Fraud penalty | 3,523,513.50 |
| **Other penalties, interest, and prior assessments** | |
| Prior balance | $0.00 |
| Interest charges | 3,184,575.23 |
| **Amount due by December 27, 2022** | **$11,406,106.73** |

**What you need to do immediately**

**Pay immediately**
- Send the amount due of $11,406,106.73 by December 27, 2022, to avoid additional penalty and interest charges.
- If you can't pay in full, you must meet the court-ordered payment schedule. You may send in extra payments to reduce interest and penalty charges.
- Pay directly to the court and include a copy of this notice if you pay more than the required amount.
- Keep a copy of your payment for your records.

If you've already paid your balance in full within the past 21 days, please disregard this notice.

**If we don't hear from you**
- If you don't pay $11,406,106.73 by December 27, 2022, interest will increase and additional penalties may apply.

Continued on back...



| | |
|---|---|
| Notice | CP94 |
| Tax Year | 2011 |
| Notice date | December 12, 2022 |
| Social Security number | |
| Page 2 of 2 | 29H |

## Penalties

We are required by law to charge any applicable penalties.

### Fraud

| Description | Amount |
|---|---|
| **Total fraud** | **$3,523,513.50** |

We charged a penalty for fraud. The penalty is 75% of the tax you didn't pay due to fraud (Internal Revenue Code Section 6663).

## Interest charges

We are required by law to charge interest when you do not pay your liability on time. Generally, we calculate interest from the due date of your return (regardless of extensions) until you pay the amount you owe in full, including accrued interest and any penalty charges. Interest on some penalties accrues from the date we notify you of the penalty until it is paid in full. Interest on other penalties, such as failure to file a tax return, starts from the due date or extended due date of the return. Interest rates are variable and may change quarterly. (Internal Revenue Code section 6601)

Note: The interest amount shown here may differ from the amount shown on Page 1. The computation shown here may include interest charges on amounts due before the adjustment.

| Description | Amount |
|---|---|
| **Total interest** | **$3,184,575.23** |

The table below shows the rates used to calculate the interest on your unpaid amount due. For a detailed calculation of your interest, call 800-829-8374.

| Period | Interest rate |
|---|---|
| October 1, 2011 through March 31, 2016 | 3% |
| April 1, 2016 through March 31, 2018 | 4% |
| April 1, 2018 through December 31, 2018 | 5% |
| January 1, 2019 through June 30, 2019 | 6% |
| July 1, 2019 through June 30, 2020 | 5% |
| July 1, 2020 through March 31, 2022 | 3% |
| April 1, 2022 through June 30, 2022 | 4% |
| Beginning July 1, 2022 | 5% |

## Additional information

- Visit www.irs.gov/cp94
- For tax forms, instructions and publications, visit www.irs.gov or call 800-TAX-FORM (800-829-3676).
- Keep this notice for your records.

You may receive another notice requesting payment for civil tax liabilities for the same tax periods. Receiving another notice does not relieve you of your responsibility to comply with the sentencing court's order and this criminal restitution notice. You must continue to send criminal restitution payments to the court. Those payments will also be credited against your civil tax liability for the same tax periods.

If you need assistance, please don't hesitate to contact us.



Department of the Treasury
Internal Revenue Service
Holtsville, NY 11742-0025

| Notice | CP94 |
|---|---|
| Tax Year | 2012 |
| Notice date | December 12, 2022 |
| Social Security number | |
| To contact us | 800-829-8374 |
| Your Caller ID | |
| Page 1 of 2 | 29H |



055065.281038.63172.21168 1 AB 0.491 536



055065

SANG B NOH



RECEIVED
12/10/22 (Regular Mail)

You have unpaid restitution for tax period ending December 31, 2012

# Amount due: $5,400,305.31

We assess and collect court ordered criminal restitution payments.

The amount due is based on the amount of criminal restitution you were ordered, or agreed to pay to the IRS.

You must still pay the restitution payments directly to the court. The court will send us those payments and we will apply your payment against the amount of the criminal restitution assessment. We only collect the amount due plus any accrued interest and penalty charges.

**Billing Summary**

| Restitution assessment | |
|---|---|
| Tax | $2,291,955.00 |
| Fraud penalty | 1,718,966.25 |
| **Other penalties, interest, and prior assessments** | |
| Prior balance | $0.00 |
| Interest charges | 1,389,384.06 |
| **Amount due by December 27, 2022** | **$5,400,305.31** |

## What you need to do immediately

**Pay immediately**

- Send the amount due of $5,400,305.31 by December 27, 2022, to avoid additional penalty and interest charges.
- If you can't pay in full, you must meet the court-ordered payment schedule. You may send in extra payments to reduce interest and penalty charges.
- Pay directly to the court and include a copy of this notice if you pay more than the required amount.
- Keep a copy of your payment for your records.

If you've already paid your balance in full within the past 21 days, please disregard this notice.

## If we don't hear from you

- If you don't pay $5,400,305.31 by December 27, 2022, interest will increase and additional penalties may apply.

Continued on back...


| Notice | CP94 |
|---|---|
| Tax Year | 2012 |
| Notice date | December 12, 2022 |
| Social Security number | |
| Page 2 of 2 | 29H |

## Penalties

We are required by law to charge any applicable penalties.

### Fraud

| Description | Amount |
|---|---|
| **Total fraud** | **$1,718,966.25** |

We charged a penalty for fraud. The penalty is 75% of the tax you didn't pay due to fraud (Internal Revenue Code Section 6663).

## Interest charges

We are required by law to charge interest when you do not pay your liability on time. Generally, we calculate interest from the due date of your return (regardless of extensions) until you pay the amount you owe in full, including accrued interest and any penalty charges. Interest on some penalties accrues from the date we notify you of the penalty until it is paid in full. Interest on other penalties, such as failure to file a tax return, starts from the due date or extended due date of the return. Interest rates are variable and may change quarterly. (Internal Revenue Code section 6601)

Note: The interest amount shown here may differ from the amount shown on Page 1. The computation shown here may include interest charges on amounts due before the adjustment.

| Description | Amount |
|---|---|
| **Total interest** | **$1,389,384.06** |

The table below shows the rates used to calculate the interest on your unpaid amount due. For a detailed calculation of your interest, call 800-829-8374.

| Period | Interest rate |
|---|---|
| October 1, 2011 through March 31, 2016 | 3% |
| April 1, 2016 through March 31, 2018 | 4% |
| April 1, 2018 through December 31, 2018 | 5% |
| January 1, 2019 through June 30, 2019 | 6% |
| July 1, 2019 through June 30, 2020 | 5% |
| July 1, 2020 through March 31, 2022 | 3% |
| April 1, 2022 through June 30, 2022 | 4% |
| Beginning July 1, 2022 | 5% |

## Additional information

- Visit www.irs.gov/cp94
- For tax forms, instructions and publications, visit www.irs.gov or call 800-TAX-FORM (800-829-3676).
- Keep this notice for your records.

You may receive another notice requesting payment for civil tax liabilities for the same tax periods. Receiving another notice does not relieve you of your responsibility to comply with the sentencing court's order and this criminal restitution notice. You must continue to send criminal restitution payments to the court. Those payments will also be credited against your civil tax liability for the same tax periods.

If you need assistance, please don't hesitate to contact us.

