E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JULIE J. SHEMITZ (Cal. Bar No. 224093)
Assistant United States Attorney
International Narcotics, Money Laundering, and Narcotics Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5735
     Facsimile: (213) 894-0142
     Cell:      (213) 500-9369
     E-mail:    julie.shemitz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　　v.<br><br>AMBIANCE U.S.A, INC., et al.,<br><br>　　　　Defendants. | No. 2:20-cr-00370-VAP-all<br><br>STATUS REPORT |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Julie J. Shemitz, hereby files its Status Report regarding efforts to ensure the IRS properly credits amounts of restitution paid.

This report is based upon the attached declaration of Julie J. Shemitz, the accompanying exhibit, the files and records in this case, and such further evidence and argument as the Court may require.

Dated: January 9, 2023          Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division


          /s/
JULIE J. SHEMITZ
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DECLARATION OF JULIE J. SHEMITZ

I, Julie J. Shemitz, declare as follows:

1. I am an Assistant United States Attorney for the Central District of California now assigned to handle the instant case.

2. On October 17, 2022, I received an email from counsel for defendants Ambiance U.S.A., Inc. and Sang Bum Noh aka Ed Noh, inquiring about an invoice his clients had received from the Internal Revenue Service related to a court-ordered restitution payment. (Exhibit 1). Counsel informed me that under the terms of the plea agreement and settlement agreement, the restitution amount was to be paid from funds seized by the government during the operation associated with this indictment. Id.

3. On October 18, 2022, I contacted Group Supervisor Roberto Gonzalez of the Internal Revenue Service – Criminal Investigations who supervised the investigation of this case. (Exhibit 2). He agreed to inquire about the issue with his agency and report back to me. (Id.) On October 24, 2022, I again emailed him asking for updates but he had nothing to report. (Id.) On October 31, 2022, he returned my request, attaching a document that confirmed that the restitution had been paid and stating that IRS was working on assigning the "correct module." (Id.)

4. On November 4, 2021, I emailed to defense counsel the document GS Gonzalez had sent to me, showing the proof of payment and satisfaction of the restitution, dated January 12, 2022, attached as Exhibit 3.

5. On December 12, 2021, defense counsel again emailed me to tell me that his clients had received a notice from IRS that the amount was still owing. (Exhibit 1). I responded that day,

1  suggesting that, while annoying, it was really a matter of the slow
2  pace of governmental administration, and not any nefarious attempt to
3  demand extra restitution from his clients. (Id.)
4      6. Nevertheless, on December 27, defense counsel filed his
5  status report to protest his client's receipt of an obviously
6  incorrect invoice. (Dkt. 83). The Court ordered the government to
7  submit this status report "regarding its efforts to ensure the IRS
8  properly credits the restitution amount already paid." (Dkt. 84).
9  As explained above in paragraph 4, and demonstrated in Exhibit 3, and
10 as defense counsel was informed on November 4, 2022, the IRS had
11 already credited the defendant's account with the payment amount on
12 or about January 12, 2022.
13     7. As a result of the Court's order, I contacted IRS to
14 determine why defendant was continuing to receive erroneous invoices
15 for the restitution already paid. From speaking with IRS attorney
16 Kimberly Santos, I learned that when restitution is ordered and
17 assessed, it is posted to a "module" known as MFT 31. Ordinary
18 taxes, such as those associated with a Form 1040, are posted to a
19 module known as MFT 30. When the restitution payment is related to a
20 Form 1040, a reconciliation process known as "mirroring" is used to
21 "associate" the MFT 31 to the MFT 30, thereby ensuring that the
22 taxpayer is properly credited with the payment. This process is
23 time-consuming and is accomplished for the most part in the order in
24 which the restitution payments were received.
25     8. In this case, documents show that the funds were
26 transferred to the Treasury Department on or about January 7, 2022
27 (see defense Exhibit E.) The payment was transmitted to IRS on or
28 about January 12, 2022 (see Exhibit 3). Because processing has not

been completed to date, the payment was not properly credited to the account of the defendant.

9.   I am further informed that the batches of material from the date range when this payment was received are only now in the queue to be processed, meaning, that this matter would have been resolved in the ordinary course of business by approximately the end of this month.

10.  I have requested that the case be flagged for expedited processing, and that the agency place a hold on further collection notices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on January 8, 2023.

*Julie J. Shemitz*
JULIE J. SHEMITZ

# EXHIBIT-1

| | |
|---|---|
| **From:** | Benjamin N. Gluck |
| **To:** | Shemitz, Julie (USACAC) |
| **Cc:** | nshan.taschyan@ci.irs.gov; Christopher J. Lee |
| **Subject:** | RE: [EXTERNAL] RE: Ambiance USA - Annie and Ed Noh"s tax payments - Time sensitive request to correct error |
| **Date:** | Monday, December 12, 2022 12:02:05 PM |

Julie,

1. It's been months.  So we've already been quite patient.
2. Would the government display any patience at all if my clients didn't timely hold up their side of the deal?

The password is 6476.

I'll await your response.

Thanks,

Benjamin

**From:** Shemitz, Julie (USACAC) <Julie.Shemitz@usdoj.gov>
**Sent:** Monday, December 12, 2022 11:53 AM
**To:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Cc:** nshan.taschyan@ci.irs.gov; Christopher J. Lee <clee@birdmarella.com>
**Subject:** RE: [EXTERNAL] RE: Ambiance USA - Annie and Ed Noh's tax payments - Time sensitive request to correct error

Benjamin –
I know it's annoying, but please have some patience.  You know the government can barely catch up as it is, and I'm sure it's just a matter of the slow pace of administrative paperwork.
As for the monitor, I will get back to you by the end of the week.
Thanks.
Julie
p.s. the notice is password protected so I can't open it


Julie J. Shemitz

Assistant United States Attorney

International Narcotics, Money Laundering, and Racketeering Section

312 North Spring Street, 14th floor
Los Angeles, CA 90012
213-894-5735 (o)
213-500-9369 (c)
julie.shemitz@usdoj.gov

**From:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Sent:** Monday, December 12, 2022 11:22 AM
**To:** Shemitz, Julie (USACAC) <JShemitz@usa.doj.gov>
**Cc:** nshan.taschyan@ci.irs.gov; Christopher J. Lee <clee@birdmarella.com>
**Subject:** [Not Virus Scanned] [Not Virus Scanned] RE: [EXTERNAL] RE: Ambiance USA - Annie and Ed Noh's tax payments - Time sensitive request to correct error
**Importance:** High

This message has not been virus scanned because it contains encrypted or otherwise protected data. Please ensure you know who the message is coming from and that it is virus scanned by your desktop antivirus software.
This message has not been virus scanned because it contains encrypted or otherwise protected data. Please ensure you know who the message is coming from and that it is virus scanned by your desktop antivirus software.
Julie,

Ambiance received another IRS notice over the weekend, seeking again to recover the amounts plus additional interest.

See attached.  The password is the last four digits of my cell phone.

This is getting ridiculous.

And I'm still waiting for your response regarding the replacement monitor.

Benjamin

**From:** Shemitz, Julie (USACAC) <Julie.Shemitz@usdoj.gov>
**Sent:** Friday, November 4, 2022 2:38 PM
**To:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Cc:** nshan.taschyan@ci.irs.gov; Christopher J. Lee <clee@birdmarella.com>
**Subject:** RE: [EXTERNAL] RE: Ambiance USA - Annie and Ed Noh's tax payments - Time sensitive request to correct error

Ambiance$16

**From:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Sent:** Friday, November 4, 2022 2:32 PM
**To:** Shemitz, Julie (USACAC) <JShemitz@usa.doj.gov>
**Cc:** nshan.taschyan@ci.irs.gov; Christopher J. Lee <clee@birdmarella.com>
**Subject:** RE: [EXTERNAL] RE: Ambiance USA - Annie and Ed Noh's tax payments - Time sensitive

request to correct error

Thanks Julie.  The attachment requires a password.

**From:** Shemitz, Julie (USACAC) <Julie.Shemitz@usdoj.gov>
**Sent:** Friday, November 4, 2022 2:17 PM
**To:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Cc:** nshan.taschyan@ci.irs.gov; Christopher J. Lee <clee@birdmarella.com>
**Subject:** RE: [EXTERNAL] RE: Ambiance USA - Annie and Ed Noh's tax payments - Time sensitive request to correct error

Hi Benjamin,
This just came in –
They are working on correcting the record so you don't get any further invoices.
Julie

**From:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Sent:** Friday, November 4, 2022 10:15 AM
**To:** Shemitz, Julie (USACAC) <JShemitz@usa.doj.gov>
**Cc:** nshan.taschyan@ci.irs.gov; Christopher J. Lee <clee@birdmarella.com>
**Subject:** RE: [EXTERNAL] RE: Ambiance USA - Annie and Ed Noh's tax payments - Time sensitive request to correct error
**Importance:** High

Dear Julie and Nshan,

Has any progress been made with this?

Ambiance's CPA contacted the IRS and was told that the IRS has no record that it has been paid.

Please advise ASAP.

Thank you,

Benjamin

**From:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Sent:** Friday, October 21, 2022 2:21 PM
**To:** Shemitz, Julie (USACAC) <Julie.Shemitz@usdoj.gov>
**Cc:** nshan.taschyan@ci.irs.gov; Christopher J. Lee <clee@birdmarella.com>
**Subject:** Re: [EXTERNAL] RE: Ambiance USA - Annie and Ed Noh's tax payments - Time sensitive request to correct error

Thanks Julie.  We'll wait to hear from you.

(I'd also point out, though I didn't mention it in my prior email, that ensuring the payment is properly made is clearly part of the government's obligations under the plea agreement.)

Benjamin N. Gluck
Bird Marella

**From:** Shemitz, Julie (USACAC) <Julie.Shemitz@usdoj.gov>
**Sent:** Wednesday, October 19, 2022 5:39:36 PM
**To:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Cc:** nshan.taschyan@ci.irs.gov <nshan.taschyan@ci.irs.gov>; Christopher J. Lee <clee@birdmarella.com>
**Subject:** RE: [EXTERNAL] RE: Ambiance USA - Annie and Ed Noh's tax payments - Time sensitive request to correct error

Well, that is certainly debatable, but I will try to get this taken care of.
Let me work on it.
Thanks.
jj

**From:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Sent:** Wednesday, October 19, 2022 3:22 PM
**To:** Shemitz, Julie (USACAC) <JShemitz@usa.doj.gov>
**Cc:** nshan.taschyan@ci.irs.gov; Christopher J. Lee <clee@birdmarella.com>
**Subject:** RE: [EXTERNAL] RE: Ambiance USA - Annie and Ed Noh's tax payments - Time sensitive request to correct error
**Importance:** High

Julie,

The reason I emailed you is twofold: First, you're the government, which means that it'll be about 1000 times easier for you or SA Taschyan to get this corrected than it would be for me or a civilian to do so. Second, since you are the government, I assume you have an interest in making sure your team, i.e., the government, does things accurately, which would mean that you would be interested in making sure the problem is corrected.

In any event, I was told by a tax lawyer specialist that the way to correct this error is to have the IRS SA that was involved in the case confirm that the payment is credited not just to "restitution" but to "civil tax owing." Apparently, this will make sense to Mr. Taschyan. Since I'm not in the habit of directly asking government agents to do things, I'm asking you to ask him. I hope that's not too much of an inconvenience.

Whatever you decide, please let me know.  If you're not willing to help clear this up, I'll need to find other avenues.

Thank you,

Benjamin

---

**From:** Shemitz, Julie (USACAC) <Julie.Shemitz@usdoj.gov>
**Sent:** Tuesday, October 18, 2022 8:19 PM
**To:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Cc:** nshan.taschyan@ci.irs.gov; Christopher J. Lee <clee@birdmarella.com>
**Subject:** Re: [EXTERNAL] RE: Ambiance USA - Annie and Ed Noh's tax payments - Time sensitive request to correct error

Benjamin hi. Yes I received your email but I am at a loss as to why you cannot contact the senders of the attempt to collect yourself?  Am I missing something?  Julie

Sent from my iPhone

> On Oct 18, 2022, at 4:38 PM, Benjamin N. Gluck <bgluck@birdmarella.com> wrote:
>
> Please confirm that you received this email and please let us know when to expect a response.
>
> Thank you,
>
> Benjamin
>
> ---
>
> **From:** Benjamin N. Gluck
> **Sent:** Monday, October 17, 2022 12:25 PM
> **To:** Julie J. Shemitz (julie.shemitz@usdoj.gov) <julie.shemitz@usdoj.gov>
> **Cc:** nshan.taschyan@ci.irs.gov; Christopher J. Lee <clee@birdmarella.com>
> **Subject:** Ambiance USA - Annie and Ed Noh's tax payments - Time sensitive request to correct error
> **Importance:** High
>
> Dear Julie,
>
> The plea agreement for Ambiance and Ed Noh provided that the $35 million seized from the Nohs would be used to pay the $35 million in restitution they were ordered to pay.  This included $16,806,412.04 due the IRS in unpaid tax, penalties, and interest for tax years 2011 and 2012.  These funds were to be paid by the government from the

seized funds at the time of sentencing.  (All of this appears on page 78 of the attached plea agreement.)

This amount was transferred to the IRS on January 3, 2022.  (See the attached Case Inquiry Sheet.)

Mr. and Mrs. Noh just received the attached notices seeking to collect these same funds again.  Please confirm with the appropriate people that the funds were already paid over directly by the government and that these notices are in error and then please confirm as much to us.

The notices purport to set a due date for payment of over $16 million by October 24, 2022, i.e., next Monday.  So please address this right away.

Thank you,

Benjamin


**Benjamin N. Gluck** | *Principal*
**O**: 310.201.2100  |  **F**: 310.201.2110  |  **E**: bgluck@birdmarella.com

**Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
BirdMarella.com

# EXHIBIT-2

| | |
|---|---|
| **From:** | Gonzalez Roberto |
| **To:** | Shemitz, Julie (USACAC) |
| **Cc:** | Jenks Eugene Y; Tashchyan Nshan |
| **Subject:** | [EXTERNAL] FW: [EXT]Need some help -- FW: Ambiance USA - Annie and Ed Noh"s tax payments - Time sensitive request to correct error |
| **Date:** | Monday, October 31, 2022 10:52:42 AM |
| **Attachments:** | SummaryByNameIndiv WO TIN.pdf |

Julie,

It is confirmed that the restitution was received by the IRS (See attached). The IRS is working on getting it the correct module.
I will update you with any future info.
Password:
Ambiance$16

Thanks,

**Roberto Gonzalez**
**Supervisory Special Agent**
**HIDTA 49**
**571.387.6814  Desk**
**213.305.8487 Cell**

---

**From:** Tashchyan Nshan <Nshan.Tashchyan@ci.irs.gov>
**Sent:** Friday, October 28, 2022 9:54 AM
**To:** Gonzalez Roberto <Roberto.Gonzalez@ci.irs.gov>
**Subject:** FW: [EXT]Need some help -- FW: Ambiance USA - Annie and Ed Noh's tax payments - Time sensitive request to correct error

---

**From:** Kim Keli <Keli.Kim@irs.gov>
**Sent:** Friday, October 28, 2022 7:49 AM
**To:** Tashchyan Nshan <Nshan.Tashchyan@ci.irs.gov>
**Subject:** FW: [EXT]Need some help -- FW: Ambiance USA - Annie and Ed Noh's tax payments - Time sensitive request to correct error

Good Morning Nshan,

Here is your response from the Analyst.  I'll see if my manager can follow up with Tech Services. Doesn't sound like we can do much at this point.

Keli

---

**From:** West David D <David.D.West@irs.gov>

**Sent:** Friday, October 28, 2022 7:34 AM
**To:** Kim Keli <Keli.Kim@irs.gov>
**Subject:** FW: [EXT]Need some help -- FW: Ambiance USA - Annie and Ed Noh's tax payments - Time sensitive request to correct error

FYI

---

**From:** Oropeza Joanna M <Joanna.M.Oropeza@irs.gov>
**Sent:** Thursday, October 27, 2022 6:18 AM
**To:** West David D <David.D.West@irs.gov>
**Subject:** RE: [EXT]Need some help -- FW: Ambiance USA - Annie and Ed Noh's tax payments - Time sensitive request to correct error

Good morning David,

I've confirmed that Kansas City does have a case for this individual and received the $16 million in January 2022. Attached is a payment summary.

KC reached out to SBSE Tech Services in September 2022 about why the MFT31 RBA modules haven't been established yet. The response was that it was assigned to a reviewer who was working on it. I've asked for the email to be forwarded to me so that I can reach out and ask for this to be expedited.

Once the MFT31s have been established, the assessment(s) will need to be put on so the funds can be applied. I believe SBSE will then need to cross-reference the payments from the RBAs to the civil assessments.

I'm going to continue monitoring this case and try to have it expedited along the way but there are several internal actions that need to take place before this is resolved.

Thank you,

*JoAnna Oropeza*
Tax Analyst
SP HQ Accounting and Tax Payment Branch
Accounting & Deposit Section
816-499-4688

---

**From:** West David D <David.D.West@irs.gov>
**Sent:** Wednesday, October 26, 2022 4:30 PM
**To:** Oropeza Joanna M <Joanna.M.Oropeza@irs.gov>
**Subject:** FW: [EXT]Need some help -- FW: Ambiance USA - Annie and Ed Noh's tax payments - Time sensitive request to correct error

Hello again!!

This should be helpful.

Thanks!

DW

---

**From:** Kim Keli <Keli.Kim@irs.gov>
**Sent:** Wednesday, October 26, 2022 2:28 PM
**To:** West David D <David.D.West@irs.gov>
**Subject:** FW: [EXT]Need some help -- FW: Ambiance USA - Annie and Ed Noh's tax payments - Time sensitive request to correct error

---

**From:** Tashchyan Nshan <Nshan.Tashchyan@ci.irs.gov>
**Sent:** Thursday, October 20, 2022 9:07 AM
**To:** Kim Keli <Keli.Kim@irs.gov>
**Cc:** Gonzalez Roberto <Roberto.Gonzalez@ci.irs.gov>; Jenks Eugene Y <Eugene.Jenks@ci.irs.gov>
**Subject:** FW: [EXT]Need some help -- FW: Ambiance USA - Annie and Ed Noh's tax payments - Time sensitive request to correct error

Hi Keli,

Do you know why the Noh's have received the attached IRS notice for the 2011 & 2012 tax liability? I thought the sized money was going to be applied towards the 2011 and 2012 liability.


Nshan Tashchyan
Special Agent-CIS
IRS-Criminal Investigation
Los Angeles
Phone: (213) 305-8159

---

**From:** Gonzalez Roberto <Roberto.Gonzalez@ci.irs.gov>
**Sent:** Thursday, October 20, 2022 8:52 AM
**To:** Tashchyan Nshan <Nshan.Tashchyan@ci.irs.gov>
**Cc:** Jenks Eugene Y <Eugene.Jenks@ci.irs.gov>
**Subject:** FW: [EXT]Need some help -- FW: Ambiance USA - Annie and Ed Noh's tax payments - Time sensitive request to correct error


Can check on this restitution payments based on the HSI seizure, or can you point us in the right direction.

**Roberto Gonzalez**
**Supervisory Special Agent**
**HIDTA 49**
**571.387.6814  Desk**
**213.305.8487 Cell**

---

**From:** Shemitz, Julie (USACAC) <Julie.Shemitz@usdoj.gov>
**Sent:** Wednesday, October 19, 2022 3:40 PM
**To:** Gonzalez Roberto <Roberto.Gonzalez@ci.irs.gov>
**Subject:** [EXT]Need some help -- FW: Ambiance USA - Annie and Ed Noh's tax payments - Time sensitive request to correct error

Hello my friend –
I hope we didn't bore you to death today!
I have this email from the attorney for Ambiance and I am not sure how to address this problem –
The seized $35 million was supposed to be applied to the restitution payments to IRS and I don't know whether that happened or not.  And if not, I don't know how to make it happen.
I am hoping you can help?
Let me know your thoughts.
Thanks so much.
Julie


Julie J. Shemitz
Assistant United States Attorney
International Narcotics, Money Laundering, and Racketeering Section
312 North Spring Street, 14th floor
Los Angeles, CA 90012
213-894-5735 (o)
213-500-9369 (c)
julie.shemitz@usdoj.gov

---

**From:** Benjamin N. Gluck <bgluck@birdmarella.com>
**Sent:** Monday, October 17, 2022 12:25 PM
**To:** Shemitz, Julie (USACAC) <JShemitz@usa.doj.gov>
**Cc:** nshan.taschyan@ci.irs.gov; Christopher J. Lee <clee@birdmarella.com>
**Subject:** [EXTERNAL] Ambiance USA - Annie and Ed Noh's tax payments - Time sensitive request to correct error

**Importance:** High

Dear Julie,

The plea agreement for Ambiance and Ed Noh provided that the $35 million seized from the Nohs would be used to pay the $35 million in restitution they were ordered to pay.  This included $16,806,412.04 due the IRS in unpaid tax, penalties, and interest for tax years 2011 and 2012.  These funds were to be paid by the government from the seized funds at the time of sentencing.  (All of this appears on page 78 of the attached plea agreement.)

This amount was transferred to the IRS on January 3, 2022.  (See the attached Case Inquiry Sheet.)

Mr. and Mrs. Noh just received the attached notices seeking to collect these same funds again.  Please confirm with the appropriate people that the funds were already paid over directly by the government and that these notices are in error and then please confirm as much to us.

The notices purport to set a due date for payment of over $16 million by October 24, 2022, i.e., next Monday.  So please address this right away.

Thank you,

Benjamin


**Benjamin N. Gluck** | *Principal*
**O**: 310.201.2100  |  **F**:  310.201.2110  |  **E**:  bgluck@birdmarella.com

**Bird, Marella, Boxer, Wolpert, Nessim,**
**Drooks, Lincenberg & Rhow, P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
BirdMarella.com

# EXHIBIT-3

# DOJ Summary by Name Individual:

**Print Date:** 10/27/2022 6:11:30 AM

| | | | |
|---|---|---|---|
| **Name** | NOH, SANG BUM | **TIN** | 5461 |
| **Description** | Criminal Restitution | **Contact** | Eugene Jenks |
| **District** | USDC CENTRAL CA | **Phone** | (213)926-2938 |
| **Rest. Ordered** | $16,806,412.04 | **Comments:** | B FULL PAID |
| **RDN** | 2:20-CR-00370 | **JS?** ☐ **Case Type** Regular ☐ Non Fed |
| | | **Blue** ☑ **MFT 31 Est** ☐ Not Assess | |

## Summary by Name Receipt Checks

| RDN | TIN | RcvdDate | Check Amt | Ck Date | Type | Check No | DPC | Appl MFT | TxPd | Acct | Amount Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2:20-CR-00370 | 5461 | 1/12/2022 | $16,806,412.04 | 1/7/2022 | Check | 4039-32602533 | 26 | | NO | 6400 ACCT | $16,806,412.04 |

Summary for 'NameLn1' = NOH, SANG BUM (1 detail record)

**Sum** $16,806,412.04

**Grand Total** $16,806,412.04         **Outstanding Balance Owed**    $0.00