**BARNES & THORNBURG LLP**
Peter Morris (SBN 126195)
peter.morris@btlaw.com
2029 Century Park East, Suite 300
Los Angeles, CA  90067
Telephone:  (310) 284-3880
Facsimile:   (310) 284-3894

Independent Corporate Compliance Monitor

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-00370-AB |
| Plaintiff, | (Matter Reassigned to Judge Andre Birotte Jr. on February 21, 2024) |
| vs. | **INDEPENDENT CORPORATE COMPLIANCE MONITOR'S APPLICATION FOR AN ORDER TO EXTEND MONITORSHIP; DECLARATION OF PETER MORRIS IN SUPPORT OF APPLICATION** |
| AMBIANCE U.S.A., INC. | |
| d/b/a "Ambiance Apparel," | |
| Defendant. | |
| | [[PROPOSED] ORDER EXTENDING MONITORSHIP FILED CONCURRENTLY HEREWITH] |

I.  **INTRODUCTION**

Section 1 of Exhibit D to the Plea Agreement entered into by Ambiance U.S.A., Inc. ("Ambiance") states, ". . . [Ambiance] agrees to engage an independent corporate compliance monitor (the "Monitor") for a period not to exceed three years, unless an extension is ordered by the Court." Peter Morris was appointed as the Monitor by the Court on January 3, 2023 for the third year of the Monitorship scheduled to terminate on January 21, 2024. The Government obtained an extension of the Monitorship to February 29, 2024. Based on information provided to the Monitor on February 6, 2024, the Monitor believes the Court should extend the Monitorship to January 21, 2025 to give the Monitor sufficient time to conduct additional analysis of the payment of customs duties on goods purchased by Ambiance from foreign vendors. The Government concurs with the Monitor's request for an extension of the Monitorship to January 21, 2025.

II.  **MONITORSHIP STATUS**

A.  **Appointment of the Monitor**

Peter Morris of Barnes & Thornburg LLP was appointed as the Monitor for the third year of the Monitorship on January 3, 2023 by the Court. The third year of the Monitorship was scheduled to terminate on January 21, 2024. Declaration of Peter Morris submitted herewith ("Morris Decl."), ¶ 2.

B.  **Extension of Monitorship to February 29, 2024**

On December 28, 2023, the Government filed a request for an order for extension of the Monitorship to February 29, 2024. On January 2, 2024, the Court issued an order granting the Government's request for an order for extension of the Monitorship to February 29, 2024. The January 2, 2024 Order is attached as Exhibit 1 to the Morris Decl. Morris Decl., ¶ 3.

C.  **The Government's Presentation of Information on February 6, 2024**

On February 6, 2024, the Government presented information to the Monitor and Ambiance's counsel regarding the payment of customs duties on goods purchased by Ambiance from foreign vendors. Based on this information, the Monitor believes that it is necessary to conduct additional analysis of the payment of customs duties on goods purchased by Ambiance from foreign vendors. The Monitor has concluded that the Monitorship should be extended to January 21, 2025 to give the Monitor sufficient time to conduct additional analysis of the payment of customs duties on goods

1

purchased by Ambiance from foreign vendors. The Monitor will submit a Third Follow-Up Report on his findings on or before October 1, 2024. Morris Decl., ¶ 4.

### D. The Government Concurs with the Monitor's Request to Extend the Monitiorship

On February 8, 2024, the Monitor informed Assistant U.S. Attorney Julie Shemitz of the Monitor's intention to request an extension of the Monitorship to January 21, 2025. AUSA Shemitz told the Monitor that the Government concurs with the Monitor's request for an extension of the Monitorship to January 21, 2025. Morris Decl., ¶ 5.

### E. Exhibit D to the Plea Agreement

Exhibit D to the Plea Agreement entitled *Independent Corporate Compliance Monitor*, which is attached as Exhibit 2 to the Morris Decl., states, ". . . [Ambiance] agrees to engage an independent corporate compliance monitor (the "Monitor") for a period not to exceed three years, unless an extension is ordered by the Court."

## III. CONCLUSION

For the reasons stated above, pursuant to Section 1 of Exhibit D to the Plea Agreement entered into by Ambiance, the Monitor respectfully requests that the Court order that the Monitorship be extended to January 21, 2025.

Dated: February 21, 2024

BARNES & THORNBURG LLP

By: /s/ Peter Morris

Peter Morris
Independent Corporate Compliance Monitor

2
**INDEPENDENT CORPORATE COMPLIANCE MONITOR'S APPLICATION FOR AN ORDER TO EXTEND MONITORSHIP**

# DECLARATION OF PETER MORRIS

I, Peter Morris, declare

1. I am an attorney duly licensed to practice before the United States District Court for the Central District of California, and a partner at the law firm of Barnes & Thornburg LLP.

2. I was appointed as the Independent Corporate Compliance Monitor (the "Monitor") for the third year of the Monitorship on January 3, 2023 by the Court. The third year of the Monitorship was scheduled to terminate on January 21, 2024.

3. On December 28, 2023, the Government filed a request for an order for extension of the Monitorship to February 29, 2024. On January 2, 2024, the Court issued an order granting the Government's request for an order for extension of the Monitorship to February 29, 2024. The January 2, 2024 Order is attached as **Exhibit 1**.

4. On February 6, 2024, the Government presented information to the Monitor and Ambiance's counsel regarding the payment of customs duties on goods purchased by Ambiance from foreign vendors. Based on this information, the Monitor believes that it is necessary to conduct additional analysis of the payment of customs duties on goods purchased by Ambiance from foreign vendors. The Monitor has concluded that the Monitorship should be extended to January 21, 2025 to give the Monitor sufficient time to conduct additional analysis of the payment of customs duties on goods purchased by Ambiance from foreign vendors. The Monitor will submit a Third Follow-Up Report on his findings on or before October 1, 2024.

5. On February 8, 2024, I informed Assistant U.S. Attorney Julie Shemitz of the Monitor's intention to request an extension of the Monitorship to January 21, 2025. AUSA Shemitz told me that the Government concurs with the Monitor's request for an extension of the Monitorship to January 21, 2025.

6. Exhibit D to the Plea Agreement entitled *Independent Corporate Compliance Monitor*, which is attached as **Exhibit 2**, states, ". . . [Ambiance] agrees to engage an independent corporate compliance monitor (the "Monitor") for a period not to exceed three years, unless an extension is ordered by the Court."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 21st day of February 2024, at Los Angeles, California.

_____
Peter Morris