# EXHIBIT 1

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AMBIANCE, ET AL.,<br><br>    Defendants. | No. 2:20-cr-370-VAP<br><br>ORDER GRANTING GOVERNMENT'S REQUEST FOR EXTENSION OF TIME TO REVIEW MONITOR'S REPORT AND RESPOND TO REQUEST FOR EARLY TERMINATION OF MONITORSHIP<br><br>Hearing Date: TBD<br>Hearing Time: TBD<br>Location:    Courtroom of the Hon. Virginia A. Phillips |

    The Court, having reviewed the government's request for additional time to review and respond to the monitor's report and request for early termination of monitorship hereby orders, for good cause shown, that the United States shall complete its review and respond to the request for early termination of the monitorship on or before February 29, 2024.

    IT IS SO ORDERED.

DATED: January 2, 2024

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE