Benjamin N. Gluck – State Bar No. 203997
　bgluck@birdmarella.com
Christopher J. Lee – State Bar No. 322140
　clee@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants Sang Bum Noh
aka "Ed Noh," Ambiance Apparel, Inc.,
Apparel Line, Inc., and Related Entities

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DISTRICT**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>AMBIANCE U.S.A., INC., et al.,<br><br>　　　Defendants. | CASE NO. 2:20-cr-00370-AB<br><br>**NOTICE OF CHANGE OF FIRM**<br><br>Assigned to Hon. André Birotte Jr.<br>Courtroom 7B |

3924616.1

NOTICE OF CHANGE OF FIRM

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

    **PLEASE TAKE NOTICE** that Benjamin N. Gluck and Christopher J. Lee, counsel for Defendants Sang Bum Noh aka "Ed Noh," Ambiance Apparel, Inc., Apparel Line, Inc., and Related Entities, and formerly of the law firm Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C., are now associated with the law firm Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP.  The email and physical addresses, and telephone and fax numbers remain the same.

DATED: February 21, 2024

Benjamin N. Gluck
Christopher J. Lee
Bird, Marella, Rhow,
Lincenberg, Drooks & Nessim, LLP

By:     */s/ Benjamin N. Gluck*
         Benjamin N. Gluck
Attorneys for Defendants Sang Bum Noh aka "Ed Noh," Ambiance Apparel, Inc., Apparel Line, Inc., and Related Entities

3924616.1

2

NOTICE OF CHANGE OF FIRM