Benjamin N. Gluck – State Bar No. 203997
    bgluck@birdmarella.com
Christopher J. Lee – State Bar No. 322140
    clee@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants Sang Bum Noh
aka "Ed Noh," Ambiance Apparel, Inc.,
Apparel Line, Inc., and Related Entities

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| UNITED STATES OF AMERICA, | CASE NO. 2:20-cr-00370-AB |
|---|---|
| Plaintiff, | **AMBIANCE'S REQUEST FOR ADDITIONAL TIME TO RESPOND TO COMPLIANCE MONITOR'S APPLICATION FOR AN ORDER TO EXTEND MONITORSHIP** |
| vs. | |
| AMBIANCE U.S.A,, INC., et al., | |
| Defendants. | Assigned to Hon. André Birotte Jr. Courtroom 7B |

Defendant Ambiance U.S.A., Inc. ("Ambiance"), by and through its counsel of record, responds to the independent corporate compliance monitor's Application for an Order to Extend Monitorship (Dkt. 102) as follows: Ambiance continues to review the material provided by the Government and its own records in order to determine its position regarding an extension of the compliance monitorship.

In light of this, Ambiance respectfully requests that the Court defer its ruling on the compliance monitor's request until at least **February 27, 2024**, so that Ambiance may have an opportunity to determine its response in writing, if any.

DATED:  February 21, 2024            Respectfully submitted,

Benjamin N. Gluck
Christopher J. Lee
Bird, Marella, Rhow,
Lincenberg, Drooks & Nessim, LLP


By:      */s/ Christopher J. Lee*
           Christopher J. Lee
Attorneys for Defendants Sang Bum Noh aka "Ed Noh," Ambiance Apparel, Inc., Apparel Line, Inc., and Related Entities