1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>   vs.<br><br>AMBIANCE U.S.A., INC.<br><br>  d/b/a "Ambiance Apparel,"<br><br>                Defendant. | 2:20-CR-00370-AB<br><br>(Matter Reassigned to Judge Andre Birotte Jr. on February 21, 2024)<br><br>[~~PROPOSED~~] ORDER EXTENDING MONITORSHIP |

---

**[PROPOSED] ORDER EXTENDING MONITORSHIP**

Upon considering the Independent Corporate Compliance Monitor's Application To Extend Monitorship, and for good cause shown, the Court hereby extends the Monitorship to October 9, 2025.

Dated: December 30, 2024

_____
United States District Court Judge
Andre Birotte Jr.